1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILLIP RANDOLPH INSTITUTE, LYNNE BROWN, REGINA HOLLINS, on behalf of themselves and others similarly situated and the general public<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, MARK ROSS,<br><br>Defendants. | Case No. C-07-4936-JCS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO INTERVENE AS A DEFENDANT IN THIS PROCEEDING** |

The motion of movant/intervenor the City and County of San Francisco (the "City") for an order, pursuant to Federal Rule of Civil Procedure 24, granting the City leave to intervene in this proceeding having come before the Court on November 30, 2007. The Court, having considered the papers submitted by the parties in support of and in opposition to the City's motion, and having heard the arguments of counsel, therefore,

1   IT IS HEREBY ORDERED that the City's motion to intervene as a matter of right pursuant to
2   Federal Rule of Civil Procedure 24(a) is granted and the City may intervene in this proceeding as a
3   defendant;
4   IT IS HEREBY FURTHER ORDERED that the City's motion for permission to intervene
5   pursuant to Federal Rule of Civil Procedure 24(b) is granted and the City may intervene in this
6   proceeding as a defendant; and
7   IT IS HEREBY FURTHER ORDERED that the City shall file a response to the complaint
8   within 20 days of the date of the Court's entry of this order.

10  Dated:

_____
Joseph C. Spero
United States Magistrate Judge