DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-6771
Facsimile:    (415) 554-4757
E-Mail:    william.sanders@sfgov.org

Attorneys for Movant/Intervenor
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SAN FRANCISCO CHAPTER OF THE A. PHILLIP RANDOLPH INSTITUTE, LYNNE BROWN, REGINA HOLLINS, on behalf of themselves and others similarly situated and the general public<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, MARK ROSS,<br><br>Defendants. | Case No. C-07-4936-JCS<br><br>**DECLARATION OF SUSAN LEAL IN SUPPORT OF MOTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO INTERVENE AS A DEFENDANT IN THIS PROCEEDING**<br><br>Hearing Date:  November 30, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom A, 15th Floor |
|---|---|

I, Susan Leal, being duly sworn, declare:

1. I am the General Manager of the San Francisco Public Utilities Commission ("SFPUC"). I have been in that position since 2004. I submit this declaration in support of the motion of the City and County of San Francisco ("City") to intervene in this matter. I have personal knowledge of the matters stated herein, and if called as a witness could testify competently thereto. To the extent that

LEAL DEC.
Case No. C-07-4936-JCS                    1

some of the matters stated herein are based on official records maintained by the City, as to those matters I am informed and believe that they are true.

2. The SFPUC is a City department that provides water, wastewater, and municipal power services to San Francisco. The SFPUC provides clean and reliable electricity to meet the City's municipal energy needs, including providing power to operate MUNI streetcars and electric buses, street and traffic lights, municipal buildings and other City facilities, including the San Francisco International Airport. The SFPUC also provides power to the Modesto and Turlock Irrigation districts, and to other commercial customers consistent with prescribed contractual obligations and federal law. The SFPUC is also charged with developing and implementing City policies to promote clean, reliable, and reasonably-priced electricity for the residents and businesses of San Francisco who are customers of Pacific Gas & Electric Company.

3. In their complaint, the plaintiffs challenge the City's efforts to build a combustion turbine ("CT") power plant in the Potrero district of Southeast San Francisco (the San Francisco Electric Reliability Project ("SFERP")).[1] Plaintiffs ask this Court to permanently enjoin defendant Bay Area Air Quality Management District ("BAAQMD") from issuing the City an Authority to Construct ("ATC"), which permit is required before the City could begin construction of the SFERP. As a result, the City has an interest in the subject matter of this action and should be permitted to intervene.

4. The City, working with community members and State agencies, has spent over four years developing the SFERP. It started in January 2003 when the City and County of San Francisco Board of Supervisors ("Board") adopted an ordinance approving a settlement of a claim the City had against the Williams Energy Companies ("Williams"). As part of this settlement, the City took ownership of four CT generators owned by Williams, which the City could develop into small power plants in order to improve the City's electric reliability and replace old, dirty plants in the City. At the same time, the Board adopted a resolution approving a contract with the California Department of

---

[1] The City is also developing a small power plant at the San Francisco International Airport that would be powered by one CT generator.

Water Resources ("CDWR"), under which the State of California would purchase the electricity generated by the power plants.

5. Also as part of the settlement, the City entered into an Implementation Agreement with the California Attorney General, the California Consumer Power and Conservation Financing Authority and the CDWR. Pursuant to the Implementation Agreement, the City obtained the CT generators to develop electric generating facilities in the City. The Implementation Agreement also provided that the City would be reimbursed for the development costs through funds provided by the Attorney General.

6. Following the Board's approval of the ordinance and resolution, the SFPUC began to develop the SFERP, which consists of a 145 megawatt plant in the Potrero neighborhood of San Francisco (three CT generators). The SFPUC also began to develop a 48 megawatt plant at the San Francisco International Airport (one CT generator).

7. San Francisco receives its electric power through high-voltage transmission lines that run up the Peninsula and from electric generating units in the City. The electric power from all of these sources is needed to ensure there is a reliable supply to meet San Francisco's needs, especially during times of peak power use.

8. For decades the City's electric reliability has depended on two old, dirty, and inefficient electric generating plants – the Hunters Point Power Plant (owned by Pacific Gas and Electric Co.) and the Potrero Power Plant (owned by Mirant Potrero, LLC). The City and community advocates worked for many years to develop a plan for closing these power plants in order to improve public health, protect the environment, improve electric reliability and promote environmental justice, among other objectives. These goals were set forth in the City's Electricity Resource Plan, which was developed by the SFPUC and the San Francisco Department of the Environment ("SFDOE"), and subsequently endorsed by the Board. (A true a correct copy of the Executive Summary of the Electricity Resource Plan is attached hereto as Exhibit A.)

9. As a result of these efforts, in November 2004 the California Independent System Operator ("CAISO")[2] adopted the San Francisco Action Plan ("Action Plan"), which detailed the need for the City's CT projects and a number of transmission projects to displace the reliability need for the Hunters Point Power Plant and the Potrero Power Plant. (A true and correct copy of the Action Plan is attached hereto as Exhibit B.)

10. Since the adoption of the Action Plan in 2004, the CAISO has continued to emphasize that new generation in the City is required in order to allow for the closure of the old power plants. In a letter to Supervisor Sophie Maxwell dated July 12, 2007, the CAISO reiterated its commitment to the Action Plan, including the requirement for electrical generation in San Francisco. (A true and correct copy of the letter is attached hereto as Exhibit C.)

11. The Action Plan identified fifteen projects needed to permit the closure of the old power plants in the City. In March 2007, the CAISO identified an additional transmission project, the Martin-Hunters Point Cable, which was necessary to permit the closure of the Potrero Power Plant.

12. The transmission projects required for the shut down of the Hunters Point Power Plant have been completed. In May 2006, Pacific Gas and Electric Co. permanently closed the Hunters Point Power Plant.

13. Most of the transmission projects identified in the Action Plan have been completed and the remaining project is expected to be completed at about the same time as the City's CT projects. As a result, when the City's CT projects are operational the Potrero Power Plant will no longer be needed for reliability. Mirant has stated in public meetings that it is willing to close the Potrero Power Plant when it is no longer needed for reliability, subject to Mirant obtaining assistance from the City in redeveloping the site. The City continues to work with Mirant to ensure closure of the Potrero Power Plant.

14. The need for the City's CT projects is heightened by the fact that the Potrero Power Plant cannot be relied on beyond 2008. The water discharge permit for the main operating unit at the

---

[2] The California Independent System Operator is a not-for-profit public-benefit corporation that is charged with operating the majority of California's high-voltage wholesale power grid.

LEAL DEC.
Case No. C-07-4936-JCS

4

Potrero Power Plant will expire in 2008. The Regional Water Quality Control Board has stated its intention to deny further permit extensions unless Mirant upgrades the plant's cooling technology or shows that the San Francisco Bay is not being harmed by the plant's outdated cooling system.

15. The SFERP is important for the City for a number of reasons. First, local control of in-City generation can reduce the risk of market power abuses and enable the City to mandate the use of cleaner fuels when feasible or to close down any such generation when it is no longer needed.

16. Second, the record before the California Energy Commission ("CEC") shows that the SFERP will improve air quality relative to continued operation of the Potrero Power Plant. The SFERP is equipped with state of the art pollution control equipment and will result in significant reductions in both ozone precursor emissions and particulate precursor emissions as compared to the main unit at the Potrero Power Plant. Even though the annual particulate emissions from the SFERP are expected to be lower than those from the Potrero Power Plant, the City will implement an aggressive particulate mitigation program in the affected community. Moreover, the SFERP will also replace three highly polluting peaking generators at Potrero, which operate on diesel fuel and have no emissions reduction equipment.

17. Third, the record before the CEC shows that the SFERP will improve the water quality and aquatic habitat in the San Francisco Bay by replacing the Potrero Power Plant. The Potrero Power Plant uses a system known as "once-through cooling" where water is taken from the Bay, used to cool the power plant, and then discharged back into the Bay at high temperatures. The technology causes impingement and entrainment impacts to aquatic life as well as thermal effects in the area surrounding the discharge. The discharge also stirs up polluted sediments and disperses them through a wider area. The SFERP will use recycled water for cooling and will not discharge cooling water into the Bay.

18. Fourth, the SFERP uses newer technology with a proven record of reliability in contrast with the Potrero Power Plant, which has had an outage rate well above the system average for power plants operating within California.

19. Fifth, the SFERP is operationally flexible, making it ideally suited to complement the City's aggressive goals for the deployment of renewable resources.

20. Since the City obtained the CT generators from Williams, the City has worked diligently to obtain all of the regulatory approvals necessary to construct the SFERP. Part of that process was to obtain a certification from the CEC.[3]

21. On March 18, 2004, the City filed an Application for Certification ("AFC") with the CEC to construct and operate the SFERP, which was then slated to be located at the site presently used by Mirant for the Potrero Power Plant.

22. On March 25, 2005, the City filed an amendment to the AFC in which the City proposed relocating the SFERP to a 4-acre parcel owned by the City that is located south of 25th Street and approximately 900 feet east of Illinois Street (approximately a 1/4 mile from the original location).

23. After a comprehensive review of the SFERP, including an analysis of the potential economic, public health and safety, reliability, engineering, and environmental ramifications of the project and an extensive review of alternatives, the CEC adopted an order approving the City's AFC. (CEC Order No. 06-1003-01, dated October 3, 2006 ("CEC Order"), a true and correct copy of the CEC Order is attached hereto as Exhibit D.) Among other things, the CEC found that the SFERP will "provide a degree of economic benefits and electricity reliability to the local area." The CEC further found that the required conditions of certification will: (a) "ensure that the project will be designed, sited, and operated in conformity with applicable local, regional, state, and federal laws, ordinances, regulations, and standards, including applicable public health and safety standards, and air and water quality standards;" and (b) further "ensure protection of environmental quality and assure reasonably safe and reliable operation of the facility. . . [without] result[ing] in, [ ] or contribut[ing] substantially to, any significant direct, indirect, or cumulative adverse environmental impacts." (CEC Order at 1-2.)

24. Air quality concerns were an important part of the CEC certification process. As part of that process, the City was required to obtain a Determination of Compliance from the BAAQMD.

---

[3] The California Energy Commission is the state's primary energy policy and planning agency. One of the CEC's responsibilities is to license thermal power plants in excess of 50 megawatts, which would include the SFERP.

LEAL DEC.
Case No. C-07-4936-JCS

6

25. On July 26, 2005, BAAQMD issued a Preliminary Determination of Compliance ("PDOC"). On November 22, 2005, BAAQMD issued a Final Determination of Compliance ("FDOC"). (A true and correct copy of the Revised and Reissued FDOC dated January 16, 2006 is attached hereto as Exhibit E.)

26. Plaintiff Lynne Brown along with some other persons and entities filed an appeal of the FDOC with BAAQMD. On April 15, 2006, BAAQMD issued an order dismissing the appeal.

27. After a review and detailed scientific analysis of the potential emissions from the SFERP, BAAQMD determined that the SFERP would comply with all applicable federal and state air quality laws, provided that the City complied with the conditions of compliance set forth in the FDOC. (FDOC at 18.) The CEC then included the conditions of compliance in the PDOC in the CEC Order.

28. Before the City can being construction of the SFERP, BAAQMD must issue the City the ATC. Under BAAQMD Rules and Regulations, BAAQMD must issue the ATC if the CEC Order contains all of the conditions required by BAAQMD. (BAAQMD Regulation 2-3-301 and 2-3-405.) (A true and correct a copy of these regulations is attached hereto as Exhibit F.) Neither BAAQMD nor any interested party has questioned the completeness of the CEC Order in this regard.

29. Plaintiff Lynne Brown along with some other persons and entities sought judicial review of the CEC Order with the California Supreme Court. The California Supreme Court denied the petition for a writ of mandate/prohibition.

30. Plaintiffs A. Phillip Randolph Institute and Lynne Brown along with some other persons and entities recently filed a request that the CEC "reopen" the CEC's certification of the SFERP. This request is procedurally and substantively defective and the City will oppose it on these grounds.

31. The City has worked diligently to gain community support for the City's CT projects as part of a comprehensive plan for a cleaner, more efficient, and more reliable energy system to serve San Francisco. As part of this work , the City held numerous community meetings and modified the location, scope, and design of the project to address community concerns. As a result, there is community support for the SFERP in the City.

32. On July 12, 2007, the City and County of San Francisco Power Plant Task Force adopted by a 5-0 vote a resolution recommending that the Board approve the City's CT projects including the SFERP. The Power Plant Task Force consists of seven voting members appointed by the Board, including a resident of each of the following: Mission Bay, Bayview Hunters Point, Potrero Hill area, and the Central Waterfront.[4] The Board charged the Power Plant Task Force with advising it on power policy issues related to the construction of new power generating facilities in the Southeast portion of San Francisco, power demand management, and energy policy for the City.

33. A number of neighborhood groups in Southeast San Francisco have expressed support for the SFERP. For instance, the Potrero Boosters Neighborhood Association ("PBNA") and Dogpatch Neighborhood Association ("DNA") were intervenors in the CEC proceeding. In comments filed with the CEC, PBNA and DNA informed the CEC that the SFERP represented a move away from environmental injustice and would smooth the "transition to cleaner renewable energy development."

34. The City has supported aggressive reductions of greenhouse gas emissions. The City has been an active participant in various proceedings before the California Public Utilities Commission related to greenhouse gas emissions and energy efficiency.

35. In February 2002, the Board adopted a resolution that, among other things, established a long-term goal of reducing San Francisco's greenhouse gas emissions and instructed the SFDOE to work with the SFPUC and other appropriate City agencies to develop a plan to target greenhouse gas emission reduction.

36. In September 2004, the SFPUC and the SFDOE issued a Climate Action Plan for San Francisco that called for the City to reduce its greenhouse gas emissions to 20% of 1990 levels by the year 2012. (A true a correct copy of the Executive Summary of the Climate Action Plan is attached hereto as Exhibit G.)

---

[4] On the date of the vote, only six members had been appointed and only five were present.

LEAL DEC.
Case No. C-07-4936-JCS

8

37. In November 2006, the City successfully certified its greenhouse gas emissions inventory with the California Climate Action Registry, becoming the first city in the United States to earn the Registry's distinction of Climate Action Leader™.

38. On October 2, 2007, the Board adopted a resolution supporting the City's participation in the SF Climate Challenge, an initiative of the SFDOE, the Sierra Club and a local non-profit One Atmosphere, the purpose of which is to encourage San Franciscans to reduce energy consumption in their homes.

39. The City currently owns and operates one of the nation's largest city-owned solar projects atop the Moscone Convention Center. Additional solar facilities have been completed at the Southeast Wastewater Treatment Plant, the San Francisco International Airport, the Norcal Recycling Center at Pier 96 and several San Francisco public schools and libraries. Other facilities are under development or construction. The City also is engaged in numerous energy efficiency projects to reduce demand at City facilities, is conducting a feasibility study to generate tidal power at the Golden Gate Bridge, and has launched a biofuel program to convert waste grease and oil into fuel for City vehicles and MUNI buses.

40. If the plaintiffs were to prevail in this action, and obtain the relief they seek from the Court, the City's ability to move forward with this important project would be delayed indefinitely. For this reason, this Court should grant the City's motion and allow the City to intervene.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of October, 2007, at San Francisco, California.

_____
SUSAN LEAL

LEAL DEC.
Case No. C-07-4936-JCS

9