EXHIBIT A

# THE ELECTRICITY RESOURCE PLAN



*Choosing San Francisco's Energy Future*

*solar*

*biomass*      *wind*

*efficiency*



Revised December 2002

# Preface

This revised edition of *The Electricity Resource Plan* updates emissions forecasts based on the most recent analysis and projections. Minor edits have also been made in the text where appropriate.

The Plan was adopted by the Board of Supervisors and signed by Mayor Willie Brown in December, 2002 as a policy guide to be used in proposing and implementing specific actions. Those actions that require the expenditure of CCSF funds or require compliance with environmental laws will likely require additional analysis and public review. This Plan provides a long-term vision of the City's possible electricity future. Because the Plan extends over a ten-year time horizon, it will need to be adapted and revised to accommodate changing circumstances.

Implementation of the Plan will require the cooperation of many organizations, including but not limited to the California Public Utilities Commission, the California Independent System Operator, the California Energy Commission, the California Power Authority, Pacific Gas and Electric Company, independent power developers, energy service companies and other departments and agencies of the City and County of San Francisco. The Department of the Environment and the Public Utilities Commission will periodically release updates on developments that bear on the Plan and will publish a revised edition annually on their web sites.

## Acknowledgments

*The Electricity Resource Plan* is the result of a collaborative effort initiated by Supervisor Sophie Maxwell in early 2001, when she introduced an ordinance to address the health and environmental consequences of electricity generation in the City.

The Plan was prepared by Ed Smeloff of the Public Utilities Commission and Cal Broomhead, Danielle Dowers, and Ann Kelly of the Department of the Environment. Ongoing guidance and support from Greg Asay of Supervisor Maxwell's office and Theresa Mueller and Jackie Minor of the City Attorney's office steered the Plan to completion. Consultant Joel Swisher of the Rocky Mountain Institute provided technical and strategic analysis.

The development of the Plan involved an extensive public process. Comments from San Francisco residents and business representatives helped to shape the goals and to identify strategies for achieving them. Special thanks are due the communities of Southeast San Francisco, whose members worked diligently to see that their important concerns were given full consideration. The collaboration among City departments and community representatives will continue as the implementation stages of the Plan get underway.

# Executive Summary

California's experiment with electricity deregulation and the energy crisis it spawned exposed the vulnerabilities of San Francisco's electrical supply and highlighted environmental justice issues associated with fossil fuel generation. The City's electricity is supplied by two old and polluting power plants at Hunters Point and at the base of Potrero Hill, and through overhead and underground transmission lines along a single pathway in San Mateo County. For years communities in the Southeast, where there is a high level of respiratory disease, have been calling for the shutdown of the Hunters Point plant. In 1998 PG&E and the Mayor signed an agreement to close the plant as soon as replacement power was available to assure reliability.

In 1999, as part of the deregulation process, PG&E sold its power plant at Potrero to an out-of-state merchant energy company. Mirant, the new owner, decided to expand the facility by adding a new power plant more than twice the size of the existing plant. That proposal has met with strong community resistance and has raised further alarm about environmental justice in neighborhoods bordering fossil fuel plants.

The City's Board of Supervisors responded to this situation in May 2001 by unanimously passing an ordinance, "Human Health and Environmental Protections for New Electric Generation," introduced by Supervisor Sophie Maxwell, who represents both the Hunters Point and Potrero neighborhoods.[1] The ordinance directs the San Francisco Public Utilities Commission (SFPUC) and the Department of the Environment (SFE) to prepare an energy resource plan that considers all practical transmission, conservation, efficiency and renewable alternatives to fossil fuel electricity generation in the City and County of San Francisco.

This Plan presents a framework for assuring reliable, affordable, and sustainable sources of electricity for current and future generations with the following notable milestones:

a) By 2005, the City will enable the closure of the oldest of San Francisco's fossil fuel plants at Hunters Point and the reduced operation of the second oldest plant at Potrero. This will be accomplished by developing sufficient replacement power through a combination of peak load reduction, energy efficiency, renewable energy, and new clean technology generation.

b) Following 2005, the large Potrero power plant can be shutdown with the development of transmission projects already being planned or the construction of additional renewable or clean energy technology in the City. This Plan assumes there will be no need for the construction of a large central generation plant in San Francisco.

c) Beginning with the closure of the Hunters Point power plant and throughout the planning horizon of this Plan, greenhouse gases will be reduced. The operationally

---

[1] Text of the ordinance appears in Appendix A.

1

flexible natural gas-fired power facilities proposed in this Plan will allow for gradual displacement of existing fossil fuel generation by increased energy efficiency and renewable energy technologies, with a long term goal of zero greenhouse gas emissions and minimal environmental impacts from the generation of electricity.

If these milestones are met, San Francisco will have reduced its in-City fossil fuel capacity as well as its air pollution emissions. Figure ES1 shows that the net decrease in fossil fuel use results in a 72% drop in in-City NOx levels by 2005.



Figure ES.1

2

## Goals

During a series of public hearings, the following goals were identified to set priorities for this Plan:
- Maximize Energy Efficiency
- Develop Renewable Power
- Assure Reliable Power
- Support Affordable Electric Bills
- Improve Air Quality and Prevent Other Environmental Impacts
- Support Environmental Justice
- Promote Opportunities for Economic Development
- Increase Local Control Over Energy Resources

## Key Issues

San Francisco is a constrained transmission area because of its location at the tip of a peninsula. During periods of peak demand, the City can import over existing transmission lines only about 60 percent of the power needed to meet its needs. Therefore, the California Independent Systems Operator (ISO) requires that power plants located in the city be operated to satisfy and maintain grid reliability. The existing power plants are now past normal operating life, inefficient, prone to failure, and many times more polluting than new power plants.

The Hunters Point and Potrero communities consist of a high proportion of lower-income, predominantly non-white residents. These communities share a common concern for public health, especially that of children and the elderly, who are hospitalized for asthma and other diseases at higher rates than reported statewide. Air pollution is a contributing factor to these health problems. The Hunters Point and Potrero power plants, along with vehicles and industrial facilities, are sources of air pollution.

Potrero Unit 3 and Hunters Point Unit 4 are subject to significant NOx emission limitations beginning in 2005. The Potrero Unit falls under a NOx emissions "bubble" that applies to multiple boilers owned by Mirant in the greater Bay Area. Air regulations require that power plant owners operate their fleet of boilers to meet an average NOx output. Mirant is currently evaluating alternative strategies for meeting these air regulations. One possible approach includes scheduling an extended outage of Potrero Unit 3 in 2004 to allow for pollution control retrofits. Given the current set of power resources available, such an outage would make the city more dependent on the Hunters Point Unit 4 and four diesel-fueled peaking power plants for reliability in 2004. The peaking plants are limited to 877 hours of operation because of their high level of pollution.

PG&E has indicated its desire to close the 44-year-old plant at Hunters Point and not to invest in emission reduction retrofits to meet the 2005 standards. If forced to remain open beyond 2004 for reliability purposes, PG&E expects to operate Hunters Point

3

without new emission controls using emission reduction credits for NOx. Given these circumstances, it is extraordinarily important that the City develop a flexible short-term plan that will diminish, rather than increase reliance on Hunters Point and allow for the closure of Unit 4 by 2005.

Both the proposed Mirant power plant (Unit 7) and a proposed PG&E transmission line on the peninsula (Jefferson to Martin) could provide sufficient additional load serving capacity to allow for the closure of Hunters Point. However, there is significant uncertainty as to when either resource could be available, but definitely by 2005. Therefore, the City needs to develop sufficient credible generation and load reduction alternatives that can be implemented by 2005.

Complicating San Francisco's vulnerable power situation is the state of flux California finds itself in as a result of its failed electricity restructuring scheme. Responsibility for planning for future electricity needs has been diffused through myriad state and federal agencies and the private sector. Consequently, the development of new electricity resources including generation, transmission, and load reduction are not being considered in a comprehensive fashion.

**Figure ES2.** The graph above shows the projected resource mix for San Francisco, following the recommended electricity resource portfolio described in this Plan.

4

# Recommendations to Support an Action Plan

Based on months of research, independent analysis, and public input, the SFPUC and SFE are recommending a strategy to shut down the Hunters Point power plant and Potrero Unit 3 and to set the City on a sustainable course that shows a progressive decline in dependence on fossil fuels. In order to meet the City's electric reliability requirements, implementation of the Plan should begin immediately.

The main components of the Plan include:

## I. A Clean, Reliable Electricity Portfolio

**Demand Reduction through energy efficiency and load management.** This is generally a cost-effective means of reducing electricity load. The objectives are: 16 MW by 2004; 55 MW by 2008; 107 MW by 2012.

In San Francisco, demand reduction needs to be accomplished citywide. Since commercial users make a substantial contribution to peak demand they need to be targeted for peak reductions, with special focus on downtown buildings. The California Independent System Operator (ISO) gives priority to meeting the downtown network load in the event of a multiple transmission failures while allowing other areas to be blacked out on a controlled basis; therefore, every megawatt reduction in the downtown network makes in-city generation available to other areas in San Francisco and lessens the likelihood of blackouts.

City-owned facilities will likewise be targeted for load reduction and will be managed by SFPUC. The Department of Environment oversees several efficiency programs for the private sector. These programs will have to be augmented to include incentives, changes in codes and standards, outreach, and training to achieve the goals of the Plan.

**Renewables.** Programs to harness the sun, wind, water, and other natural sources will be a high priority. The objectives for renewables are: 7 MW by 2004; 28 MW by 2008; 50 MW by 2012.

Solar power is an excellent distributed resource because of its modularity. It can be sized all the way from multi-megawatt systems down to hundreds of watts on residential roofs. The SFPUC will soon begin the City's first large solar power development at the Moscone Center. This football-field sized showpiece will produce about 688 kilowatts. A second 600-kilowatt solar site is planned for the Southeast wastewater treatment plant. Other proposed municipal sites include the airport and the port. SFE will undertake an aggressive program to identify and develop sites in the private sector.

There are wind technologies appropriate for urban applications, though the most significant amounts of wind power are outside the City in areas such as the Altamont Pass, where wind speeds and proximity to transmission can be met. Hetch Hetchy can build wind turbines at Altamont and at sites along its transmission right-of-ways.

5

Tidal current and wave generation are in a pre-commercial development stage. The theoretical potential for these resources in the Bay Area is in the hundreds of megawatts of power. The City should seek partnerships with the federal and state governments in exploring the potential of these resources and take the lead in providing the opportunity for demonstration sites.

**Medium-sized Generation and Cogeneration**. Mid-size plants of about 50 megawatts can provide high levels of reliability and could be built in several locations in San Francisco. This Plan assumes the megawatts needed to help shut down Hunters Point and Potrero Unit 3 are: 150 MW by 2004; 250 MW by 2008.

These plants will be the most efficient gas-fired generators available and will be used as replacement generation for the old, polluting plants in the City. The quantity of new natural gas-fired generation should be based on a publicly reviewed reliability analysis. Whenever investment in demand-side management and sustainable resources can offset new fossil fuel development, this will be the City's preferred course.

Cogeneration is the production and use of electricity and heat from a single installation. It is favored because the total efficiency goes up when the heat created from combustion is captured and used. One site currently under consideration is a 50-megawatt cogeneration plant at 5th and Jessie Streets in the City. The present facility burns natural gas to boil water into steam. This installation could produce steam to feed into the existing district heating system, with 50 MW of electricity being generated as a by-product of the steam production. Another possible site for a cogeneration system is the Mission Bay campus of the University of California, San Francisco where the potential for district heating is substantial.

**Small-scale Distributed Generation (DG).** These include fuel cells, packaged co-generation, and micro-turbines. DG generators range from 10 kilowatt to 5 megawatts in size and usually support single facilities. The objectives are: 10 MW by 2004; 38 MW by 2008; 72 MW by 2012.

The SFPUC will identify sites for municipal applications and the SFE will work with downtown building owners and other businesses to find appropriate sites and to facilitate installation.

The effective deployment of distributed generation will require the cooperation of PG&E for interconnection to the grid, and the assistance of City departments in streamlining permitting.

**Transmission**. An upgrade to an existing line and a new transmission line scheduled to be built on the Peninsula to service San Francisco will be necessary for long-term reliability, and should be supported by the City. At the same time the City should commit to securing a continually increasing percentage of renewable sources to feed into the transmission grid.