EXHIBIT C




Your Link to Power

California Independent
System Operator Corporation

July 12, 2007

Honorable Supervisor Sophenia Maxwell
City and County of San Francisco
City Hall
One Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4641

Dear Supervisor Maxwell:

Thank you for your continuing interest in the San Francisco Action Plan ("Plan") and the Trans Bay Cable Project. We appreciate your commitment to a public process that ensures full and informed engagement of the community and interested parties.

The California Independent System Operator ("California ISO") is the reliability authority for most of the state and is obligated to ensure that electricity service within its control area meets national reliability standards. As you know, current studies indicate that the San Francisco area will not meet these standards beginning in 2010 — less than three years from now. This is a very short period of time in the world of project development, which typically requires five to seven years for study, design, permitting, development, and implementation.

The California ISO continues to support the Plan as the best mechanism for achieving the City's goals and maintaining electric system reliability. As you know, the ISO Board of Governor's adopted the Plan in 2004 with the understanding that it called for three key components:
    (1) Removal of our Reliability Must-Run designation for the Hunters Point power plant once the Jefferson-Martin transmission line is placed into service,
    (2) Shifting our reliability designation from the Potrero power plant to the City's combustion turbines once they are placed in service, and
    (3) Development of the Trans Bay Cable Project to increase power deliveries into the area.

These firm, specific proposals, all of which are identified in the Plan and referenced in other related documents, are essential to meeting federal reliability standards in the San Francisco area. Once in place, these facilities will provide the City with the flexibility to move beyond reliability considerations and focus on developing demand response initiatives, energy conservation programs, and renewable energy projects. Unlike the proposals identified in the plan, recently introduced alternatives fail to contain the engineering and implementation details essential to retiring existing generation while meeting necessary reliability requirements.

The California ISO is proud of its work with the City and Pacific Gas & Electric Company, leading to the approval and construction of the Jefferson-Martin line and the retirement of the Hunters Point power plant, consistent with the Plan, and looks forward to the success of the remaining components of the Plan. Again, thank you for your interest and leadership in the critical deliberations. If you have questions or would like additional information, please contact Gary DeShazo (916-608-5880) or Julie Gill (916-351-2221) of my staff.

Sincerely yours,

Armando J. Perez (C.a)

Armando J. Perez
Vice President of Planning and Infrastructure Development

cc: Mayor Gavin Newsom
Members, San Francisco Board of Supervisors
Dennis Herrera, City of Attorney
Susan Leal, SFPUC
Members, Potrero Task Force
William Morrow, P&GE
Jeffrey Russell, Mirant
David Parquet, Babcock & Brown