EXHIBIT G

# Climate Action Plan

## For San Francisco

### Local Actions to Reduce Greenhouse Gas Emissions

  

   

San Francisco Department of the Environment • San Francisco Public Utilities Commission

September 2004

## From the Mayor



Climate change presents serious threats to the quality of life in San Francisco. The impacts of rising sea levels could be potentially devastating. Low lying areas such as San Francisco International Airport, Treasure Island, Mission Bay, SBC and Candlestick Parks, roads, railroad tracks, sewage treatment plants, and our marina and harbor facilities could be threatened. We must act now to significantly reduce greenhouse gas emissions or we will quickly reach a point at which global warming cannot be reversed.

That is why San Francisco holds itself accountable for its contributions to global warming, and is committed to dramatically reducing overall greenhouse gas emissions to 20% below 1990 levels by 2012. The *Climate Action Plan,* prepared by San Francisco's Department of Environment and Public Utilities Commission staff, quantifies the emissions we are responsible for and identifies actions required to achieve emissions rollbacks.

The good news is that we can reduce the pollution that causes global warming by using currently available technologies that also enhance economic development. We can promote energy efficiency, renewable energy, alternatives to automobile transportation, and recycling to help save money and create jobs that strengthen the local economy, and increase the livability of our neighborhoods.

Our actions can be an example to others. As cities across the nation make similar commitments we can work in concert to make an environmental u-turn. It is up to municipal governments to take ownership of this critical issue when there is scant leadership coming from Washington, D.C.

We need to act now if we are going to keep San Francisco and the Bay Area a viable place to live for future generations. It is our responsibility as citizens of the world.

Gavin Newsom

# Acknowledgements

The *Climate Action Plan* is the result of the hard work and persistence of many people. These include staff at San Francisco's Department of Environment (SF Environment), San Francisco Public Utilities Commission (SFPUC), International Council for Local Environmental Initiatives (ICLEI), consultants and reviewers. They spent many hours researching, writing, crunching numbers, and reviewing the Plan. In particular, Randa Gahin, Kevin Drew, Cal Broomhead and Elizabeth Stubblefield of SF Environment were major contributors. Abby Young, director of ICLEI's Cities for Climate Protection campaign, and the rest of the ICLEI staff gave invaluable input, advice and technical support throughout the process. Special thanks to Shawn Rosenmoss for contributing her sharp editing skills and to Ashley Frey Rosemire for the fine design and layout. Thank you to Jared Blumenfeld, Director, SF Environment and to Ed Smeloff, Assistant General Manager for Power Policy, Planning, and Resource Development, SFPUC, for their leadership and support. Finally, thanks to John Deakin, former director of San Francisco's Bureau of Energy Conservation, for his vision in initiating this project.

Danielle Dowers, Project Manager

**SF Environment staff:**
Clark Aganon
Cal Broomhead
Kevin Drew
Randa Gahin
Alena Gilchrist
Ann Kelly
Jack Macy
Kate Meny
Peter O'Donnell
Ashley Frey Rosemire
Shawn Rosenmoss
Rick Ruvolo
Ina Shlez

**Volunteers:**
Luz Ruiz
Elizabeth Stubblefield

**ICLEI staff:**
Ryan Bell
Bill Drumheller
Matt Nichols
Susan Ode
Allison Quaid
Melissa Royael
Nancy Skinner
Abby Young

**SFPUC staff:**
Pam Husing
Doug Johnson
Oliver Kesting
Angie Lee
Gary Oto
Roger Picklum
Fred Schwartz

**Reviewers:**
Kevin Finney,
*Union of Concerned Scientists*
Guido Franco,
*California Energy Commission*
Charles Rivasplata, *San Francisco Planning Department*
Ed Vine, *Lawrence Berkeley National Laboratory*
Abby Young, *International Council for Local Environmental Initiatives*

**Consultants:**
Ann Guy,
*Brown, Vence & Associates*
Leslie Kramer,
*Brown, Vence & Associates*

# Table of Contents

Executive Summary ................................................................. ES-1

**Chapter 1 – Climate Change: Causes and Impacts**
   1.1 Causes of Climate Change ..................................................... 1-1
   1.2 Local Impacts of Climate Change ............................................... 1-6
   1.3 Policy and Legislation ........................................................ 1-17

**Chapter 2 – San Francisco's Greenhouse Gas Emissions: Inventory & Reduction Target**
   2.1 Methodology ................................................................ 2-1
   2.2 Emissions Inventory ......................................................... 2-1
       Transportation Emissions .................................................... 2-2
       Energy Emissions ........................................................... 2-9
       Solid Waste Emissions ...................................................... 2-13
   2.3 Reduction Target ............................................................ 2-17

**Chapter 3 – Actions to Reduce San Francisco's Greenhouse Gas Emissions**
   3.1 Introduction ................................................................ 3-1
   3.2 Transportation Actions ...................................................... 3-1
   3.3 Energy Efficiency Actions ................................................... 3-17
   3.4 Renewable Energy Actions ................................................... 3-27
   3.5 Solid Waste Actions ........................................................ 3-35

**Chapter 4 – An Implementation Strategy for the Near Term**
   4.1 Introduction ................................................................ 4-1
   4.2 Next Steps .................................................................. 4-2
       Transportation .............................................................. 4-2
       Energy Efficiency ........................................................... 4-8
       Renewable Energy ........................................................... 4-12
       Solid Waste ................................................................ 4-16

**Graphics Credits**

**Appendices**
   Appendix A  -  $CO_2$ Reduction Estimates Assumptions
   Appendix B  -  U.S. Mayors Statement on Global Warming
   Appendix C  -  San Francisco Board of Supervisors Resolution

# Executive Summary

**Global Warming is real.** The world's leading climate scientists agree that human behavior is accelerating global warming, and that the earth is already suffering the impacts of the resulting climate change.

**Climate change will affect San Francisco.** It is a global problem with local impacts. Rising temperatures, rising sea level, and more frequent El Niño storms could seriously threaten the City's infrastructure, economy, health, and ecosystems with impacts such as:

- Flooded roads, threats to the sewage system and Airport infrastructure
- Increased asthma and respiratory illness due to higher ozone levels
- Threatened Bay wetlands and marine life
- Fishing and tourism industry impacts, high insurance and mitigation costs

**We have a responsibility to act.** San Francisco is responsible for about 9.7 million tons of $CO_2$ emissions per year. In 2002, the San Francisco Board of Supervisors passed the *Greenhouse Gas Emissions Reduction Resolution*, committing the City and County of San Francisco to a greenhouse gas emissions reductions goal of 20% below 1990 levels by the year 2012. The resolution also states that the Mayor and Board of Supervisors actively support the Kyoto Protocol, and calls upon national leaders to do so as well. Federal inaction makes state and local action all the more important. The development of this *Climate Action Plan*, called for in the resolution, describes what San Francisco can do in order to achieve our greenhouse gas reduction goal.

San Francisco has joined with over 500 cities around the world to participate in the *Cities for Climate Protection* (CCP) campaign, sponsored by the International Council for Local Environmental Initiatives (ICLEI). As part of the campaign, member cities have committed to: inventory their emissions of greenhouse gases; set reduction targets; develop comprehensive strategies to meet these targets; implement these emissions reduction actions; and measure the results. The criteria set by the CCP campaign have been used to define the scope and presentation of this Plan.

The *Climate Action Plan*
- Provides background information on the causes of climate change and projections of its impacts on California and San Francisco from recent scientific reports;
- Presents estimates of San Francisco's baseline greenhouse gas emissions inventory and reduction target;
- Describes recommended emissions reduction actions in the key target sectors - transportation, energy efficiency, renewable energy, and solid waste management – to meet our 2012 goal; and
- Presents next steps required over the near term to implement the Plan.

## Climate Change: Causes and Impacts

Climate change is both a global and local phenomenon. The Intergovernmental Panel on Climate Change (IPCC), reports that temperatures and sea level are rising at the fastest rate in history, and are projected to continue rising (2-10 degrees Fahrenheit temperature rise, 4-36 inches sea-level rise over the next 100 years). This trend, sometimes referred to as "global warming," is seriously impacting water resources, ecosystems, human health, and the economy.

### Human and Cultural Causes of Climate Change

Human behavior is accelerating climate change. The release into the atmosphere of carbon dioxide ($CO_2$) from the burning of fossil fuels in power plants, buildings and vehicles, the loss of carbon "sinks" due to deforestation, and methane emitting from landfills are the chief human causes of climate change. These emissions are referred to collectively as "greenhouse gases" (ghgs).

The United States has the highest per capita emissions of ghgs in the world–22 tons of $CO_2$ per person per year (see figure ES.1). With only five percent of the world's population, the United States is responsible for 24 percent of the world's $CO_2$ emissions.

California, despite its strong environmental regulations, is the second largest greenhouse-gas polluting state in the nation, and emits 2% of global human-generated emissions. Its largest contribution of $CO_2$ is from vehicle emissions. Clearly, more needs to be done. California has much to lose if climate change is not abated.



Figure ES.1 - Per Capita $CO_2$ Emissions 2001

Sources: Energy Information Administration: World Carbon Dioxide Emissions from the Consumption and Flaring of Fossil Fuels, 1992-2001. U.S. Census Bureau: Countries Ranked by Population: 2001

### Impacts on San Francisco

San Francisco, as a coastal city surrounded on three sides by water, is extremely vulnerable to climate change. It is further at risk because the City depends on the Sierra snow pack for its water supply and for hydroelectric power. According to a joint study by the Union of Concerned Scientists and Ecological Society of America, some of the possible effects of climate change on San Francisco are:

- Sea-level rise may threaten coastal wetlands, infrastructure, and property.
- Increased storm activity together with sea-level rise could increase beach erosion and cliff undercutting.
- Warmer temperatures and more frequent storms due to El Niño will bring more rain instead of snow to the Sierras, reducing supply of water for summer needs.
- Decreased summer runoff and warming ocean temperatures will affect salinity, water circulation, and nutrients in the Bay, possibly leading to complex changes in marine life.

Such dramatic changes to San Francisco's physical landscape and ecosystem will be accompanied by financial and social impacts. Tourism would suffer, as would San Francisco's fishing industry and the regional agricultural industry, which is expected to be greatly disrupted by a warmer climate. Food costs would rise, property damage would be more prevalent, and insurance rates would increase accordingly.

The City's roads, pipelines, transportation, underground cables and sewage systems could be severely stressed or overwhelmed if rare instances of flooding or storm damage become common occurrences. Low lying areas such as San Francisco International Airport, built on a wetland, would be at high risk in the face of a rising sea level.

The environment plays a large role in some diseases carried by insects. Warming could make tick-borne Lyme disease more prevalent and could expand the range of mosquito-borne diseases such as West Nile virus. Another threat to the health of San Francisco residents is air pollution caused by higher temperatures and increased ozone levels. Neighborhoods in the Southeast of the City, where asthma and respiratory illness are already at high levels, would be especially at risk.

### Existing Mandates to Curb Climate Change

The United Nations Framework Convention on Climate Change (UNFCC) process is comprised of 150 participating countries. As of June 2003, 110 countries had ratified the Kyoto Protocol, agreeing to targets and timelines for reducing their greenhouse gas emissions. The United States signed, but has not ratified the protocol.

California has set specific targets for reducing greenhouse gas emissions produced in the state.

- Senate Bill 1078 (Sher, 2002) set a Renewable Portfolio Standard (RPS) which requires electricity providers to increase purchases of renewable energy resources by 1% per year until they have attained a portfolio of 20% renewable resources.

- Assembly Bill 1493 (Pavley, 2002) requires the California Air Resources Board to develop regulations mandating vehicle tailpipe $CO_2$ emissions reductions.
- Senate Bill 1771 (Sher, 2000) established the California Climate Action Registry to serve as a certifying agency for companies and local governments to quantify and register their greenhouse gas emissions for possible future trading systems.

## San Francisco's Greenhouse Gas Emissions: Inventory and Reduction Target

San Francisco's greenhouse gas emissions come principally from the $CO_2$ produced from the burning of fossil fuels in vehicles, in buildings, and in power plants. Methane, another major greenhouse gas, is released from the landfill used by the City for solid waste disposal.

### Inventory

The first step in developing the *Climate Action Plan* was to conduct a baseline inventory of greenhouse gas emissions. The emissions inventory identifies and categorizes the major sources and quantities of ghg emissions being produced by City residents, businesses, and municipal operations.

In 1990, San Francisco's total ghg emissions were approximately **9.1 million tons $eCO_2$** (equivalent carbon dioxide).[1] Figure ES.2 shows the breakdown of these emissions from all sources for the 1990 baseline year. "Building Energy" includes the impacts of the electricity and natural gas used in both private and public sector buildings and facilities. "Transportation" includes emissions from in-City and intraregional personal and commercial vehicles, Muni, BART, and other transit as well as the City's municipal fleet.

### Reduction Target

San Francisco's reduction target is 20% below 1990 levels by 2012. This is about **2.5 million tons** below 2000 levels. Figure ES.3 shows estimated emissions levels for the baseline year (1990), 2000 levels, forecast levels (2012), and San Francisco's 2012 target compared to the Kyoto Protocol and IPCC targets.

With "business as usual," greenhouse gas emissions are predicted to rise to 10.8 million tons per year in 2012. The 20% reduction target would reduce San Francisco's overall ghg emissions to **7.2 million tons per year by 2012**.

---

[1] All of the contributors to greenhouse gas emissions (e.g. electricity in kilowatt-hours x an electricity coefficient, natural gas in therms, vehicle travel in gallons of fuel, solid waste in tons x material coefficients) are combined and expressed here in the common unit of tons of "equivalent carbon dioxide" ($eCO_2$) released into the atmosphere in a given year.



Figure ES.2 - San Francisco Greenhouse Gas Emissions (eCO$_2$), 1990

1990 Baseline Greenhouse Gas Emissions. Total = 9.1 million tons eCO$_2$ per year
Source: PG&E, Hetch Hetchy Water and Power, CA. Dept. of Transportation, MTC, Muni, BART



Figure ES.3 - San Francisco Greenhouse Gas Emissions Forecast and Targets

## Taking Action to Reduce Emissions

While San Francisco has been actively pursuing cleaner energy, transportation, and solid waste policies, it is clear that we need to do more to reduce the rate of ghg emissions. In order to meet our reduction goal, this Plan sets forth a comprehensive set of actions that should be set in motion immediately. The actions are organized into four categories—Transportation, Energy Efficiency, Renewable Energy, and Solid Waste. The estimated annual 2012 emissions reduction levels are listed for each set of actions below.



### Transportation

The major ways to reduce transportation sector ghg emissions are by reducing vehicle trips and by traveling in vehicles with lower emissions. Reducing trips can be done by encouraging a shift from driving to alternative modes such as public transit, ridesharing, bicycling and walking. This would be accomplished through improved services and financial incentives. Vehicle emissions can be reduced by switching to more fuel-efficient or cleaner-fueled vehicles, and by downsizing fleets.

| Transportation Action Categories | Estimated $CO_2$ Reduction (tons/year) |
|---|---|
| A. Increase the Use of Public Transit as an Alternative to Driving | 87,000 |
| B. Increase the Use of Ridesharing as an Alternative to Single Occupancy Driving | 42,000 |
| C. Increase Bicycling and Walking as an Alternative to Driving | 10,000 |
| D. Support Trip Reduction Through Employer-Based Programs | 28,000 |
| E. Discourage Driving | 155,000 |
| F. Increase the Use of Clean Air Vehicles and Improve Fleet Efficiency[2] | 641,000 |
| **Total** | **963,000** |

---

[2] 555,000 tons of this reduction would be a result of a 5 miles per gallon increase in Federal CAFÉ (Corporate Average Fuel Efficiency) standards.



### Energy Efficiency

Reducing energy use reduces ghg emissions from fossil fuels burned in power plants and in buildings. Offering incentives on select products can encourage consumers to invest in efficient appliances or in home improvements that lower energy use. Other methods to increase energy efficiency include providing technical assistance and energy management services such as energy audits and design assistance for residential, commercial and municipal buildings. Education and outreach programs need to broaden general public awareness and to train particular groups (such as designers and building contractors) on energy efficiency practices.

The City has the power to strengthen energy codes and standards for both existing buildings and new construction that would bring both immediate and long-term benefits in terms of financial savings to businesses and residents.

| Energy Efficiency Action Categories | Estimated $CO_2$ Reduction (tons/year) |
|---|---|
| A. Increase Incentives, Direct Installation and Technical Assistance | |
|     Residential Buildings | 222,000 |
|     Commercial Buildings | 433,000 |
|     Municipal Buildings | 45,000 |
| B. Expand Education and Outreach | 36,000 |
| C. Strengthen Legislation, Codes and Standards | 65,000 |
| Total | **801,000** |



### Renewable Energy

Renewable energy technologies such as solar, wind, and biomass are now available, reliable and often cost-effective alternatives to fossil fuels for producing electricity. Emerging technologies such as fuel cells and tidal power should be researched and pilot projects developed.

Increasing the amount of renewable sources ("green power") in the City's electricity mix through local projects as well as through the State's electricity grid can have a great impact on greenhouse gas emissions and should be an ongoing action item.

| Renewable Energy Action Categories | Estimated $CO_2$ Reduction (tons/year) |
|---|---|
| A. Develop Renewable Energy Projects | |
|     Solar Energy | 35,000 |
|     Wind Energy | 239,000 |
|     Biomass Energy | 44,000 |
| B. Conduct Pilot Projects for Emerging Technologies[3] | -- |
| C. Support and Develop Green Power Purchasing | 230,000 |
| Total | **548,000** |



## Solid Waste

Recycling reduces $CO_2$ emissions by avoiding the energy used during the extraction and processing of virgin raw materials to manufacture new products. Also, reducing landfill reduces the amount of methane—a potent greenhouse gas—released into the atmosphere.

Actions should include expanding recycling and composting programs, to include more sectors of the city; encouraging recycling of construction and demolition debris; and increasing recycling in City departments.

| Solid Waste Action Categories | Estimated $CO_2$ Reduction (tons/year) |
|---|---|
| A. Increase Residential Recycling and Composting | 70,000 |
| B. Increase Commercial Recycling and Composting | 109,000 |
| C. Expand Construction and Demolition Debris Recycling | 57,000 |
| D. Support Alternate Collection Methods for Recyclable Materials | 66,000 |
| E. Promote Source Reduction, Reuse and Other Waste Reduction[4] | -- |
| F. Expand Municipal Programs[5] | -- |
| Total | **302,000** |

---

[3] Research and Development projects.
[4] Unknown materials breakdown. Savings not estimated.
[5] Included under B. Increase Commercial Recycling and Composting.

## Implementing the Plan

Our current level of activity will find us 20% above 1990 levels or 3.6 million tons short of our stated ghg emissions goal for 2012. If we are to reach our reduction target of approximately 2.5 million tons of $CO_2$ per year by the year 2012, it is imperative that over the next 1-3 years we act to:

| Actions Summary | Estimated $CO_2$ Reduction |
|---|---|
| Transportation Actions | 963,000 |
| Energy Efficiency Actions | 801,000 |
| Renewable Energy Actions | 548,000 |
| Solid Waste Actions | 302,000 |
| **Total** | **2,614,000 tons/year** |

- Accelerate and expand existing programs in all areas—transportation, energy efficiency, renewable energy, and solid waste.
- Develop the infrastructure to support new programs.
- Secure resources to implement actions.
- Set up tracking mechanisms and indicators to measure progress.

The City should set up a process to support City departments and private entities to integrate climate protection into their standard operating procedures. To be successful, this process must include participation of stakeholder groups and implementing agencies. As the coordinating agency, the Department of Environment (SF Environment) should:

- Establish a City interdepartmental working group and an external advisory group to implement the Plan.
- Establish and maintain a tracking system for quantifying $CO_2$ emissions and reductions.
- Collaborate with other cities through ICLEI's Cities for Climate Protection program.
- Increase outreach and education activities (such as publishing brochures on "simple things you can do" for climate protection).
- Investigate emissions credit trading systems.
- Seek grant funding from sources such as the US Department of Energy, US Environmental Protection Agency (EPA), and California Energy Commission (CEC).
- Document and report progress to decision makers and to the public.

While confronting global warming may seem insurmountable, local action can make a difference. It is imperative that San Francisco, a city at high risk from climate change impacts, takes action now to slow its effects. This can only be accomplished by a clear understanding of why climate change is occurring; conscious actions by City leaders and citizens to reduce local sources that are contributing factors; and concerted efforts to increase awareness and encourage action locally and at the state, national, and international levels.

Cost-effective solutions to reduce greenhouse gas emissions are available today. However, in order for these solutions to realize their potential, we must make climate protection a priority in our policies, budgets and investments, and personal and organizational actions.