EXHIBIT B

California Independent System Operator

# CALIFORNIA ISO

## Action Plan
## For
## San Francisco
## Options & Risks

Larry Tobias

California Independent System Operator
Pacific Gas & Electric Company
City and County of San Francisco
Interested Stakeholders / Public Participants

October 26, 2004

Gary DeShazo / Larry Tobias
Grid Planning, California ISO



California Independent System Operator

# CALIFORNIA ISO

## Background

Memo to the ISO Board on Sept. 10, 2004

This memo provided analysis and recommendations as to:

- The Action Plan for release of PG&E owned generation at Hunters Point and Mirant owned generation at Potrero from ISO Reliability Must Run (RMR) Agreements,

- An analysis of the retrofit of the Potrero 3 Power Plant with emissions control technology and how that impacts the Action Plan, and

- A discussion of the reliability of Hunters Point Unit 4 and the appropriateness of its designation as a RMR generation unit.

Gary DeShazo / Larry Tobias
Grid Planning, California ISO
October 26, 2004

California Independent System Operator

# CALIFORNIA ISO

## Action Plan Summary

### Action Plan to Release Hunters Point and Potrero from their RMR Agreements —

An Action Plan acceptable to the ISO for release of the existing generation at Hunters Point and Potrero from RMR contracts involves successful completion of a total of 12 transmission projects by PG&E, four peaking power plants by the City, and the Mirant retrofit of Potrero 3 with emissions control technology for its temporary operation.

The ISO does not control the dates of completion of these projects, nor does it control the permanent shutdown of the Hunters Point and Potrero generation.

Gary DeShazo / Larry Tobias
Grid Planning - California ISO

October 26, 2004

1

California Independent System Operator

# CALIFORNIA ISO

## Action Plan Assumptions

- The action plan acceptable to the ISO for the shut down of Hunters Point and Potrero units is based on assumptions that are subject to change.

- Such assumptions include current and expected status of transmission, generation, and customer demand.

- Any significant change to the assumptions underlying our analysis may change our conclusions.

- If such significant changes do occur, the ISO is obligated to review the continued acceptability of this action plan.

Gary DeShazo / Larry Tobias
Grid Planning – California ISO
October 26, 2004

4

California Independent System Operator

# CALIFORNIA ISO

## Conditions To Release From RMR

### Hunters Point Units #2 & #3 for 2005

- Potrero Static VAR Compensator – Dec. 2004

Gary DeShazo / Larry Tobias
Grid Planning - California ISO

October 26, 2004



California Independent System Operator

# CALIFORNIA ISO

## Conditions To Release From RMR

### Hunters Point Units #1 & #4 for/in 2006

- San Mateo-Martin #4 line 60/115 kV conversion – Completed
- Ravenswood 2nd 230/115 kV transformer bank – Completed
- SF Internal Cable Emergency Ratings – Completed
- Tesla-Newark #2 230 kV reconductoring – May 2005
- Ravenswood-Ames reconductoring – May 2005
- San Mateo 230 kV Bus insulator replacement – Mat 2005
- Potrero-Hunters Point (AP-1) 115 kV cable – Dec. 2005
- Jefferson-Martin 230 kV line – Dec 2005/March 2006
- Potrero Unit #3 Selective Catalytic Reduction (SCR) retrofit – Feb. 2005

Gary DeShazo / Larry Tobias
Grid Planning – California ISO

October 26, 2004

6