EXHIBIT B - 2

California Independent System Operator

# CALIFORNIA ISO

## Conditions To Release From RMR

### Potrero Units #4, #5, & #6 for 2007

- San Francisco Electric Reliability Project (4 combustion turbine generator units) – Dec. 2006

Gary DeShazo / Larry Tobias
Grid Planning – California ISO

October 26, 2004

7



California Independent System Operator

# CALIFORNIA ISO

## Conditions To Release From RMR

### Potrero Unit #3 for/in 2007

- Newark-Dumbarton 115 kV line reconductoring – May 2006
- Bair-Belmont 115 kV line reconductoring – May 2006 or 2007
- Metcalf-Hicks & Metcalf-Vasona 230 kV lines reconductoring – May 2007
- Ravenswood Substation shunt capacitors – May 2007

Gary DeShazo / Larry Tobias
Grid Planning – California ISO

October 26, 2004









California Independent System Operator

# CALIFORNIA ISO



## Next Steps For SFSSG

Determine a preferred option for maintaining long-term reliable load serving capability within San Francisco and the Peninsula.

Gary DeShazo / Larry Tobias
Grid Planning - California ISO

October 26, 2004


# CALIFORNIA ISO

California Independent System Operator

# Stakeholder Comments

Gary DeShazo / Larry Tobias
Grid Planning - California ISO

October 26, 2004

12