DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-6771
Facsimile:     (415) 554-4757
E-Mail:        william.sanders@sfgov.org

Attorneys for Movant/Intervenor
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILLIP RANDOLPH INSTITUTE, LYNNE BROWN, REGINA HOLLINS, on behalf of themselves and others similarly situated and the general public<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, MARK ROSS,<br><br>Defendants. | Case No. C-07-4936-JCS<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:   November 30, 2007<br>Time:           9:30 a.m.<br>Place:          Courtroom A, 15th Floor |

**PROOF OF SERVICE**

I, KIANA V. DAVIS, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is City Attorney's Office, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102; telephone (415) 554-4698.

On October 26, 2007, I served the following document(s):

**1.    NOTICE OF MOTION AND MOTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO INTERVENE AS A DEFENDANT IN THIS PROCEEDING;**

**2.    DECLARATION OF SUSAN LEAL IN SUPPORT OF MOTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO INTERVENE AS A DEFENDANT IN THIS PROCEEDING;**

**3.    [PROPOSED] ORDER GRANTING MOTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO INTERVENE AS A DEFENDANT IN THIS PROCEEDING; and**

**4.    PROOF OF SERVICE**

on the following persons at the locations specified:

| | |
|---|---|
| Alexander Crockett | Ann Lyons |
| Bay Area Quality Management | U.S. Environmental Protection Agency |
| District Office | USEPA Region 9 |
| 939 Ellis Street | 75 Hawthrone Street |
| San Francisco, CA 94109 | Mail Code; ORC-2 |
| | San Francisco, CA 94105 |

in the manner indicated below:

☒    **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 26, 2007, at San Francisco, California.

/S/
KIANA V. DAVIS

PROOF OF SERVICE
Case No. C-07-4936-JCS

1