1  SCOTT N. SCHOOLS
   Acting United States Attorney
2
   CHARLES M. O'CONNOR (CA State Bar No. 56320)
3  Assistant United States Attorney
   450 Golden Gate Ave., 10th Floor
4  San Francisco, California 94102
   Tel:    (415) 436-7180
5
   RONALD J. TENPAS
6  Acting Assistant Attorney General
   Environment and Natural Resources Division
7
   PAMELA S. TONGLAO
8  Trial Attorney
   U.S. Department of Justice
9  Environmental Defense Section
   P.O. Box 23986
10 Washington, D.C. 20026-3986
   Tel:    (202) 305-0897
11 Fax:   (202) 514-8865
   Email: pamela.tonglao@usdoj.gov
12
   Attorneys for Defendants
13

14              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION

16
                                              )   Case No.  3:07-cv-4936 JCS
17 SAN FRANCISCO CHAPTER OF THE A.             )
   PHILIP RANDOLPH INSTITUTE, LYNNE            )
18 BROWN, REGINA HOLLINS,                      )   NOTICE OF APPEARANCE
                                               )
19              Plaintiffs,                    )
                                               )
20        v.                                   )
                                               )
21                                             )
   U.S. ENVIRONMENTAL PROTECTION               )
22 AGENCY, STEPHEN L. JOHNSON, BAY             )
   AREA AIR QUALITY MANAGEMENT                 )
23 DISTRICT, AND MARK ROSS,                    )
                                               )
24              Defendants.                    )
                                               )
25 SUNRIDGE-ANATOLIA, LLC, et al.,             )
                                               )
26        Defendant-Intervenors.               )

27

28        Please enter the appearance of Pamela S. Tonglao as counsel for Defendants U.S.

NOTICE OF APPEARANCE
Case No. 07-4936 JCS

Environmental Protection Agency ("U.S. EPA"), and Stephen L. Johnson, Administrator of the U.S. EPA in the above-captioned case. Ms Tonglao's addresses and contact information are as follows:

| **MAILING ADDRESS** | **OVERNIGHT ADDRESS (not to be used for regular mail)** |
|---|---|
| Pamela S. Tonglao<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986 | Pamela S. Tonglao<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>601 D. Street, N.W., Suite 8000<br>Washington, D.C. 20004 |

**TELEPHONE**      (202) 305-0897

**FACSIMILE**      (202) 514-8865

**E-MAIL**          pamela.tonglao@usdoj.gov

                                              Respectfully submitted,

Dated:   October 31, 2007            SCOTT N. SCHOOLS
                                     Acting United States Attorney

                                     RONALD J. TENPAS
                                     Acting Assistant Attorney General
                                     Environment & Natural Resources Division

                                      /s/ Pamela S. Tonglao
                                     PAMELA S. TONGLAO
                                     Trial Attorney
                                     United States Department of Justice
                                     Environmental Defense Section
                                     P.O. Box 23986
                                     Washington, D.C. 20026-3986

**CERTIFICATE OF SERVICE**

On October 31, 2007, a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's e-filing system to Counsel of Record.

       /s/ Pamela S. Tonglao
       Pamela S. Tonglao