UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, LYNNE BROWN. REGINA HOLLINS.
    Plaintiff(s),

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, et al.,

    Defendant(s).

No. C 07-4936 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 31, 2007

Signature: Pamela S H[signature]

Counsel for Defs EPA & Stephen Johnson
(Plaintiff, Defendant, or indicate "pro se")