DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6771
Facsimile: (415) 554-4757
E-Mail: william.sanders@sfgov.org

Attorneys for Movant/Intervenor
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAN FRANCISCO CHAPTER OF THE A. PHILLIP RANDOLPH INSTITUTE, LYNNE BROWN, REGINA HOLLINS,

on behalf of themselves and others similarly situated and the general public

Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, MARK ROSS,

Defendants.

Case No. C-07-4936-CRB

**RE-NOTICE OF MOTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO INTERVENE AS A DEFENDANT IN THIS PROCEEDING**

Hearing Date: December 14, 2007
Time: 10:00 a.m.
Place: Courtroom 8, 19th Floor

TO PLAINTIFFS, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the motion of movant/intervenor the City and County of San Francisco (the “City”) for an order, pursuant to Federal Rule of Civil Procedure 24, granting the City leave to intervene as a defendant in this proceeding, previously noticed for a hearing on before the

Honorable Joseph C. Spero, United States Magistrate Judge, on November 30, 2007, at 9:30 a.m., will now be heard by the Honorable Charles R. Breyer, United States District Court Judge, on December 14, 2007, at 10:00 a.m. The grounds for the City's motion to intervene as of right under Federal Rule of Civil Procedure 24(a) are that the City has an interest in the transaction that is the subject of this proceeding so that the disposition of this action may impede the City's ability to protect its interests. The grounds for the City's motion for permissive intervention under Federal Rule of Civil Procedure 24(b) are that the City's defenses in this proceeding share common questions of law or fact with those of the parties and that the City's intervention at this time will not cause any undue delay or prejudice.

The motion is based upon this notice of motion, the memorandum of points and authorities filed on October 26, 2007, the declaration of Susan Leal filed on October 26, 2007, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: November 2, 2007

DENNIS J. HERRERA
City Attorney
OWEN J. CLEMENTS
Chief of Special Litigation
THERESA L. MUELLER
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS
Deputy City Attorney

By:__________/s/__________________________
WILLIAM K. SANDERS
Deputy City Attorney

Attorneys for Movant/Intervenor
CITY AND COUNTY OF SAN FRANCISCO

# PROOF OF SERVICE

I, KIANA V. DAVIS, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is City Attorney's Office, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102; telephone (415) 554-4698.

On November 2, 2007, I served the following document(s):

**RE-NOTICE OF MOTION OF THE CITY AND COUNTY OF SAN FRANCISCO TO INTERVENE AS A DEFENDANT IN THIS PROCEEDING**

on the following persons at the locations specified:

Alexander Crockett
Bay Area Quality Management
District Office
939 Ellis Street
San Francisco, CA 94109

Joshua Arce, Esq.
Brightline Defense Project
240 Golden Gate Ave., Suite 102
San Francisco, CA 94102

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 2, 2007, at San Francisco, California.

/s/
KIANA V. DAVIS