IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SF CHAPTER OF A. PHILIP RANDOLPH INSTITUTE,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>            Defendant.                          / | No. C 07-04936 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, January 11, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 5, 2007                                        FOR THE COURT,

                                                                                  Richard W. Wieking, Clerk

                                                                                  By:_____
                                                                                         Barbara Espinoza
                                                                                         Courtroom Deputy