UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SF CHAPTER OF A. PHILIP RANDOLPH
INSTITUTE et al,

                Plaintiff,

   v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY et al,

                Defendant.

_____/

Case Number: CV07-04936 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joshua Addison Arce
240 Golden Gate Ave.
Suite 102
San Francisco, CA 94102

Dated: November 7, 2007

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk