1 | BRIAN C. BUNGER, ESQ. (SB#142001)
District Counsel
2 | ALEXANDER G. CROCKETT, ESQ. (SB#193910)
Assistant Counsel
3 | BAY AREA AIR QUALITY MANAGEMENT DISTRICT
939 Ellis Street
4 | San Francisco, CA  94109
Telephone: (415) 749-4920
5 | Facsimile:   (415) 749-5103
Email: acrockett@baaqmd.gov

7 | Counsel for DEFENDANTS
BAY AREA AIR QUALITY MANAGEMENT DISTRICT and
8 | MARK ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, *et al.*, | CASE NO. C 07-4936 CRB |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE COURT, AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:  PLEASE TAKE NOTICE that the following attorneys will appear as Counsel of Record in the above-captioned proceeding on behalf of Defendants THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT and MARK ROSS in his official capacity as Chairperson of the Board of Directors of the Bay Area Air Quality Management District:

///

///

-1-

Case No. C 07-4936 CRB
NOTICE OF APPEARANCE OF COUNSEL

Brian C. Bunger, Esq. (SBN 142001)
District Counsel
Bay Area Air Quality Management District
939 Ellis Street
San Francisco, CA  94109
Telephone: (415) 749-4920
Facsimile:  (415) 749-5103
Email: bbunger@baaqmd.gov

Alexander G. Crockett, Esq. (SBN 193910)
Assistant Counsel
Bay Area Air Quality Management District
939 Ellis Street
San Francisco, CA  94109
Telephone: (415) 749-4732
Facsimile:  (415) 749-5103
Email: acrockett@baaqmd.gov

The Clerk is respectfully requested to designate Mr. Crockett as *LEAD ATTORNEY* and *ATTORNEY TO BE NOTICED* for purposes of the Court's records of the attorneys appearing in this action.

Dated:  November 8, 2007                    Respectfully submitted,

                                            BRIAN C. BUNGER, ESQ.
                                            DISTRICT COUNSEL
                                            BAY AREA AIR QUALITY MANAGEMENT DISTRICT


                                            By: _____/s/_____
                                               Alexander G. Crockett, Esq.
                                               Assistant Counsel

                                            COUNSEL FOR DEFENDANTS
                                            THE BAY AREA AIR QUALITY MANAGEMENT
                                            DISTRICT and
                                            MARK ROSS

**PROOF OF SERVICE BY MAIL**

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is BAY AREA AIR QUALITY MANAGEMENT DISTRICT, 933 Ellis Street, San Francisco, California, 94109.

On November 8, 2007, I served the attached:

**NOTICE OF APPEARANCE OF COUNSEL**

on the person(s) named below in said cause, by placing a true copy thereof enclosed in an envelope with postage prepaid fully thereon.  Said envelope(s) were thereafter deposited with the United States Postal Service at San Francisco, California, in accordance with this firm's business practice for collection and processing correspondence for mailing, with which I am personally and readily familiar.  All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.  Said envelope(s) were addressed as follows:

Joshua Arce, Esq.
Brightline Defense Project
240 Golden Gate Avenue, Suite 102
San Francisco, CA  94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on November 8, 2007.

/s/
Charlene Forbush

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/
Alexander G. Crockett, Esq.

-3-