IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF A. PHILIP RANDOLPH INSTITUTE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04936 CRB<br><br>**ORDER GRANTING MOTION TO INTERVENE** |

The City and County of San Francisco's unopposed motion to intervene is GRANTED. For the reasons set forth in the motion, the City has persuasively demonstrated that they have a claim or defense that shares with the main action a common question of law or fact. See Fed. R. Civ. P. 24(b)(1)(B). Moreover, the motion is timely and allowing the City to intervene will not cause undue delay or prejudice the parties. The hearing on the City's motion scheduled for December 14, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: December 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE