1  BRIAN C. BUNGER, ESQ. (SB#142001)
   District Counsel
2  ALEXANDER G. CROCKETT, ESQ. (SB#193910)
   Assistant Counsel
3  BAY AREA AIR QUALITY MANAGEMENT DISTRICT
   939 Ellis Street
4  San Francisco, CA  94109
   Telephone: (415) 749-4920
5  Facsimile:   (415) 749-5103
   Email: acrockett@baaqmd.gov
6
   Counsel for DEFENDANT the
7  BAY AREA AIR QUALITY MANAGEMENT DISTRICT

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  SAN FRANCISCO CHAPTER OF THE A.           )
    PHILIP RANDOLPH INSTITUTE, et al.,        )
12                                            )   CASE NO. C-07-4936 CRB
                                              )
             Plaintiffs,                      )   **STIPULATION FOR EXTENSION OF TIME**
13                                            )   **TO RESPOND TO**
        vs.                                   )   **FIRST AMENDED COMPLAINT**
14                                            )   **(BAAQMD & SAN FRANCISCO)**
                                              )
    UNITED STATES ENVIRONMENTAL               )
15  PROTECTION AGENCY, et al.,                )
                                              )
16           Defendants.                      )
                                              )
17  _____

18  **STIPULATION FOR EXTENSION OF TIME TO RESPOND FIRST AMENDED COMPLAINT**

19          Pursuant to Rule 6-1 of the Local Rules of the United States District Court for the Northern

20  District of California, Plaintiffs SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH

21  INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, and REGINA

22  HOLLINS ("Plaintiffs"); and Defendants BAY AREA AIR QUALITY MANAGEMENT DISTRICT

23  ("Air District") and CITY AND COUNTY OF SAN FRANCISCO ("City"), (collectively, "Stipulating

24  Parties"), hereby stipulate and agree to extend the time for the Air District and City to respond to the

25  First Amended Complaint in the above-captioned action until the time by which Defendants the United

26  States Protection Agency and Stephen Johnson ("Federal Defendants") will be required to respond to the

27  First Amended Complaint.

28          Stipulating Parties stipulate and agree as follows:

1. Plaintiffs and Defendant Air District previously entered into a stipulation, which was approved by the Court, extending the time for the Air District to respond to the Complaint until January 4, 2008. (See Stipulation and Order, Docket No. 19, attached hereto for the Court's convenience as Exhibit A.) The parties to that stipulation entered into it so that the response of the Air District would be due at the same time as the response of the Federal Defendants, which they were informed and believed was due January 4, 2008. The parties to that stipulation agreed that having the responses from all of the Defendants (State and Federal) in the case due at the same time would make the most sense for the efficient conduct of this litigation.

2. Plaintiffs have now filed a First Amended Complaint. In addition, the City has been added as a Defendant by having intervened upon leave of the Court and by having been named as a Defendant in the First Amended Complaint.

3. Stipulating Parties continue to believe that having the responses from all of the Defendants in the case due at the same time would make the most sense for the efficient conduct of this litigation. Stipulating Parties therefore enter into this stipulation to extend the time for the Air District and the City to respond to the First Amended Complaint so that it is the same as the time for the Federal Defendants to respond.

4. As an agency and officer of the United States, the Federal Defendants have 60 days from service to respond to a complaint pursuant to F.R.C.P. Rule 12(a)(2). Therefore, Stipulating Parties stipulate and agree pursuant to Local Rule 6-1 that the Air District and the City's responses to the First Amended Complaint shall be due sixty (60) days after the date of service of the First Amended Complaint on the Federal Defendants, in order to correspond to the date that the Federal Defendants' response is due.

5. This change in the date by which the Air District and the City must respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

6. Alexander G. Crockett, Esq., the filer of this document and Signatory for purposes of Section X of this Court's General Order No. 45, hereby attests that he has on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

///

```
 1  Dated: December 19, 2007              Respectfully submitted,

 2                                        BRIGHTLINE DEFENSE PROJECT

 3

 4                                        By: _____/s/_____
                                              Joshua Arce, Esq.
 5                                            Executive Director/Staff Attorney

 6                                        ATTORNEY FOR PLAINTIFFS
                                          SAN FRANCISACO CHAPTER OF THE
 7                                        A. PHILIP RANDOLPH INSTITUTE, CALIFORNIANS
                                          FOR RENEWABLE ENERGY, LYNNE BROWN, and
 8                                        REGINA HOLLINS

 9

10                                        BRIAN C. BUNGER, ESQ.
                                          DISTRICT COUNSEL
11                                        BAY AREA AIR QUALITY MANAGEMENT DISTRICT

12

13                                        By: _____/s/_____
                                              Alexander G. Crockett, Esq.
14                                            Assistant Counsel

15                                        COUNSEL FOR DEFENDANT
                                          THE BAY AREA AIR QUALITY MANAGEMENT
16                                        DISTRICT

17

18                                        DENNIS J. HERRERA, ESQ.
                                          CITY ATTORNEY
19                                        CITY AND COUNTY OF SAN FRANCISCO

20
                                          By: _____/s/_____
21                                            William K. Sanders, Esq.
                                              Deputy City Attorney
22
                                          COUNSEL FOR DEFENDANT
23                                        THE CITY AND COUNTY OF SAN FRANCISCO

24

25

26  PURSUANT TO STIPULATION, IT IS SO ORDERED

27

28  DATED: _____                     _____
                                          UNITED STATES DISTRICT JUDGE
```

-3-

Case No. C-07-4936 CRB
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT