1  Joshua Arce, Esq. (State Bar No. 218563)
   josh@brightlinedefense.org
2  BRIGHTLINE DEFENSE PROJECT
   240 Golden Gate Avenue, Ste. 102
3  San Francisco, CA 94102
   415-837-0600
4  415-837-0660 (fax)

5  Attorney for Plaintiffs
   SAN FRANCISACO CHAPTER OF THE
6  A. PHILIP RANDOLP INSTITUTE,
   LYNNE BROWN, REGINA HOLLINS
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  SAN FRANCISCO CHAPTER OF THE A.      )
    PHILIP RANDOLPH INSTITUTE, et al.,   )  CASE NO. C-07-4936 JCS  CRB
12                                       )
                                         )
13              Plaintiffs,              )
                                         )  **STIPULATION FOR EXTENSION OF TIME**
14         vs.                           )  **TO RESPOND TO COMPLAINT**
                                         )  **(STATE DEFENDANTS)**
15  UNITED STATES ENVIRONMENTAL          )
    PROTECTION AGENCY, et al.,           )
16                                       )
                Defendants.              )
17                                       )

18         **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

19         Pursuant to Rule 6-1 of the Local Rules of the United States District Court for the Northern

20  District of California, Plaintiffs SAN FRANCISACO CHAPTER OF THE A. PHILIP RANDOLPH

21  INSTITUTE, LYNNE BROWN, and REGINA HOLLINS ("Plaintiffs") and Defendants BAY AREA

22  AIR QUALITY MANAGEMENT DISTRICT and MARK ROSS ("State Defendants") (collectively,

23  "Stipulating Parties"), hereby stipulate and agree to extend the time for the State Defendants to respond

24  to the Complaint in the above-captioned action, as follows:

25         1.      Stipulating Parties recognize that Defendants the United States Environmental Protection

26  Agency and Stephen Johnson ("Federal Defendants"), as an agency and an officer of the United States,

27  have 60 days from service to respond to the Complaint pursuant to Rule 12 of the Federal Rules of Civil

28  Procedure, whereas the State Defendants are granted only 20 days under Rule 12 to respond to the

complaint. Stipulating Parties recognize and agree that it would make more sense for the efficient conduct of this litigation to have the responses of all Defendants due at the same time.

2. Stipulating Parties are informed and believe that service is being effected on the Federal Defendants as of November 5, 2007, making the Federal Defendants' responses due January 4, 2008. Stipulating Parties therefore stipulate and agree pursuant to Local Rule 6-1 that the time for the State Defendants to respond to the complaint shall be and is extended until **January 4, 2008.**

3. This change in the date by which the State Defendants must respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Dated: November 5, 2007       Respectfully submitted,

BRIGHTLINE DEFENSE PROJECT

By: _____
Joshua Arce, Esq.
Executive Director/Staff Attorney

ATTORNEY FOR PLAINTIFFS
SAN FRANCISACO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
LYNNE BROWN, and REGINA HOLLINS

BRIAN C. BUNGER, ESQ.
DISTRICT COUNSEL
BAY AREA AIR QUALITY MANAGEMENT DISTRICT

By: _____
Alexander G. Crockett, Esq.
Assistant Counsel

IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

COUNSEL FOR DEFENDANTS
THE BAY AREA AIR QUALITY MANAGEMENT
DISTRICT and
MARK ROSS

DATE                          -2-

Case No. C-07-4936 JCS
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (STATE DEFENDANTS)