1  BRIAN C. BUNGER, ESQ. (SB#142001)
   District Counsel
2  ALEXANDER G. CROCKETT, ESQ. (SB#193910)
   Assistant Counsel
3  BAY AREA AIR QUALITY MANAGEMENT DISTRICT
   939 Ellis Street
4  San Francisco, CA 94109
   Telephone: (415) 749-4920
5  Facsimile: (415) 749-5103
   Email: acrockett@baaqmd.gov
6
   Counsel for DEFENDANT the
7  BAY AREA AIR QUALITY MANAGEMENT DISTRICT

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | SAN FRANCISCO CHAPTER OF THE A.           )
   | PHILIP RANDOLPH INSTITUTE, et al.,        )  CASE NO. C-07-4936 CRB
12 |                                           )
   |             Plaintiffs,                   )  **STIPULATION FOR EXTENSION OF TIME**
13 |                                           )  **TO RESPOND TO**
   |        vs.                                )  **FIRST AMENDED COMPLAINT**
14 |                                           )  **(BAAQMD & SAN FRANCISCO)**
   | UNITED STATES ENVIRONMENTAL               )
15 | PROTECTION AGENCY, et al.,                )
   |                                           )
16 |             Defendants.                   )
   |                                           )
17

18 **STIPULATION FOR EXTENSION OF TIME TO RESPOND FIRST AMENDED COMPLAINT**

19      Pursuant to Rule 6-1 of the Local Rules of the United States District Court for the Northern

20 District of California, Plaintiffs SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH

21 INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, and REGINA

22 HOLLINS ("Plaintiffs"); and Defendants BAY AREA AIR QUALITY MANAGEMENT DISTRICT

23 ("Air District") and CITY AND COUNTY OF SAN FRANCISCO ("City"), (collectively, "Stipulating

24 Parties"), hereby stipulate and agree to extend the time for the Air District and City to respond to the

25 First Amended Complaint in the above-captioned action until the time by which Defendants the United

26 States Protection Agency and Stephen Johnson ("Federal Defendants") will be required to respond to the

27 First Amended Complaint.

28      Stipulating Parties stipulate and agree as follows:

1. Plaintiffs and Defendant Air District previously entered into a stipulation, which was approved by the Court, extending the time for the Air District to respond to the Complaint until January 4, 2008. (See Stipulation and Order, Docket No. 19, attached hereto for the Court's convenience as Exhibit A.) The parties to that stipulation entered into it so that the response of the Air District would be due at the same time as the response of the Federal Defendants, which they were informed and believed was due January 4, 2008. The parties to that stipulation agreed that having the responses from all of the Defendants (State and Federal) in the case due at the same time would make the most sense for the efficient conduct of this litigation.

2. Plaintiffs have now filed a First Amended Complaint. In addition, the City has been added as a Defendant by having intervened upon leave of the Court and by having been named as a Defendant in the First Amended Complaint.

3. Stipulating Parties continue to believe that having the responses from all of the Defendants in the case due at the same time would make the most sense for the efficient conduct of this litigation. Stipulating Parties therefore enter into this stipulation to extend the time for the Air District and the City to respond to the First Amended Complaint so that it is the same as the time for the Federal Defendants to respond.

4. As an agency and officer of the United States, the Federal Defendants have 60 days from service to respond to a complaint pursuant to F.R.C.P. Rule 12(a)(2). Therefore, Stipulating Parties stipulate and agree pursuant to Local Rule 6-1 that the Air District and the City's responses to the First Amended Complaint shall be due sixty (60) days after the date of service of the First Amended Complaint on the Federal Defendants, in order to correspond to the date that the Federal Defendants' response is due.

5. This change in the date by which the Air District and the City must respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

6. Alexander G. Crockett, Esq., the filer of this document and Signatory for purposes of Section X of this Court's General Order No. 45, hereby attests that he has on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

///

| | | |
|---|---|---|
| 1 | Dated: December 19, 2007 | Respectfully submitted, |
| 2 | | BRIGHTLINE DEFENSE PROJECT |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Joshua Arce, Esq.<br>Executive Director/Staff Attorney |
| 6 | | ATTORNEY FOR PLAINTIFFS<br>SAN FRANCISACO CHAPTER OF THE |
| 7 | | A. PHILIP RANDOLPH INSTITUTE, CALIFORNIANS<br>FOR RENEWABLE ENERGY, LYNNE BROWN, and |
| 8 | | REGINA HOLLINS |

BRIAN C. BUNGER, ESQ.
DISTRICT COUNSEL
BAY AREA AIR QUALITY MANAGEMENT DISTRICT

By: _____/s/_____
Alexander G. Crockett, Esq.
Assistant Counsel

COUNSEL FOR DEFENDANT
THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT

DENNIS J. HERRERA, ESQ.
CITY ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO

By: _____/s/_____
William K. Sanders, Esq.
Deputy City Attorney

COUNSEL FOR DEFENDANT
THE CITY AND COUNTY OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED

December 20, 2007
DATED: _____
UNITED STATES

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-3-