BRIAN C. BUNGER, ESQ. (SB#142001)
District Counsel
ALEXANDER G. CROCKETT, ESQ. (SB#193910)
Assistant Counsel
BAY AREA AIR QUALITY MANAGEMENT DISTRICT
939 Ellis Street
San Francisco, CA  94109
Telephone: (415) 749-4920
Facsimile:   (415) 749-5103
Email: acrockett@baaqmd.gov

Counsel for DEFENDANT the
BAY AREA AIR QUALITY MANAGEMENT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | CASE NO. C-07-4936 CRB<br><br>**STIPULATION BY ALL PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Rule 16(e) of the Local Rules of the United States District Court for the Northern District of California, Plaintiffs San Francisco Chapter of the A. Philip Randolph Institute, Californians for Renewable Energy, Lynne Brown, and Regina Hollins; and Defendants United States Environmental Protection Agency, Stephen Johnson, Bay Area Air Quality Management District, and City and County of San Francisco, by and through their undersigned counsel, hereby stipulate and agree to, and request the Court's approval of, a continuance of the Case Management Conference scheduled for January 11, 2008, until after the Court has ruled on the dispositive motions that Defendants intend to file in response to the Complaint.  The reasons for the Parties' stipulation and request are as follows.

On December 5, 2007, Counsel for all Parties conferred by telephone to discuss various case management issues.  Counsel for all of the Defendants and the Defendant-Intervenor indicated that they

1  intend to file dispositive motions in response to the Complaint.

2  Subsequently, on December 14, 2007, Plaintiffs filed a First Amended Complaint. At least some
3  and perhaps all of the Defendants intend to file dispositive motions in response to this First Amended
4  Complaint.

5  Until the Court rules on these motions, it will be unclear exactly which parties and causes of
6  action will have to be litigated in this lawsuit. With the basic scope of the action uncertain, it will be
7  difficult to make a meaningful assessment of scheduling and case management issues such as what
8  discovery will be necessary, whether any additional parties will need to be joined, what pre-trial motion
9  practice will be necessary, *etc*. In light of this situation, the Parties agree that a case management
10 conference would be premature at this time and would not be a good use of the Court's and the Parties'
11 resources.

12 The parties therefore stipulate and agree among themselves, and respectfully propose to the
13 Court, that the January 11, 2008, initial case management conference be continued until after the Court
14 resolves the dispositive motions filed in response to the First Amended Complaint. The Parties propose
15 that the initial case management conference be taken off-calendar at this time, and re-scheduled at the
16 hearing on the dispositive motions, when the Court and the Parties will have a better idea of what the
17 most appropriate date for the conference will be.

18 The Parties recognize that pursuant to Local Rule 16-2(e), a stipulation that would vary the date
19 of a Case Management Conference must be approved by the assigned Judge. The Parties hereby
20 respectfully request approval of this Stipulation.

21 Alexander G. Crockett, Esq., the filer of this document and Signatory for purposes of Section X
22 of this Court's General Order No. 45, hereby attests that he has on file all holograph signatures for any
23 signatures indicated by a "conformed" signature (/s/) within this efiled document.

24 ///
25 ///
26 ///
27 ///
28 ///

-2-

Case No. C-07-4936 CRB
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  SO STIPULATED AND AGREED:

2  FOR PLAINTIFFS:

3  /s/ Joshua Arce                                          Dated: December 19, 2007
   JOSHUA ARCE
4  Brightline Defense Project
   240 Golden Gate Avenue, Ste. 102
5  San Francisco, CA 94102
   (415) 837-0600
6  josh@brighlinedefense.org

7  FOR DEFENDANTS UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND
   STEPPHEN JOHNSON:
8
   /s/ Pamela S. Tonglao                                    Dated: December 19, 2007
9  Pamela S. Tonglao
   United States Department of Justice
10 Environment & Natural Resources Division
   Environmental Defense Section
11 P.O. Box 23986
   Washington, D.C.  20026-3986
12 (202) 305-0897
   stephen.samuels@usdoj.gov
13

14 FOR DEFENDANTS BAY AREA AIR QUALITY MANAGEMENT DISTRICT AND MARK ROSS:

15 /s/ Alexander G. Crockett                                Dated: December 19, 2007
   ALEXANDER G. CROCKETT
16 Bay Area Air Quality Management District
   939 Ellis Street
17 San Francisco, CA 94109
   (415) 749-4732
18 acrockett@baaqmd.gov

19 FOR DEFENDANT/INTERVENOR CITY AND COUNTY OF SAN FRANCISCO:

20 /s/ William K. Sanders                                   Dated: December 19, 2007
   WILLIAM K. SANDERS, State Bar #154156
21 Deputy City Attorney
   City and County of San Francisco
22 City Hall
   1 Dr. Carlton B. Goodlett Place
23 San Francisco, CA 94102-4682
   (415) 554-6771
24 william.sanders@sfgov.org

25

26 PURSUANT TO STIPULATION, IT IS SO ORDERED

27
   DATED:    December 21, 2007              _____
28                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California (seal)*

-3-

Case No. C-07-4936 CRB
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE