Joshua Arce, Esq. (State Bar No. 218563)
josh@brightlinedefense.org
BRIGHTLINE DEFENSE PROJECT
240 Golden Gate Avenue, Ste. 102
San Francisco, CA  94102
415-837-0600
Fax 415-837-0660

Martin Homec (State Bar No. 085798)
martinhomec@gmail.com
P. O. Box 4471
Davis, CA 95617
530-867-1850

Attorneys for Plaintiffs
SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE ENERGY,
LYNNE BROWN, REGINA HOLLINS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE , A. PHILIP RANDOLPH INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, REGINA HOLLINS, , , on behalf of themselves, all others similarly situated, and the general public,<br>　　　　Plaintiffs,<br>　　vs.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, CITY AND COUNTY OF SAN FRANCISCO,<br>　　　　Defendants | Case No. 3:07-cv-4936-CRB<br><br>NOTICE OF APPEARANCE |

1

2
      Please enter the appearance of Martin Homec for Plaintiffs Lynne Brown and

3
CAlifornians for Renewable Energy ("CARE").  Martin Homec's contact information is as

4
follows:

5
   Address:  Martin Homec
            P. O. Box 4471

6
            Davis, California 95617

7
   Telephone:  (530) 867-1850

8
   Email address:  martinhomec@gmail.com

9

10

11

12
                                       Dated this 26th day of December, 2007

13

14 ..
                                       Law Offices of Martin Homec

15
                                       P. O. Box 4471
                                       Davis, California 95617

16
                                       telephone:  (530) 867-1850
                                       martinhomec@gmail.com
                                       Martin Homec CSB: 085798

17

18

19

20

21

22

23

24

25

1

2                          **CERTIFICATE OF SERVICE**

3   On December 26, 2007, a true and correct copy of the foregoing
    Notice of Appearance was
4   served electronically via the Court's e-filing system to Counsel of
    Record.
5

6
                                    /s/ Martin Homec
7                                   Martin Homec

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25