JOSEPH P. RUSSONIELLO
United States Attorney

CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

PAMELA S. TONGLAO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 305-0897
Fax:    (202) 514-8865
Email: pamela.tonglao@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, REGINA HOLLINS, CALIFORNIANS FOR RENEWABLE ENERGY, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, AND CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. | Case No.  3:07-cv-4936 CRB <br><br> EPA'S NOTICE OF MOTION AND MOTION TO DISMISS <br><br> Date:      Friday, March 21, 2008 <br> Time:     10:00 a.m. <br> Place:     450 Golden Gate Avenue <br> Courtroom 8, 19th floor <br> San Francisco, California |

TO ALL PARTIES AND TO THEIR COUNSEL:

PLEASE TAKE NOTICE that on Friday, March 21, 2008, at 10:00 a.m. in Courtroom 8

1   of the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, California,

2   Defendants United States Environmental Protection Agency and its Administrator Stephen L.

3   Johnson will move, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

4   Procedure, to dismiss the claims against them in the above-captioned case.

5          Defendants' motion is based upon this notice and motion and their supporting

6   memorandum of points and authorities.

7                                           Respectfully submitted,

8   Dated: February 15, 2008               JOSEPH P. RUSSONIELLO
                                           United States Attorney
9
                                           RONALD J. TENPAS
10                                          Assistant Attorney General
                                           Environment & Natural Resources Division
11
                                            /s/ Pamela S. Tonglao
12                                         PAMELA S. TONGLAO
                                           Trial Attorney
13                                          United States Department of Justice
                                           Environmental Defense Section
14                                          P.O. Box 23986
                                           Washington, D.C. 20026-3986
15

16  OF COUNSEL:
    CAROL S. HOLMES
17  Air and Radiation Law Office
    Office of General Counsel
18  U.S. Environmental Protection Agency
    1200 Pennsylvania Avenue, N.W.
19  Mail Code 2344A
    Washington, DC 20460
20
    ANN LYONS
21  Office of Regional Counsel
    U.S. Environmental Protection Agency, Region 9
22  75 Hawthorne Street
    Mail Code ORC-2
23  San Francisco, CA 94105

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

    On February 15, 2008, a true and correct copy of the foregoing EPA'S NOTICE OF MOTION AND MOTION TO DISMISS was served electronically via the Court's e-filing system to Counsel of Record.

3

4

                    /s/ Pamela S. Tonglao
                    Pamela S. Tonglao

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mot. to Dismiss
Case No. 07-4936 CRB