IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, REGINA HOLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, AND CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. 3:07-cv-4936 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EPA'S MOTION TO DISMISS |

Before the Court is the a motion to dismiss filed by Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator. Upon consideration of the papers filed by counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion to dismiss be GRANTED.

_____                          _____
DATED                                                    JUDGE OF THE UNITED STATES DISTRICT COURT