Joshua Arce, Esq. (State Bar No. 218563)
josh@brightlinedefense.org
BRIGHTLINE DEFENSE PROJECT
240 Golden Gate Avenue, Ste. 102
San Francisco, CA 94102
415-837-0600
Fax 415-837-0660

Martin Homec (State Bar No. 085798)
martinhomec@gmail.com
P. O. Box 4471
Davis, CA 95617
530-867-1850

Attorneys for Plaintiffs
SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE ENERGY,
LYNNE BROWN, REGINA HOLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, REGINA HOLLINS, on behalf of themselves, all others similarly situated, and the general public, Plaintiffs, vs. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, CITY AND COUNTY OF SAN FRANCISCO, Defendants. | Case No.: C-07-4936-CRB<br><br>NOTICE OF ERRATA RE: MEMORANDUM IN OPPOSITION TO EPA'S MOTION TO DISMISS<br><br>Date: Friday, March 21, 2008<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue<br>        Courtroom 8, 19th Floor<br>        San Francisco, California |

# NOTICE OF ERRATA RE: MEMORANDUM IN OPPOSITION
# TO EPA'S MOTION TO DISMISS

Plaintiffs hereby give notice of the following corrections to their Memorandum in Opposition to EPA's Motion to Dismiss, filed February 29, 2008.

Page 1, lines 11-13: Change "one month ago California Attorney General Jerry Brown wrote to defendant Johnson in a letter signed by seventeen other state attorneys general that" to "one month ago California Attorney General Jerry Brown, in joining seventeen state attorneys general to write a letter to defendant Johnson suggesting that the EPA is "unreasonably delaying" the procedural steps necessary for issuing greenhouse gas regulations, stated that"

Page 1, line 15-16: Change "See January 23, 2008 Attorney General Letter, attached as Exhibit A of Declaration of Michael Boyd." to "See January 23, 2008 Attorney General Letter; January 23, 2008 News Release, "Brown to EPA: Obey Supreme Court Mandate," Exhibit A of Declaration of Michael Boyd."

Page 10, line 7: Change "February 29, 2007" to "February 29, 2008" to reflect actual date of signature.

Respectfully submitted,

Dated: March 2, 2008        BRIGHTLINE DEFENSE PROJECT

_____
Joshua Arce, Esq.
Attorney for Plaintiffs
San Francisco Chapter of the A. Philip Randolph Institute, Californians for Renewable Energy, Lynne Brown, Regina Hollins

**CERTIFICATE OF SERVICE**

On March 2, 2008, a true and correct copy of the foregoing NOTICE OF ERRATA RE: MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS was served electronically via the Court's e-filing system to Counsel of Record.

BRIGHTLINE DEFENSE PROJECT

_____
Joshua Arce, Esq.

Notice of Errata Re: Mem. in Opposition to Mot. to Dismiss
C-07-4936-CRB