DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
Deputy City Attorney
City Hall Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-6771
Facsimile:   (415) 554-4757
E-Mail:      william.sanders@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILLIP RANDOLPH INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, REGINA HOLLINS,<br><br>on behalf of themselves and others similarly situated and the general public<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, MARK ROSS, CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. C-07-4936-CRB<br><br>**DEFENDANT THE CITY AND COUNTY OF SAN FRANCISCO'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: April 11, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor |

Defendant the City and County of San Francisco respectfully requests that the Court take judicial notice of the following documents under Federal Rule of Evidence Rule 201.

| Exhibit | Description of Document | Grounds for Judicial Notice |
|---|---|---|
| A | California Independent System Operator San Francisco Action Plan | Records of governmental agencies or other "undisputed matters of public record." *Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d 86, 865 (9th Cir. 2004) |
| B | California Energy Commission ("CEC") Order No. 06-1003-01 and Excerpts from CEC Final Decision on the San Francisco Energy Reliability Project | Records of governmental agencies (*see above*). |
| C | Bay Area Air Quality Management District Final Determination of Compliance | Records of governmental agencies (*see above*). |
| D | Bay Area Air Quality Management District Regulation 2-3-301 and 2-3-405 | Records of governmental agencies (*see above*). |
| E | City and County of San Francisco Charter § 4.112 | Municipal ordinance. *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025, n.2 (9th Cir. 2006). |
| F | San Francisco Public Utilities Commission Minutes of Meeting on October 23, 2007 | Records of governmental agencies (*see above*). |
| G | San Francisco Public Utilities Commission Minutes of Meeting on October 31, 2007 | Records of governmental agencies (*see above*). |
| H | San Francisco Public Utilities Commission Resoultion No. 07-0188 | Records of governmental agencies (*see above*). |
| I | San Francisco Board of Supervisors Resolution No. 617-07 | Records of governmental agencies (*see above*). |
| J | San Francisco Board of Supervisors Minutes of Meeting on October 30, 2007 | Records of governmental agencies (*see above*). |

| K | San Francisco Board of Supervisors Land Use Committee Minutes of Meeting on January 28, 2008 | Records of governmental agencies (*see* above). |
|---|---|---|
| L | City and County of San Francisco Environment Code §§ 101, 104 | Municipal ordinance (*see* above). |

Dated: March 3, 2008

DENNIS J. HERRERA
City Attorney
OWEN J. CLEMENTS
Chief of Special Litigation
THERESA L. MUELLER
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS
Deputy City Attorney


By:_____/s/_____
WILLIAM K. SANDERS
Deputy City Attorney

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO