EXHIBIT E

> **CITY AND COUNTY
> OF SAN FRANCISCO
> 1996 CHARTER**
>
> Codified through
> Ord. No. 12-08, File No. 071136,
> approved Jan. 31, 2008.
> (Supplement No. 13)

**CITY AND COUNTY OF
SAN FRANCISCO
MUNICIPAL CODE**

**1996 CHARTER**

SEC. 4.112. PUBLIC UTILITIES COMMISSION.

The Public Utilities Commission shall consist of five members appointed by the Mayor, pursuant to Section 3.100, for four-year terms. Members may be removed by the Mayor only pursuant to Section 15.105.

The Commission shall have charge of the construction, management, supervision, maintenance, extension, operation, use and control of all water and energy supplies and utilities of the City as well as the real, personal and financial assets, which are under the Commission's jurisdiction on the operative date of this Charter, or assigned pursuant to Section 4.132.