EXHIBIT F

Search
Advanced Sear

SFPUC Home | Site Index | Contact: Email & Phor

**About SFPUC**

**The Commission**
▸ Meeting Agendas & Notices
▸ Lobbyist Requirements
▸ Sunshine Ordinance Rights
▸ Meeting Disability Access
▸ Commissioner Profiles
   Meeting Minutes

**Financial Reports & Statistics**

**Press & News**

**Rate Fairness Board**

**Citizens' Advisory Committee**

**Sustainability Plan**

**Jobs with SFPUC**

**Revenue Bond Oversight Committee**

**Departments**

**Small Firm Advisory Committee**

**At Your Service**

**Water Conservation**

**Water**

**Wastewater**

**Power**

**Contracts & Bids**

**Natural Resources**

**Education & Tours**

ewsletter Sign-Up
ubscribe to our newsletter - ent to you every two weeks.

Enter Email Address

Learn More  [Subscribe]

SFPUC Home » About SFPUC » The Commission » Meeting Minutes

**10/23/07 Minutes San Francisco Public Utilities Commission**
Published: 11/15/2007 | Updated: 12/17/2007
Published By: Commission

* Printable Version
* Email to a Friend
* Contact Commission

**MINUTES**
**REGULAR MEETING**

Tuesday, October 23, 2007
**1:30 P.M.**
City Hall, Room 400
1 Dr. Carlton B. Goodlett Place

**COMMISSIONERS**

The Honorable Ryan L. Brooks, President
The Honorable Ann Moller Caen, Vice President
The Honorable E. Dennis Normandy
The Honorable Richard Sklar
The Honorable David Hochschild

**DEPARTMENTS AND ENTERPRISES**

Water Enterprise
Wastewater Enterprise
Power Enterprise
Infrastructure
Business Services
External Affairs

Gavin Newsom
**MAYOR**

Susan Leal
**GENERAL MANAGER**

Michael Housh
**SECRETARY**

**ORDER OF BUSINESS:**

1. Call to Order: 1:37 P.M.

2. Roll Call: Present – President Ryan L. Brooks, Vice President Ann Moller Caen, Commissioner E. Dennis Normandy,

Commissioner Richard Sklar and Commissioner David Hochschild were expected to join the meeting shortly.

3. Approval of Minutes

Moved by Vice President Caen, seconded by Commissioner Normandy, to adopt the Minutes of the October 9, 2007, Regular Meeting; passed (3-0 Brooks, Caen, Normandy) unanimously.

Commissioner David Hochschild returned 1:45 P.M and Commissioner Richard Sklar arrived at 1:46 P.M.

4. Public Comment

Mr. Francisco da Costa, Environmental Justice Advocacy, called the Commissioner's attention to a multiplicity of environmental issues including the Islais Creek conduit, and odor problems at

the Southeast treatment plant that he said needed attention and leadership instead of racism and neglect. He urged that the Commissioners listen to the community and join with residents to find solutions to the serious environmental concerns in their community.

Ms. Espanola Jackson, Bayview Hunters' Point resident and civic activist, discussed the Commission's upcoming November 13th meeting at the Southeast Community Facility, opposed plans to place the new digesters on Port Property at Pier 94-96, saying that the existing facilitie should be rebuilt where they were despite the recommendations of the Citizens Advisory Committee. Ms. Jackson reported that she was satisfied after a recent visit to the plant that the could be appropriately replaced where they were. Ms. Jackson further suggested that meetings of the Citizens Advisory Committee, (CAC) be held in the neighborhood rather than on Mission Street, where they currently met.

Ms. Dedria Smith asked President Brooks if the CT's would be discussed at the Commission's November 13th meeting in the community and asked that action on this matter be postponed until then.

President Brooks said he would respond to her inquiry after Agenda Item 10.

Ms. Orieyonna Johnson urged that the critical health needs of the community have priority, calling attention to the severe problems with asthma experienced by her own family and many others in the community and requested that the Commissioners seek alternatives that would better their situation.

President Brooks clarified that this public comment agenda item was only to comment on any items not on today's agenda.

5. Communications

President Brooks inquired about the report of the death of a contractor's worker at Crystal Springs and was informed by the General Manger that the incident had been at the Sunset Reservoir and had been reported at a prior Commission meeting. Ms. Leal then explained what had occurred and what steps were underway in response to this unfortunate situation.

6. Commission Business

There was no discussion.

7. Report of the General Manager

    a) The 2007 O'Shaughnessy Awards

General Manager Susan Leal recognized O'Shaughnessy Award winners. The following names were announced:

Employee Nominated by Peer: Calvin Holmes - Wastewater Enterprise Ryan Cayabyab - Construction Management Bureau Johnny Wong - Project Management Bureau Tamara Lowery Jones - Human Resource Services

Employee Nominated by Supervisor: Linda Leong - Wastewater Enterprise Carlos Jacobo - Finance Emelito Llarena - Field Services - Customer Service Bureau

Supervisor Nominated by Staff: Carolyn Jones - Health & Safety - Human Resource Services

Team Award: Infrastructure Community Outreach: Carol Isen Vitus Leung Ardis Graham Bill Irwin Lihmeei Leu Iris Martin-Lopez Brenda "BJ" Jones Ed Manning, Parsons Jessica Romm, Parsons Brian Thomas, Parsons

The Commissioners congratulated and thanked the 2007 O'Shaughnessy Award honorees and invited this year's Award winners to join them for a commemorative photograph.

    b) Water System Improvement Program/Capital Program/ Wastewater Master Plan

Deputy Manager Tony Irons reported on the Water System Improvement Program.

The Deputy General Manager discussed the planned third workshop to take up analysis of the questions raised of the risk assessment produced by Parsons and Hill. Mr. Irons observed that this third workshop would be a very important and substantive workshop, and that it would address the entire Program's schedule and budget and scope of work. The Deputy General Manger reported that Ms. Labonte had reviewed the questions that the risk assessment raised and considered all of those things and mechanisms that staff would need to employ to mitigate. He continued that Ms. Labonte would present all of this information in a fairly intensive workshop that would set out what these issues mean to the Water System Improvement Program's budget, schedule, and scope of work and then lay out for the Commissioners how the Program goes forward and remains on budget and on schedule. In addition, Mr. Irons noted any budget or schedule alterations and various options that may be necessary to make that happen would be fully presented. The Deputy General Manger continued that the 3rd Workshop would be very important and would be scheduled shortly. Mr. Irons noted that it was his plan that such re-assessments of the program should probably re-occur every couple of years with another risk assessment as the Program goes forward to insure it stays on track as planned. Mr. Irons noted that the Commission would have an opportunity to say, these changes make sense, and potentially if there were to be any changes in scope or schedule, significant to warrant an AB-1823 legislative 30-day public hearing process, the San Francisco Public Utilities Commission would then move forward with that. Mr. Irons noted that that this point in the discussion he was encouraged and after preliminary meetings with Ms. Labonte and Harlan Kelly, staff would bring its information forward.

8. Bay Area Water Supply & conservation Agency (BAWSCA) General Manager's Report.

General Manager Art Jensen reported that he would have a brief report as he had expected to present comments on the PEIR, but rather than do that, he would like to discuss them with the General Manger and staff and bring them forward at a later time.

**CONSENT CALENDAR**

9. All matters listed hereunder constitute a Consent Calendar, are considered to be routine by the San Francisco Public Utilities Commission, and will be acted upon by a single vote of the Commission. There will be no separate discussion of these items unless a member of the Commission or the public so requests, in which event the matter will be removed from the Consent Calendar and considered as a separate item. Moved by Commissioner Normandy, seconded by Commissioner Sklar, to adopt items (a) listed under the Consent Calendar; passed (Brooks, Caen, Normandy, Sklar and Hochschild 5-0) unanimously.

    a) Resolution No. 07-0183: Accept work performed for Wastewater Enterprise, Repair and Replacement (R&R) Program-funded Contract No. WW-391, Folsom and 16th Streets/Excelsior Avenue Sewer Replacement and Pavement Renovation, by Harty Pipelines, Inc., for a total contract amount of $791,727.78, and authorize final payment,

in the amount of $83,730.26, to the contractor. President Brooks stated that the Commission would return to Agenda Item 10 after completion of the other business of th Commission.

## CONSTRUCTION CONTRACTS

### Award

11. Discussion and possible action related to approval of the plans and specifications and award Wastewater Enterprise 5-Year CIP-funded Contract No. WW-452 Oceanside Water Pollution Control Plant HVAC Improvements, in the amount of $15,262,000, to the lowest, qualified, responsible and responsive bidder, Shimmick Construction Co., Inc.

Moved by Commissioner Sklar, seconded by Commissioner Normandy, to adopt the following resolution; passed (Brooks, Caen, Normandy, Sklar, and Hochschild 5-0) unanimously.

Resolution No. 07-0184: Approve the plans and specifications and award Wastewater Enterprise 5-Year CIP-funded Contract No. WW-452 Oceanside Water Pollution Control Plant HVAC Improvements, in the amount of $15,262,000, to the lowest, qualified, responsible and responsive bidder, Shimmick Construction Co., Inc.

## PROFESSIONAL SERVICE CONTRACTS

12. Discussion and possible action related to approval of Amendment Numbers 1 to 3 to Agreement Numbers CS-825A, B, and C, Specialized and Technical As-Needed Services for the Wastewater Enterprise for extended specialized and technical as-needed services for the Wastewater Enterprise, and authorize the General Manager of the San Francisco Public Utilities Commission to execute these three amendments and with a time extension of twenty-four months (Navarret/Hurst)

Moved by Commissioner Sklar, seconded by Commissioner Caen, to adopt the following resolution; passed (Brooks, Caen, Normandy, Sklar and Hochschild 5-0) unanimously.

Resolution No. 07-0185:

Approve Amendment Numbers 1 to three to Agreements Numbers CS-825A, B, and C, Specialized and Technical As-Needed Services for the Wastewater Enterprise with, respectively, Metcalf & Eddy (M&E), Water Resources Engineering (WRE) Joint Venture (M&E/WRE JV); MWH Americas, Inc (MWH), and RMC Water and Environment Inc. (RMC), for extended specialized and technical as-needed services for the Wastewater Enterprise, and authorize the General Manager of the San Francisco Public Utilities Commission to execute these three amendments increasing each agreement by $500,000, for a total agreement amount of $1,500,000 each, and with a time extension of twenty-four months. These amendments would increase the total CS-825 agreement amount from $3,000,000 to $4,500,000 and extend the total agreement duration from three years up to five years.

13. Discussion and possible action related to approval of Approve Amendment Numbers 1 to 4 to Agreement Numbers CS-837A, B, C, and D, Specialized and Technical As-Needed Services for the Water Enterprise for extended specialized and technical as-needed services for the water enterprise, and authorize the General Manager of the San Francisco Public Utilities Commission to execute these four amendments and with a time extension of eighteen months. (Carlin)

Moved by Commissioner Sklar, seconded by Vice President Caen, to adopt the following

resolution; passed (Brooks, Caen, Normandy, Sklar and Hochschild 5-0) unanimously.

Resolution No. 07-0186:

Approve Amendment Number 1 to four Agreements, Numbers CS-837A, B, C, and D, Specialized and Technical As-Needed Services for the Water Enterprise with, respectively, CDM Corporation (CDM), RMC Water and Environment Inc. (RMC), Metcalf & Eddy (M&E) and Water Resources Engineering (WRE) Joint Venture (M&E/WRE), and Black & Veatch (B&V), Avila & Associates (Avila) Joint Venture (B&V/Avila), for extended specialized and technical as-needed services for the water enterprise, and authorize the General Manager of the San Francisco Public Utilities Commission to execute these four amendments increasing each agreement by $800,000, for a total agreement amount of $2,400,000 each, and with a time extension of eighteen months. These amendments would increase the total CS-837 agreement amount from $6,400,000 to $9,600,000 and extend the total agreement duration from three years up to five years.

20. Discussion and possible action to authorize the General Manager of the SFPUC to enter into a revocable permit between the City and County of San Francisco and A. Teichert & Son, Inc., a California corporation to enter upon and use that certain real property owned by City situated in the County of San Joaquin, State of California, more particularly described in Exhibit A attached to the Permit, for the limited purpose and subject to the terms, conditions and restrictions set forth in the Permit included in the staff report for this item, and adopting findings pursuant to the California Environmental Quality Act.

Moved by Commissioner Sklar, seconded by Vice President Caen, to adopt the following resolution; passed (Brooks, Caen, Normandy, Sklar and Hochschild 5-0) unanimously.

**REGULAR BUSINESS**

10. Staff presentation, discussion and action related to SFPUC Resolution No 07-0137, discussion of the proposed San Francisco Electric reliability Project (the Combustion Turbines (CTs)), discussions of the environmental reviews of this project, and the JPower contract. (Leal, Irons, Hale)

Commission Discussion

President Brooks took a point of personal privilege as Chair to request that the members of the public wishing to comment on Agenda Item 10 wait briefly before the start of public comment so that a representative from the Bay Area Air Quality Management District could give an informational presentation. But first the Commission President called on Commissioner Normandy to offer comments that would better allow the Commissioners to frame the Bay Air Quality District representative's comments, so it would be easier to check off the areas of concern as they are addressed.

Commissioner Normandy said, "At the heart of the proposed Potrero "peaker" plant/combustion turbine issue is its effect on the quality of life for every San Franciscan, both today and well into the future. We at the SFPUC owe it to ourselves and our constituents to pause and frame our deliberations in simple terms easily understood by the average layperson.

Simple does not mean simplistic. But by focusing our discussions on the core issues and keeping our verbage concise and easy to grasp, we meet one of this Commission's key obligations: to provide the public with access to our thinking, to our priorities, and to the process by which we propose to arrive at a decision.

Finally, by putting these goals and core issues in writing (and providing copies to any intereste parties) we hold ourselves publicly accountable to the process that should allow us to reach ou stated objectives of supplying in-city power capacity while protecting people and the environment."

Commissioner Normandy then presented again the following points to make clear the issues ar questions before the Commission that would frame discussion and inform their decision-makin

**MAIN OBJECTIVES**

1. To provide in-city reserve-generation capacity in compliance with ISO requirements

2. To protect people and the environment

**CORE-ISSUE QUESTIONS**

1. What guarantee exists that Mirant will shut down once the CTs are installed?

2. What prevents JPower from running the CTs beyond The City's needs?

3. What is the financial burden on The City?

4. Are the CTs today's best options?

Commissioner Normandy then noted that these seem simple questions, but if you analyze every single word, each had meaning and drive the complexities of the discussion. What Commissionei Normandy wanted was to make sure that the Commission agreed that these are the issues that had to be settled and met head on, and when the Commissioners had satisfactory answers to these questions, then and only then, can they make a decision that will meet the two objectives: to provide the mandated capacity for in-city generation; and to protect the people and the environment.

Commissioner Sklar observed that there had been discussions concerning the best way to understand the existing situation. He then asked that Mr. Barry Young, a representative of the Air Quality District to present slides showing what was going on with the existing Mirant Plan. Commissioner Sklar noted the first issue involved unit 3, a gas fired turbine that basically produced 97% of the energy of the plant. The second part, were the three diesel fire units that only generated 3% of the energy produced by the existing Mirant Plant. Commissioner Sklar then pointed out that the next slide showed that these diesel units were responsible for 60% of the NOX pollution and that the gas turbine CT unit was only responsible for 40%. The Commissioner observed that Mr. Young's slides demonstrated that the pollution problem was primarily with the diesel units. Commissioner Sklar next reported that what he had tried to do was break down this conversation into three issues; the peaker's were a concern but Commissioner Sklar observed that the data showed pollution was significantly higher for the diesel units than the one gas unit. Commissioner Sklar observed that another problematic issue was that existing gas unit, 3, because it could not be turned on and off had to be constantly on there and run longer. Examining the data presented Commissioner Sklar then noted in total emissions, unit 3 versus the peakers came out to 36 tons versus 26, noting that the peakers had fewer emissions. In contrast and to put this discussion in perspective, Commissioner Sklar noted what was interesting was that difference compared to mobile vehicles that produced 16,000 tons of NOX. Commissioner Sklar then asked Mr. Young if he could begin by explaining how the Air Board views these emissions and why they were a concern for health.

Mr. Young, the Air Quality Management Manager of the Air Quality District began by discussing the reason that NOX, which he explained referred to nitrogen oxide, reacts with sunlight to form ozone and was one of the pollutants that the Air District was most interested in as ozone at ground level was hazardous to breathe and degrades property and vegetation. Mr. Young continued noting that ozone was a problem related to NOX emissions and those also contribute to the formation of nitrates that release the particulates into the air. President Brooks asked about related health problems and was informed that related health problems were asthma and possible lung problems. Mr. Young then noted that we have an air quality standard in California, ambient air quality standard, and that these were a pollutant that could be harmful to public health.

Commissioner Sklar then requested clarification of the data discussed noting that NOX emissions in the City were reported as around 16,000 tons a year and from these two facilities, and one peaker 16 tons or 26. He noted that if that was the case, then I-280 and 101 dwarf the impact of these plants on the neighborhood. Mr. Young replied that the reported numbers reflected the whole San Francisco.

Responding to a question by President Brooks, Mr. Young observed that on the diesel turbines there was a new code in place and by 2009 it would be likely to require those turbines to close. Mr. Young reported that the Air Quality District had in 2006 amended our regulation 9, our gas turbine rules there is a requirement in the gas turbine rule that any non-gas turbine can only emit up to 42-ppm NOX emissions and the Mirant diesel turbines would not be able to meet that. Commissioner Sklar asked "so in layman's terms, in two years they won't be able to use these diesel CT's? Mr. Young replied that that was right and that January 1, 2010 would be the effective date of the new rules. Mr. Young further reported the diesel turbines would need to be retrofit if they were to continue to be operated therefore making it highly likely that the diesels would be closed in the end of 2009.

Mr. Young was asked was there a reason to retrofit as these are old turbines and they have been there a long time. He responded by saying that was an economic issue whether to retrofit. Commissioner Sklar noted that this new information goes to Commissioner Normandy's question of closing down Mirant, and the realistic feasibility of its staying open. The General Manager responded noting that deciding factor in that the decision would be based on its Run Must Run (RMR) requirement and what would happen, citing as example the Regional Water Control Board finding that base load plant no. 3 was out of compliance and was putting superheated water into the Bay that was overruled because this plant has an RMR, it was still running, still using water for cooling, and still putting super-heated water into the Bay that is how historically these regulatory conflicts have come out.

There then followed a discussion among the Commissioners concerning various options that could produce less pollution and how a determination could be made that the peakers, should they be approved, could only be operated when ordered to do so by Cal-ISO for purposes of system reliability. President Brooks then returned to health concerns and asked Dr. Mitch Katz, the Director of the San Francisco Department of Public Health to discuss what public heath related issues existed and how such effects could be addressed. Dr. Katz presented a brief overview of the Health Department views concerning this matter concluding that the public heath issues related to installation of the Peakers were not significant. Dr. Katz noted that the planned mitigation effects would actually result in a overall healthier environment in the Community, with the intensive street cleaning proposed actually removing significant amounts of pollutants already in the community not created by the facility.

Commissioner Sklar disagreed suggesting these were two separate questions. Commissioner

Sklar heard Mr. Young had said that the three diesels would have to close in 2009 unless retrofitted and the economics of retrofitting would be high and since they only produce 3% of the power, they could disappear from our life. Barbara Hale Assistant General Manger for Power responded explaining that in the past we have resolved this conflict and when the facility needed to meet new air regulations through unit 3, it's very expensive to retrofit that unit that was constructed and became operational in 1965. It's expensive and not an economic choice to add that selective catalytic equipment and because it's needed for reliability and the California Independent System Operator had compensated Mirant for those additional costs. Because the unit 3, 4 and 6 are needed for reliability purposes, the Cal-ISO had in the past stepped in to resolve that conflict between mandated air quality investment and need for reliable electricity and had chosen to ensure that the power plant developer, in this case Mirant remained in operation with its costs funded through the reliability contract. Ms. Hale then explained when the Cal-ISO removed the RMR contract from Mirant they would stop using public dollars to fund Mirant and that the Cal-ISO was on record that they would remove the RMR from Mirant once the CT's were in place. Commissioner Sklar noted that this was a nice bit of information that the Commissioners did not have before and what was relevant, as Ms. Hale had brought up was what Cal-ISO has done historically. Where things stood now Commissioner Sklar observed was a very different situation. He supposed under the previous circumstances he would opt to do something to protect 97% of his interest, but was not sure he would do the same for 3%.

Commissioner Sklar thanked Mr. Young for coming; noting his agency had done a spectacular job, that he was grateful, and hoped in the future, the SFPUC could work more closely for better air quality for the district. Mr. Young thanked the Commissioners for being asked to be involved in the process and noted the Air District had staff who had permitted all of the power plants in the Bay Area had a lot of experience, and would be happy to work with the SFPUC. Commissioner Sklar then asked Mr. Young consider and report on the question of what might be possible if the CT Project ended up with only 2800 hours that the diesels run instead of 9000 running hours and what would be the NOX emissions from a 2800-hour run time? Mr. Young responded that the Air Quality District had a spreadsheet that they could provide to the SFPUC's staff that could easily model any change in proposed hours of run time.

Commissioner Hochschild expressed his thanks and appreciation to the Bay Air Quality Management District staff for all of their assistance with the PC permit and for the data made available at the meeting, and for their support for Ms. Hale and her staff as they move forward and continue to get updated information.

Commissioner Sklar concluded the Commission discussion by noting that the Commission would do well if not perfectly by closing Mirant and outlined what he believed to be the major points to be addressed. These he identified as: know the certainly that Mirant would be closed; have ironclad terms that JPower would only operate the plant for reliability; reduce the City's financial burden by eliminating as much of the cash payment as could be and if possible reduce the number of CT's to the minimum required and sell off the others; questions relating to the Airport's CT would be their responsibility and the SFPUC should have no role its producing power commercially; and lastly that no decision should be made until these issues were resolved.

Public Comment

Ms. Espanola Jackson, Bayview Hunters' Point resident and civic activist, called the Commissioners attention to a recent San Francisco Examiner article on global warming, noting in particular its report of increased flooding risks to the sites where this plant was proposed to be located. Ms. Jackson thanked the Commissioners for their work on this issue and announced she was off to a meeting of the Port Commission to address their role in this process.

Mr. Francisco da Costa recalled his long opposition to this plant and many previous complaints concerning environmental neglect in the Southeastern communities. Mr. daCosta further alleged that there was a scandal and that people were playing games at the Regional Water Board. Mr. daCosta urged that the Commissioners think outside the box and take action to prevent harm to the children of the community.

Ms. Marie Harrison, expressed appreciation for the comments brought forward and asked that the Commissioners engage closely with the community before making any decision. Ms. Harrison called attention to the severe need for real environmental improvements in her community and requested that attention be paid to the cumulative effects of any increase in pollution.

Ms. Tamika Trammell speaking for the mothers of the community said that her community did not need or want the CT's or any more pollution.

Mr. Joseph Bryant, noted that there was a lot of new information to digest and thanked the Commissioners for making a serious effort to consider the issues. Mr. Bryant urged that the Commission bring this issue out into the community, where he said many still did not know or understand what was being proposed. Mr. Bryant observed that pollution at any level was still pollution and questioned why Potrero Hill was the site for another power plant just as bad as the one the community had been fighting to close.

Mr. Donnie Chilton, Sr. asked that the Commissioners meet in the community on even ground as many were unable to come to City Hall to express their opposition to this proposal.

Mr. Joshua Arce, Brightline Defense, lauded Commissioner Normandy's efforts to clearly frame the issues at hand and thanked Commissioner Hochschild for bringing forward critical information from the Air Quality District. Mr. Arce asked that the Commission take time to consider all of the issues and options and bring a green alternative to the California Independent System Operator (Cal-ISO) that they could choose instead of the out-dated CT's.

Ms. Dedria Smith asked how the Commissioners could hold their planned November 13th meeting in District 10 and not address the questions about the CT's? Ms. Smith said that the community was united in opposition to the CT's and they would most certainly bring this matter up at that meeting.

Ms. Orieyanna Johnson noted that new light was shed on this matter at every meeting and this demonstrated that no one was as yet fully informed about this question and therefore no decision should be made until all of the information was brought to light, and shared with the community. Ms. Johnson said that a bright picture of Mirant closing was being painted but that her community was still suffering and that it made no sense to put in old polluting technology.

Mr. Daniel Cain called attention to a recent Channel-2 special on asthma and said that all the community wanted was for their children to have clean air to breath urging that the Commissioners oppose any new polluting facilities in his community.

Mr. Gerald, a lifelong Bayview Hunters' Point resident said, "enough is enough" and urged that the Commissioners reject the CT's.

Mr. James Bryant noted that everyone participating in this discussion was part of San Francisco's family and that his community would continue their opposition to the CT's until their last breath as they has suffered enough and would not allow any new toxic facility to be built in their neighborhood.

Mr. Leesha Langlois, Close It Coalition, asked that the Commissioners first consider the importance of safe clean air and the needs of the growing children in the community and stop the CT Project.

Ms. Patricia Fry, a 30 year Bayview Hunters' Point resident, spoke in opposition to the CT Facility noting that she and members of her family already suffered from asthma and that she did not want any new power plant to add to their suffering.

Mr. Dennis Lamazea longtime community resident characterized the planned CT Facility as genocide and reflected racism against his community under a philosophy that money had a higher value than people. He said he was appalled that this effort to poison the community was going on and urged that it be stopped.

Mr. John Rizzo, representing the Bay Chapter of the Sierra Club, informed the Commission of the Chapter's opposition to the CT Facility recalling a previous negative experience with a Muni Facility in the Southeastern neighborhood. Mr. Rizzo asked that the Commissioners consider wider pollution issues that were creating climate change and reject use of 19th century technology and instead invest in the community with 21st century green models.

Mr. Bennie Taylor longtime resident pointed to the very different and clean air quality found in the City's Southwestern neighborhoods in contrast to the pollution in the Southeastern ones and noted that the residents of Bayview Hunters' Point had suffered enough from toxic facilities and urged that green alternatives, such as solar be found.

Ms. Jennifer Isaacs asked that the Commissioners delay making any decisions and take time to consider all of the facts. She asked that the Commission consider holding several evening meetings in the community to allow others to express their opposition to this plan.

Ms. Renita Abrahms called the Commissioner's attention to the high rates of asthma and lung disease in her community noting that both she and her daughter suffered as a result of the already existing high levels of pollution in her neighborhood.

Mr. Abram Gomez, a resident of Dogpatch expressed concern that apparently profit outweighed the needs of people and asked that the commissioner only act to make the best choice for the community saying he believed that there was a technology that could be found to provide the power without the pollution.

Mr. Joe Boss a resident of Dogpatch, neighbor of both the exiting Mirant Plant and the proposed CT's Facility, and member of the Power Plant Task Force applauded Commissioner Normandy's and Commissioner Hochschild's efforts to provide clarity and accurate information about the facts of this matter. Mr. Boss then reiterated that throughout eight years of an extensive community process to shut down first the Bayview Hunters' Point Power Plant and now Mirant every effort had been made, including Supervisor Sophie Maxwell's authoring and adoption of a citywide energy plan in 2002 that provided the framework for development of solar, wind and other clean energy, had, at the end of the day, led to the imperfect fact that without the CT's Mirant could not be closed due to the mandate that there be a reliable in-city source of power.

Commission response to Public comment

President Brooks noted that an update on CT's would be presented at the Commission's November 13, 2007 evening community meeting at the Southeast Community Facility.

President Brooks recommended that the item be continued until next week. General Manger Le responded reporting that staff was working with the Mayor's Office and other folks in order to have fully vetted the different financial options and also be prepared to answer Commissioner Normandy's list and matters raised by other Commissioners as well as what was heard in public comment.

Moved by Commissioner Sklar, seconded by Vice President Caen, to continue this item to the ca of the chair; passed (Brooks, Caen, Normandy, Sklar and Hochschild 5-0) unanimously.

Commissioner Sklar thanked Ms. Hale for her detailed and informative report to the Commissioners on the on-going installation of the energy saving light bulbs as requested by the Commission. Commissioner Sklar urged Ms. Hale to ask the Mayor to bring this issue to other City Departments and encourage both city agencies and residents to convert to the more energy saving bulbs.

President Brooks then announced there would be no closed session and that those agenda items were taken off calendar. He then moved to adjourn the meeting

**CLOSED SESSION**

16. Threat to Public Services or Facilities – Pursuant to California Government Code Section 54957 and San Francisco Administrative Code Section 67.10(a). (Ambrose)

Consultation with: Agency Chief of Security concerning security of SFPUC Water and Power Systems.

17. Conference with Legal Counsel – Pursuant to California Government Code Section 54956.9 (b) and (c) and San Francisco Administrative Code Section 67.10 (d) (2) Anticipated Litigation: As plaintiff. (Ambrose)

There being no further business to discuss, the meeting was adjourned at 3:15 P.M.

Michael Housh
Secretary

Back to Top ▲

Visit sfgov.org the official site of the City and County of San Francisco
Copyright © 2008, San Francisco Public Utilities Commission

Privacy Policy  |  SFPUC Home  |  Site Index  |  Contact: Email & Phone