EXHIBIT K



# City and County of San Francisco
## Meeting Minutes
### Land Use and Economic Development Committee

*Members: Sophie Maxwell, Gerardo Sandoval, Jake McGoldrick*

City Hall
1 Dr. Carlton B.
Goodlett Place
San Francisco, CA
94102-4689

*Clerk: Mary Red (415) 554-4442*

| **Monday, January 28, 2008** | **1:00 PM** | **City Hall, Room 263** |
|---|---|---|

### Regular Meeting

**Members Present:** Sophie Maxwell, Jake McGoldrick, Aaron Peskin.

**Members Absent:** Gerardo Sandoval.

*Supervisor Peskin became the quorum for item #2, 080093.*

## Meeting Convened

*The meeting convened at 1:01 p.m.*

071567 **[Urging the Recreation and Park Commission to enter a grant agreement with a non-profit to enable the organization to develop a long-term funding and operational plan for a community-based youth and teen arts program.]**
Supervisor Sandoval
Resolution urging the Recreation and Parks Commission to enter a grant agreement with the Friends of the Geneva Office Building for the rehabilitation of the Geneva Office Building.
11/13/07, RECEIVED AND ASSIGNED to City Operations and Neighborhood Services Committee.
11/29/07, TRANSFERRED to Land Use and Economic Development Committee.
12/10/07, CONTINUED. Heard in committee. Speaker: Steven Currier; Supervisor Sandoval.
Continue to January 14, 2008, to be sent to Board as Committee Report on January 15, 2008.
1/14/08, CONTINUED. Continued to January 28, 2008, to go to Board as Committee Report on January 29, 2008.

*Heard in committee. Speaker: Nick Kinsey, aide to Supervisor Sandoval.*
*Amendment of the Whole.*
**AMENDED, AN AMENDMENT OF THE WHOLE BEARING NEW TITLE.**

Resolution urging the Recreation and Park Commission to enter a grant agreement with a community non-profit to enable the organization to develop a long-term funding and operational plan for a community-based youth and teen arts program in the Geneva Office Building.

*Continued to February 4, 2008.*
**CONTINUED AS AMENDED by the following vote:**
  Ayes: 2 - Maxwell, McGoldrick
  Absent: 1 - Sandoval

**080093** [Zoning - Extending the interim moratorium on institutional uses in the Western SoMa]

Supervisors Peskin, Ammiano, Maxwell, Daly

Urgency Ordinance approving an extension of interim zoning moratorium to prohibit the establishment of new institutional uses in the Western SoMa Planning Area Special Use District for an additional 22 months and 15 days and making required findings, including findings of consistency with the priority policies of Planning Code Section 101.1 and environmental findings.

1/15/08, RECEIVED AND ASSIGNED to Land Use and Economic Development Committee.
1/16/08, REFERRED TO DEPARTMENT. Planning Department for environmental review.
1/17/08, RESPONSE RECEIVED. Planning Department non-physical exemption.

1/17/08, Notices Mailed
1/18/08, Posted
1/19/08, Ad to run in S. F. Chronicle

*Heard in committee. Speakers: Supervisor Peskin; John Malamut, Deputy City Attorney; Patrick McCann; Eugene Moggia; Mike Ferro; Ron Gemignani; Aimee Patten; David Repetto; Jazzie Collins; Susan Lathan; Maria Arellano; Harold Hoogasian; Neil Hunt; JoLynne Lockely; John Bardis; Espanola Jackson; Jim Meko; Michael Burke, Attorney; Sue Hestor; Supervisor McGoldrick; Supervisor Maxwell.*
*Amendment of the Whole*

**AMENDED, AN AMENDMENT OF THE WHOLE BEARING NEW TITLE.**

Urgency Ordinance approving an extension of interim zoning moratorium to prohibit the establishment of specified new institutional uses in the Western SoMa Planning Area Special Use District for an additional 22 months and 15 days and making required findings, including findings of consistency with the priority policies of Planning Code Section 101.1 and environmental findings.

*To Board as committee report January 29, 2008.*

**RECOMMENDED AS AMENDED** by the following vote:
   Ayes: 2 - Maxwell, Peskin
   Absent: 2 - Sandoval, McGoldrick

**071557** [Citywide economic development plan for San Francisco titled "Sustaining Our Prosperity: The San Francisco Economic Strategy"]

Supervisor Alioto-Pier

Hearing on the first ever citywide economic development plan for San Francisco titled "Sustaining Our Prosperity: The San Francisco Economic Strategy". The plan contains a review of San Francisco's recent economic performance, identifies those industries that drive the local economy and outlines goals and strategies for achieving economic success in San Francisco. The hearing will review the plan. Further, during the hearing we will ask the OLA to report on the plan and if it is consistent with the Board's annual budget priorities.

11/13/07, RECEIVED AND ASSIGNED to Land Use and Economic Development Committee.

*Heard in committee. Supervisor Alioto-Pier; Supervisor McGoldrick; Jennifer Matz, MOEWD; Ted Egan, Controller's Office; Rhonda Simmons, Dr. Ahimsa Sumchai; Espanola Jackson; Egon Tenplan, SPUR; Peter Cohen; John Bardis.*

**CONTINUED TO CALL OF THE CHAIR** by the following vote:
   Ayes: 2 - Maxwell, McGoldrick
   Absent: 1 - Sandoval

071485     [Alternatives to the Proposed Combustion Turbine Project]
           **Supervisor Alioto-Pier**
           Hearing on Alternatives to the Proposed Combustion Turbine Project. How can energy efficiency, demand response, and renewable power be used to close the Potrero Power Plant?
           10/29/07, RECEIVED AND ASSIGNED to Land Use and Economic Development Committee.
           12/10/07, CONTINUED TO CALL OF THE CHAIR.

   *Heard in committee. Speakers: Supervisor Maxwell; Supervisor Alioto-Pier; Karen Kubick, P.E., S. F. PUC; Brian Lusher, Bay Area Air Quality; Laura Tam, SPUR; Claudia Euzaguirre; John Russo, Sierra Club; Josh Arce, Attorney; Renita Abrams; Joe Brown; Alan Bryant; Pat Bryant; Bobby Bogan, Seniors Organizing; Gerold; Dedria Smith; Minister Sykes; Daniel King; Brenda Henry-Kittrell; Eddie Kittrell; Orieyonna Johnson; Joe Boss.*
   **FILED by the following vote:**
       Ayes: 2 - Maxwell, McGoldrick
       Absent: 1 - Sandoval

## ADJOURNMENT

   *The meeting adjourned at 6:12 p.m.*