EXHIBIT H

# PUBLIC UTILITIES COMMISSION
## City and County of San Francisco
### RESOLUTION NO. 07-0188

WHEREAS, On September 27, 2006, the Public Utilities Commission authorized the General Manager of the San Francisco Public Utilities Commission to request proposals for Agreement No. DB-108 (subsequently reissued as DB-108R), SF Electric Reliability Power Project (SFERP), Combustion Turbine Power Plants (CTs), a design build agreement to construct two natural gas-fired, combustion turbine, power plants, one in San Francisco and one at the San Francisco Airport, and authorized the General Manager of the San Francisco Public Utilities Commission to receive proposals, and

WHEREAS, No compliant bids were received and an alternate proposal for a design built own operate transfer has been received to implement the projects and ultimately transfer the assets to the San Francisco Public Utilities Commission at acceptable cost to the City after a term of 14 years for the in-City project and 30 years for the Airport project; and

WHEREAS, The Mayor's Office and the SFPUC have developed a potentially more advantageous alternative to the plan set forth in the description of the transaction submitted with this item; and

WHEREAS, The SFPUC intends to ensure that the SFERP be utilized solely to meet reliability needs and not for market purposes; and

WHEREAS, Any arrangements regarding the development of the SFIA CT shall be done on a collaborative basis between SFPUC, the Airport and J-Power; and

WHEREAS, The SFPUC wishes to explore with the California Independent System Operator (CAISO) the possibility that 2 rather than 3 CTs in the Potrero neighborhood will meet CAISO's reliability requirements; and

WHEREAS, the SFPUC wishes to decommission the Combustion Turbines when feasible; and

WHEREAS, The SFPUC has reviewed and considered the San Francisco International Airport Combustion Turbine Project ("SFIA CT") Mitigated Negative Declaration finalized by the Planning Department on January 12, 2007, and contained in Planning Department File No. File No.2004.0384E; and

WHEREAS, The SFIA CT project as approved herein is consistent with the project description contained in the Mitigated Negative Declaration and would not result any significant impacts not identified in the Mitigated Negative Declaration or cause significant effects already identified in the Mitigated Negative Declaration to be substantially more severe; and

WHEREAS, The SFPUC has reviewed and considered the relevant environmental information contained in the October 2006 decision of the California Energy Commission with respect to the SFERP and finds that there are no changed circumstances or other

factors present that would trigger the need or requirement for additional environmental review for this action; and

WHEREAS, The General Manager of the San Francisco Public Utilities Commission recommends to the Commission the critical nature of the completion of licensing and construction to the City's energy objectives, including and most importantly, closing the Potrero Power Plant as soon as possible, improving air and water quality for southeast communities, and ensuring reliable power for the City and County of San Francisco; now, therefore, be it

RESOLVED, That this Commission has reviewed and considered the SFIA CT Mitigated Negative Declaration and hereby adopts the California Environmental Quality Act (CEQA) (Pub. Resources Code §§ 21000 et seq.) Findings attached hereto as Attachment C and its Exhibits, and incorporates the same herein by this reference; and, be it further

RESOLVED, That this Commission has reviewed and considered the decision of the California Energy Commission approving a certificate to construct and operate the SFERP in San Francisco, and hereby adopts the CEQA Findings attached hereto as Attachment B and its Exhibits, and incorporates the same herein by this reference; and, be it further

RESOLVED, That this Commission hereby authorizes the General Manager of the San Francisco Public Utilities Commission to complete negotiations and execute: agreements related to developing the City CT Projects, supported in the adopted 2002 San Francisco Electric Resource Plan and the CAISO's Action Plan, including negotiations and execution of an Assignment, Construction, Operation and Reconveyance agreement, or a Fee to Develop and Operate Agreement, that would result in the City owning and controlling the Projects with terms substantially similar to the non-binding description of the transaction submitted with this item, the leases, and any related agreements, authorizations and permits required from other City Departments or third parties pertaining to this Project, and to seek Board of Supervisors' approval as required; and, be it further

RESOLVED, That the General Manager of the SFPUC shall seek the full participation of the City Attorney and the Mayor's Office in the negotiation of the final transaction documents; and, be it further

RESOLVED, That any contract between SFPUC, J-Power and the California Department of Water Resources (CDWR), or other relevant parties, shall provide that the SFERP will only be operated to meet reliability needs and shall not be used for market purposes at any time when the facility is operating under the jurisdictional authority of the SFPUC; and, be it further

RESOLVED, That this Commission shall request the Board of Supervisors to include the above stated clause in any legislation approving this project; and, be it further

RESOLVED, That any arrangements regarding the development of the SFIA CT shall be done on a collaborative basis between SFPUC, SFIA and J-Power; and, be it

further

RESOLVED, That the SFPUC and the Mayor's Office will explore with CAISO the possibility that 2 rather than 3 CTs in the Potrero neighborhood will meet CAISO's reliability requirements; and, be it further

RESOLVED, That the SFPUC will decommission and remove the CTs when CAISO determines that they are no longer necessary for reliability and the City's financial recovery is complete; and, be it further

RESOLVED, That this Commission authorizes the General Manager of the San Francisco Public Utilities Commission, and any other appropriate officers, agents or employees of the City to take any and all steps (including, but not limited to, the execution and delivery of any and all certificates, agreements, notices, consents, escrow instructions, closing documents and other instruments or documents, and the filing and pursuit of appropriate land use entitlements, such as the purchase, rental and easement agreements for the land needed with the San Francisco MTA and the San Francisco Port Commission, for the SFERP CT, and San Francisco Airport Commission, for the SFIA CT), as they or any of them deems necessary or appropriate, in consultation with the City Attorney and the Mayor's Office, in order to consummate the transactions in accordance with this resolution, or to otherwise effectuate the purpose and intent of this resolution, such determination to be conclusively evidenced by the execution and delivery by any such person or persons of any such documents.

*I hereby certify that the foregoing resolution was adopted by the Public Utilities Commission at its meeting of*  October 31, 2007

_____
Secretary, Public Utilities Commission