EXHIBIT L

> **CITY AND COUNTY
> OF SAN FRANCISCO
> ENVIRONMENT CODE**
>
> Codified through
> Ord. No. 12-08, File No. 071136,
> approved Jan. 31, 2008.
> (Supplement No. 13)

**CITY AND COUNTY OF
SAN FRANCISCO
MUNICIPAL CODE**

**ENVIRONMENT CODE**

## SEC. 101. THE SAN FRANCISCO PRECAUTIONARY PRINCIPLE.

The following shall constitute the City and County of San Francisco's Precautionary Principle policy. All officers, boards, commission, and departments of the City and County shall implement the Precautionary Principle in conducting the City and County's affairs:

The Precautionary Principle requires a thorough exploration and a careful analysis of a wide range of alternatives. Based on the best available science, the Precautionary Principle requires the selection of the alternative that presents the least potential treat to human health and the City's natural systems. Public participation and an open and transparent decision making process are critical to finding and selecting alternatives.

Where threats of serious or irreversible damage to people or nature exist, lack of full scientific certainty about cause and effect shall not be viewed as sufficient reason for the City to postpone cost effective measures to prevent the degradation of the environment or protect the health of its citizens. Any gaps in scientific data uncovered by the examination of alternatives will provide a guidepost for future research, but will not prevent the City from taking protective action. As new scientific data become available, the City will review its decisions and make adjustments when warranted.

Where there are reasonable grounds for concern, the precautionary approach to decision-making is meant to help reduce harm by triggering a process to select the least potential threat. The key elements of the Precautionary Principle approach to decision-making include:

> 1. Anticipatory Action: There is a duty to take anticipatory action to prevent harm. Government, business, and community groups, as well as the general public, share this responsibility.

2. Right to Know: The community has a right to know complete and accurate information on potential human health and environmental impacts associated with the selection of products, services, operations or plans. The burden to supply this information lies with the proponent, not with the general public.

3. Alternatives Assessment: An obligation exists to examine a full range of alternatives and select the alternative with the least potential impact on human health and the environment including the alternative of doing nothing.

4. Full Cost Accounting: When evaluating potential alternatives, there is a duty to consider all the reasonably foreseeable costs, including raw materials, manufacturing, transportation, use, cleanup, eventual disposal, and health costs even if such costs are not reflected in the initial price. Short- and long-term benefits and time thresholds should be considered when making decisions.

5. Participatory Decision Process: Decisions applying the Precautionary Principle must be transparent, participatory, and informed by the best available science and other relevant information.

(Added by Ord. 171-03, File No. 030422, App. 7/3/2003)

## SEC. 104. CITY UNDERTAKING LIMITED TO PROMOTION OF GENERAL WELFARE.

The Board of Supervisors encourages all City employees and officials to take the precautionary principle into consideration and evaluate alternatives when taking actions that could impact health and the environment, especially where those actions could pose threats of serious harm or irreversible damage. This ordinance does not impose specific duties upon any City employee or official to take specific actions. In adopting and undertaking the enforcement of this ordinance, the City and County of San Francisco is assuming an undertaking only to promote the general welfare. It is not assuming, nor is it imposing on its officers and employees, an obligation for breach of which it is liable in money damages to any person who claims that such breach proximately caused injury nor may this ordinance provide any basis for any other judicial relief including, but not limited to a writ of mandamus or an injunction. In adopting this Chapter, the Board of Supervisors does not intend to authorize or require the disclosure to the public of any proprietary information protected under the laws of the State of California.

(Added by Ord. 171-03, File No. 030422, App. 7/3/2003)