EXHIBIT A

CALIFORNIA ISO

California Independent
System Operator

# Action Plan For San Francisco Options & Risks

Larry Tobias

California Independent System Operator
Pacific Gas & Electric Company
City and County of San Francisco
Interested Stakeholders / Public Participants

Gary DeShazo / Larry Tobias
Grid Planning - California ISO 1 October 26, 2004

CALIFORNIA ISO

California Independent System Operator

# Background

Memo to the ISO Board on Sept. 10, 2004

This memo provided analysis and recommendations as to:

- The Action Plan for release of PG&E owned generation at Hunters Point and Mirant owned generation at Potrero from ISO Reliability Must Run (RMR) Agreements,
- An analysis of the retrofit of the Potrero 3 Power Plant with emissions control technology and how that impacts the Action Plan, and
- A discussion of the reliability of Hunters Point Unit 4 and the appropriateness of its designation as a RMR generation unit.

CALIFORNIA ISO

California Independent System Operator

# Action Plan Summary

**Action Plan to Release Hunters Point and Potrero from their RMR Agreements –**

An Action Plan acceptable to the ISO for release of the existing generation at Hunters Point and Potrero from RMR contracts involves successful completion of a total of 12 transmission projects by PG&E, four peaking power plants by the City, and the Mirant retrofit of Potrero 3 with emissions control technology for its temporary operation.

The ISO does not control the dates of completion of these projects, nor does it control the permanent shutdown of the Hunters Point and Potrero generation.

Gary DeShazo / Larry Tobias

Grid Planning - California ISO 3 October 26, 2004

CALIFORNIA ISO

California Independent System Operator

# Action Plan Assumptions

- The action plan acceptable to the ISO for the shut down of Hunters Point and Potrero units is based on assumptions that are subject to change.
- Such assumptions include current and expected status of transmission, generation, and customer demand.
- Any significant change to the assumptions underlying our analysis may change our conclusions.
- If such significant changes do occur, the ISO is obligated to review the continued acceptability of this action plan.

Gary DeShazo / Larry Tobias

Grid Planning - California ISO 4 October 26, 2004

CALIFORNIA ISO

California Independent System Operator

# Conditions To Release From RMR

## Hunters Point Units #2 & #3 for 2005

- Potrero Static VAR Compensator – Dec. 2004

Gary DeShazo / Larry Tobias

Grid Planning - California ISO 5 October 26, 2004

CALIFORNIA ISO

California Independent System Operator

# Conditions To Release From RMR

## Hunters Point Units #1 & #4 for/in 2006

- San Mateo-Martin #4 line 60/115 kV conversion – Completed
- Ravenswood 2nd 230/115 kV transformer bank – Completed
- SF Internal Cable Emergency Ratings – Completed
- Tesla-Newark #2 230 kV reconductoring –May 2005
- Ravenswood-Ames reconductoring – May 2005
- San Mateo 230 kV Bus insulator replacement – Mat 2005
- Potrero-Hunters Point (AP-1) 115 kV cable – Dec. 2005
- Jefferson-Martin 230 kV line – Dec 2005/March 2006
- Potrero Unit #3 Selective Catalytic Reduction (SCR) retrofit – Feb. 2005

CALIFORNIA ISO
California Independent System Operator

# Conditions To Release From RMR

## Potrero Units #4, #5, & #6 for 2007

- San Francisco Electric Reliability Project (4 combustion turbine generator units) – Dec. 2006

Gary DeShazo / Larry Tobias
Grid Planning - California ISO 7 October 26, 2004

CALIFORNIA ISO

California Independent System Operator

# Conditions To Release From RMR

## Potrero Unit #3 for/in 2007

- Newark-Dumbarton 115 kV line reconductoring – May 2006
- Bair-Belmont 115 kV line reconductoring – May 2006 or 2007
- Metcalf-Hicks & Metcalf-Vasona 230 kV lines reconductoring – May 2007
- Ravenswood Substation shut capacitors – May 2007

Gary DeShazo / Larry Tobias

Grid Planning - California ISO 8 October 26, 2004

CALIFORNIA ISO

California Independent
System Operator

# Study Area

CALIFORNIA ISO

California Independent
System Operator

# Bay Area Power Infrastructure

EMBARCADERO
LARKIN
MISSION
Potrero
SAN FRANCISCO
Hunter's Point
MARTIN
230KV Transmission (Planned)
San Andreas Lake
SAN MATEO
Crystal Springs Reservoir
230KV Transmission (Planned)
JEFFERSON SUBSTATION
To Metcalf Substation
RAVENSWOOD
To East Shore Substation
To Newark Substation
PG&E Substations
Existing Power Plant
Planned Underground Transmission
Planned Overhead Transmission
Existing PG&E Transmission Line

Gary DeShazo / Larry Tobias
Grid Planning - California ISO 10 October 26, 2004

CALIFORNIA ISO

California Independent System Operator

Next Steps
For
SFSSG

Determine a preferred option for maintaining long-term reliable load serving capability within San Francisco and the Peninsula.

Gary DeShazo / Larry Tobias
Grid Planning - California ISO
11
October 26, 2004

CALIFORNIA ISO

California Independent
System Operator

# Stakeholder Comments

Gary DeShazo / Larry Tobias
Grid Planning - California ISO 12 October 26, 2004