EXHIBIT J

# oard of Supervisors

October 30, 2007

# City and County of San Francisco

### City Hall
### 1 Dr. Carlton B. Goodlett Place
### San Francisco, CA 94102-4689



# MEETING MINUTES
## Tuesday, October 30, 2007
## 2:00 PM
## Legislative Chamber - Second Floor
## Regular Meeting

## Board of Supervisors

**AARON PESKIN, PRESIDENT**

**MICHELA ALIOTO-PIER, TOM AMMIANO, CARMEN CHU, CHRIS DALY, BEVAN DUFTY, SEAN ELSBERND, SOPHIE MAXWELL, JAKE McGOLDRICK, ROSS MIRKARIMI, GERARDO SANDOVAL**

**Members Present:**    Michela Alloto-Pier, Tom Ammiano, Carmen Chu, Chris Daly, Bevan Dufty, Sean Elsbernd, Sophie Maxwell, Jake McGoldrick, Ross Mirkarlmi, Aaron Peskin, Gerardo Sandoval.

**Members Excused:**    None.

**Members Absent:**    None.

# ROLL CALL AND PLEDGE OF ALLEGIANCE

The meeting was called to order at 2:05 p.m. On the call of the roll all members were noted present.

# APPROVAL OF MEETING MINUTES

**Supervisor McGoldrick, seconded by Supervisor Elsbernd, moved to approve Board Meeting Minutes**

**for October 2, 2007.** The motion carried by the following vote:

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# CONSENT AGENDA

## Recommendations of the Budget and Finance Committee

**071326**    **[Public Employment - Department of Public Health]**

Ordinance amending Ordinance No. 175-07 (Annual Salary Ordinance FY 2007-2008) reflecting the addition of 34.95 positions in the Department of Public Health pursuant to Ordinance 162-07 (Memorandum of Understanding between the City and County of San Francisco and the Service Employees International Union Local 790 Staff and Per Diem Nurses) and Ordinance 164-07 (Memorandum of Understanding between the City and County of San Francisco and the Freight Checkers, Clerical Employees and Helpers Local 856 Supervising Registered Nurses Unit 11.B) using funding from the Salaries and Benefits Reserve as appropriated in Ordinance 174-07 (Consolidated Budget and Annual Appropriation Ordinance for Fiscal Year Ending June 30, 2008). (Human Resources Department)

(Fiscal Impact.)

**Enacted Number:**   248-07
**FINALLY PASSED**

**071329**    **[Amending and Repealing Cash Revolving Funds and Cash Revolving Accounts]**

Ordinance amending and repealing various sections of Article XV, Part I of the San Francisco Municipal Code (Administrative Code), which established cash revolving funds and cash revolving accounts for the City and County of San Francisco departments. (Controller)

**Enacted Number:**   249-07
**FINALLY PASSED**

## Recommendations of the Land Use and Economic Development Committee

**070851**    **[Polk Street Neighborhood Commercial District Zoning Controls]**    **Supervisor Peskin**

Ordinance amending the San Francisco Planning Code by amending Section 121.2 to move Polk Street from a 3,000 square foot lot size limit to a 2,000 square foot lot size limit and by amending Section 723 to provide that commercial and institutional uses in the Polk Street Neighborhood Commercial District are permitted up to 1,999 square feet and allowed as a conditional use for 2,000 square feet and above; adopting findings, including Section 302 findings, environmental findings, and findings of consistency with Section 101.1 and the General Plan.

**Enacted Number:**   251-07
**FINALLY PASSED**

**070738**    **[Planning - Inner Clement Street Neighborhood Commercial District - full-service restaurants and bars]**    **Supervisor McGoldrick**

Ordinance amending Planning Code Sections 716.1, 716.41, and 716.42 of the Inner Clement Street Neighborhood Commercial District to provide for a limited number of new full-service restaurants and new wine and beer bar uses that satisfy specific requirements and obtain conditional use authorization, making

environmental findings, and making findings of consistency with the General Plan and priority policies of Planning Code Section 101.1.

**Enacted Number:** 250-07
**FINALLY PASSED**

071234    **[STOP Intersections]**
Resolution designating certain intersections as "STOP" intersections.
STOP SIGNS - ESTABLISH
25th Street and Minnesota Street, stopping Minnesota Street, making this uncontrolled intersection a two-way STOP;
Hampshire at 17th Street, stopping Hampshire Street, the stem of this T-intersection;
Cesar Chavez Street at Castro Street, stopping Cesar Chavez Street, making this uncontrolled intersection a two-way STOP;
Edna Street at Joost Avenue, stopping Edna Street, the stem of this T-intersection;
Ankeny Street and Ordway Way, stopping Ankeny Street, making this intersection an All-Way STOP; and,
Hudson Avenue at Cashmere Street, stopping Hudson Avenue, making this intersection an All-Way STOP. (Parking and Traffic Department)

(8/8/07 - Categorically exempt from Environmental Review Class 1(c)(9) changes in the traffic and parking regulations where such changes do not establish a higher speed limit or result in more than a negligible increase in the use of the street; DPT Order No. 3399.)

**Enacted Number:** 618-07
**ADOPTED**

071235    **[Traffic Regulations]**
Resolution enacting and rescinding traffic regulations on various streets.
NO LEFT TURN, 4 PM TO 7 PM, MONDAY THROUGH FRIDAY - ESTABLISH
Masonic Avenue, northbound and southbound, at Turk Street (extending turn restriction time from 6 PM to 7 PM).
NO LEFT TURN - ESTABLISH
13th Street at Harrison Street, eastbound (Parking and Traffic Department)

(8/8/07 - Categorically exempt from Environmental Review Class 1(c)(9) changes in the traffic and parking regulations where such changes do not establish a higher speed limit or result in more than a negligible increase in the use of the street; DPT Order No. 3399.)

**Enacted Number:** 616-07
**ADOPTED**

071324    **[Traffic Regulations]**
Resolution enacting and rescinding traffic regulations on various streets.
NO LEFT TURN, 7 AM TO 7 PM, EVERYDAY EXCEPT BUSES AND TAXIS - ESTABLISH
5th Street, southbound, at Mission Street.

(9/7/07 - Categorically exempt from Environmental Review Class 1(c)(9) changes in the traffic and parking regulations where such changes do not establish a higher speed limit or result in more than a negligible increase in the use of the street; DPT Order No. 3407.)

**Enacted Number:** 598-07
**ADOPTED**

**071236**     **[Parking Regulations]**

Resolution enacting and rescinding parking regulations at various locations.

2-HOUR PARKING TIME LIMIT, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY - ESTABLISH

10th Street, west side, between Bryant Street and Division Street.

PARKING METER AREA NO. 2 (1-HOUR PARKING TIME LIMIT, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY) - RESCIND

PARKING METER AREA NO. 2 (2-HOUR PARKING TIME LIMIT, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY) - ESTABLISH

11th Street, both sides, between Market and Mission Streets.

PARKING METERS (AREA 3, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY) - ESTABLISH

Clay Street, south side, from 106 feet west of Webster Street to 73 feet east of Fillmore Street.

ANGLE (45-DEGREE) PARKING - RESCIND

20th Avenue, east side, from Ortega Street to 144 feet southerly.

RESIDENTIAL PERMIT PARKING AREA "Y" (2-HOUR TIME LIMIT, 8 AM TO 10 PM, EVERYDAY) - ESTABLISH

Colin P. Kelly Jr. Street, east side, between Brannan Street and Townsend Street, adding 2 Townsend Street to Residential Permit Parking Area Y.

2 HOUR SIGNED PARKING TIME LIMIT - RESCIND

PARKING METERS (AREA 1, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY) - ESTABLISH

Brannan and Townsend Streets, between 2nd Street and Colin P. Kelly Jr. Street.

NO PARKING ANYTIME - RESCIND

TOW-AWAY, NO STOPPING ANYTIME - ESTABLISH

Leavenworth Street, west side, between Lombard Street and Greenwich Street; Lombard Street, south side, between Leavenworth and Jones Streets.

PARKING METER AREA NO. 2 (1-HOUR PARKING TIME LIMIT, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY) - ESTABLISH

Stevenson Street, north side, from 7th Street to western terminus.

TOW-AWAY, NO STOPPING ANYTIME - ESTABLISH

7th Street, west side, from Stevenson Street to 62 feet southerly;

7th Street, west side, from 128 feet south of Stevenson to Mission Street (248-foot zone);

Mission Street, north side, from 308 feet west of 7th Street to 38 feet westerly.

PASSENGER LOADING ZONE, 6 AM TO 7 PM, MONDAY THROUGH FRIDAY, TOW-AWAY NO STOPPING ALL OTHER TIMES -- ESTABLISH

7th Street, west side, from 62 feet south of Stevenson to 128 feet southerly (66-foot zone).

YELLOW LOADING ZONE, 7 AM TO 4 PM, MONDAY THROUGH SATURDAY, TOW AWAY NO STOPPING ALL OTHER TIMES -- ESTABLISH

Mission Street, north side, from 111 feet west of 7th Street to 197 feet westerly (4 meters). (Parking and Traffic Department)

(8/8/07 - Categorically exempt from Environmental Review Class 1(c)(9) changes in the traffic and parking regulations where such changes do not establish a higher speed limit or result in more than a negligible increase in the use of the street; DPT Order No. 3399.)

**Enacted Number:**  599-07
**ADOPTED**


**071289**     **[STOP Intersections]**     **Supervisor Alioto-Pier**

Resolution designating certain intersections as "STOP" intersections.

STOP SIGNS - ESTABLISH

Alhambra Street and Mallorca Way, stopping Alhambra Street, making this intersection an all-way STOP.

**Enacted Number:**  600-07
**ADOPTED**

**071323**    **[STOP Intersections]**

Resolution designating certain intersections as "STOP" intersections.
STOP SIGNS - ESTABLISH
20th Avenue and Moraga Street, stopping 20th Avenue, making this intersection an All-Way STOP;
Pacheco Street at 41st Avenue, stopping the stem of this currently uncontrolled T-intersection;
Both ends of Dormitory Road at Northridge Road/Jerrold Avenue and at Kiska Road/Kirkwood Avenue, stopping the stem of these currently uncontrolled T-intersections. (Parking and Traffic Department)

(9/7/07 - Categorically exempt from Environmental Review Class 1(c)(9) changes in the traffic and parking regulations where such changes do not establish a higher speed limit or result in more than a negligible increase in the use of the street; DPT Order No. 3407.)

**Enacted Number:**    601-07
**ADOPTED**


**071325**    **[Parking Regulations]**

Resolution enacting and rescinding parking regulations at various locations.
RESIDENTIAL PERMIT PARKING AREA "X" (2-HOUR TIME LIMIT, 8 AM - 6 PM, MONDAY THROUGH FRIDAY) - ESTABLISH
1550 - 1562 22nd Street (includes these addresses to be eligible for Area "X" permits, but no signs will be posted on the street).
RESIDENTIAL PERMIT PARKING AREA "R" (2-HOUR TIME LIMIT, 9 AM - 6 PM, MONDAY THROUGH SATURDAY) - ESTABLISH
Ivy Street, both sides, between Buchanan and Webster Streets (signs will only be posted on the north side because of NPAT on the south side), and;
Webster Street, east side, between Ivy and Grove Streets.
TOW-AWAY, NO STOPPING, 4 PM TO 6 PM, MONDAY THROUGH FRIDAY - RESCIND
Laurel Street, east side, between California Street and Mayfair Drive.
NO PARKING ANYTIME - RESCIND
Linden Street, north side, from 82 feet to 101 feet west of Gough Street.
COMPACT VEHICLES ONLY - ESTABLISH
Linden Street, north side, from 82 feet to 101 feet west of Gough Street.
TOW-AWAY, NO STOPPING ANYTIME - ESTABLISH
Linden Street, south side, from 40 feet to 136 feet west of Gough Street.
TOW-AWAY, NO STOPPING ANYTIME - ESTABLISH
Geary Boulevard, south side, Masonic Avenue frontage road to 70 feet westerly (removes parking meter #2703).
TOW-AWAY, NO STOPPING ANYTIME - ESTABLISH
Page Street, south side, from Laguna Street to 20 feet easterly; and,
Laguna Street, east side, from Page Street to 21 feet southerly.
2-HOUR PARKING TIME LIMIT, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY - RESCIND
Gough Street, east side, from Geary Boulevard to Ellis Street.
1-HOUR PARKING TIME LIMIT, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY - RESCIND
Gough Street, west side, from Eddy Street to Golden Gate Avenue.
TOW-AWAY, NO PARKING, 1 AM TO 6 AM, DAILY - ESTABLISH
Clementina Street, south side, from Gallagher Lane to 5th Street,
TOW-AWAY, NO PARKING, MIDNIGHT TO 6 AM, DAILY ESTABLISH
Gallagher Lane, west side, from 20 feet north of Clementina Street to Tehama Street; and,
Gallagher Lane, east side, from Clementina Street to 20 feet south of Tehama Street.
4-HOUR PARKING TIME LIMIT, 7 AM - 6 PM, EXCEPT SATURDAY AND SUNDAY - ESTABLISH
San Bruno Avenue, east side, between 15th and Alameda Streets; and,
15th Street, both sides, between San Bruno and Vermont Streets. (Parking and Traffic Department)

(9/7/07 - Categorically exempt from Environmental Review Class 1(c)(9) changes in the traffic and parking regulations where such changes do not establish a higher speed limit or result in more than a negligible increase in the use of the street; DPT Order No. 3407.)

**Enacted Number:** 602-07
**ADOPTED**

## Recommendation of the Public Safety Committee

071374     **[Accept-Expend Federal Grant - Mayor's Office of Criminal Justice     Supervisor Maxwell (MOCJ)]**
Resolution authorizing the Mayor's Office of Criminal Justice (MOCJ) to accept and expend a grant in the amount of $200,000 from the Department of Justice (DOJ), Office of Justice Programs (OJP), FY2007 Weed and Seed Program for the purpose of supporting activities to prevent, control and reduce violent crime, drug abuse, and gang activity in the designated Weed and Seed area in the Visitacion Valley neighborhood.

**Enacted Number:** 603-07
**ADOPTED**

## Recommendations of the Rules Committee

071411     **[Settlement of Lawsuit - Robert Kellogg, Jr.]**
Ordinance authorizing settlement of the lawsuit filed by Robert Kellogg, Jr., against the City and County of San Francisco and Philip J. Welsh for $150,000; the lawsuit was filed on January 6, 2006 in San Francisco Superior, Case No. 446-493; entitled Robert Kellogg, Jr. v. City and County of San Francisco, et al. (City Attorney)

**Enacted Number:** 238-07
**FINALLY PASSED**

071412     **[Settlement of Lawsuit - Mitchell Engineering/J. Fletcher Creamer & Son, Inc.]**
Ordinance authorizing settlement of the lawsuit filed by Mitchell Engineering/J. Fletcher Creamer & Son, Inc. against the City and County of San Francisco for $775,000; the lawsuit was filed on July 6, 2005 in San Joaquin County Superior Court, Case No. CV 026863; entitled Mitchell Engineering/J/ Fletcher Creamer & Son, Inc., et al., v. City and County of San Francisco, et al. (City Attorney)

**PASSED, ON FIRST READING**

071384     **[Settlement of Unlitigated Claim - PG&E]**
Resolution approving the settlement of the unlitigated claim filed by Pacific Gas & Electric against San Francisco for $238,594; claim was filed on June 19, 2007. (City Attorney)

**Enacted Number:** 604-07
**ADOPTED**

**The foregoing items were acted upon by the following vote:**
Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# REGULAR AGENDA

# UNFINISHED BUSINESS

## From the Budget & Finance Committee Without Recommendation

070961     **[Recreation and Park Commission--Authorization to Modify Golf Course Hours and Fees; Creation of Golf Course Task Force]**     **Supervisor McGoldrick**

Ordinance adding Section 12.46 to Article 12 of the San Francisco Park Code to authorize the Recreation and Park Commission to modify golf course hours and fees; and to create a Golf Course Task Force that will evaluate measures to reduce General Fund support for operation and maintenance of golf courses, and explore alternative revenue sources.

(Supervisor Dufty dissented in committee.)

**Supervisor McGoldrick, seconded by Supervisor Ammiano, moved that this Ordinance be RE-REFERRED to the Budget and Finance Committee. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

## From the City Operations and Neighborhood Services Committee Without Recommendation

071258     **[Urging the Golden Gate Bridge, Highway and Transportation District to Oppose the Golden Gate Bridge Partnership Program]**     **Supervisors McGoldrick, Maxwell, Mirkarimi**

Resolution urging the Golden Gate Bridge, Highway and Transportation District Board of Directors to Oppose the Golden Gate Bridge Partnership Program which would allow for the continued degradation of our public spaces by sanctioning, among other things, the placement of corporate logos on way-finding signage, posters, kiosks, and displays on Golden Gate Bridge property.

**Supervisor McGoldrick, seconded by Supervisor Sandoval, moved that this Resolution be TABLED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# NEW BUSINESS

## Recommendations of the Budget and Finance Committee

071385     **[Authorizing the Department of Telecommunications and Information Services to amend an agreement with CA, Inc. to extend the term of the agreement from ten years to twelve years and five**

Resolution authorizing the Department of Telecommunications and Information Services ("DTIS") to retroactively enter into the Second Amendment of an agreement between the City and County of San Francisco ("City") and CA, Inc. ("CA") to extend term of the agreement to twelve years and five months with an additional

option period for two additional one-year periods. (Telecommunications and Information Services) (Fiscal Impact.)

**Enacted Number:** 605-07
**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071395    [Multifamily Housing Revenue Bonds - Bishop Swing Community        Supervisor Daly
House]**

Resolution authorizing the issuance and delivery of multifamily housing revenue bonds (as defined herein) in an aggregate principal amount not to exceed $18,942,066 for the purpose of providing financing for a multifamily rental housing project to be known as Bishop Swing Community House; approving the form of and authorizing the execution of an indenture providing the terms and conditions of the bonds; approving the form of and authorizing the execution of a regulatory agreement and declaration of restrictive covenants; approving the form of and authorizing the execution of a construction loan agreement; ratifying and approving any action heretofore taken in connection with the bonds and the project; granting general authority to City officials to take actions necessary to implement this resolution; and related matters.

**Enacted Number:** 606-07
**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071401    [Support Goals for Federal Funding-Community Development Block Supervisor Maxwell
Grant]**

Resolution supporting Fiscal Year 2008-2009 Community Development Block Grant (CDBG) Action Plan Goals.

**Enacted Number:** 595-07
**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071402    [Expend Federal Funding - Community Development Block Grant]    Supervisor Maxwell**

Resolution approving the expenditure of $137,728 of Community Development Block Grant funding.

**Enacted Number:** 607-07
**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071435    [Authorizing the Director of Public Works or his or her designee to  Supervisor Peskin
request Cooperative Work Agreements from the California
Department of Finance to extend the expiration dates for Federal**

Resolution authorizing the Director of Public Works or his or her designee to request Cooperative Work Agreements from the California Department of Finance to extend the expiration dates for Federal and State transportation grants expiring on June 30, 2008.

**Enacted Number:** 591-07
**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# Recommendations of the Land Use and Economic Development Committee

**071257**    **[San Francisco Fire Code]**

Ordinance repealing the San Francisco Fire Code in its entirety and replacing that code with a new 2007 San Francisco Fire Code consisting of the 2007 California Fire Code and portions of the 2006 International Fire Code together with San Francisco amendments; adopting findings of local conditions pursuant to California Health and Safety Code Section 17958.7 and directing the Clerk of the Board to forward San Francisco's amendments to the California Building Standards Commission and State Fire Marshal; and making environmental findings. (Fire Department)

**PASSED ON FIRST READING by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071274**    **[San Francisco Building Code]**

Ordinance repealing the San Francisco Building Code in its entirety and replacing that code with a new 2007 San Francisco Building Code consisting of the 2007 California Building Code, which is based upon the 2006 International Building Code, together with the San Francisco amendments; adopting findings of local conditions pursuant to California Health and Safety Code Section 17958.7 and directing the Clerk of the Board to forward San Francisco's amendments and findings to the California Building Standards Commission; and making environmental findings. (Building Inspection Department)

**PASSED ON FIRST READING by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071275**    **[San Francisco Electrical Code]**

Ordinance repealing the San Francisco Electrical Code in its entirety and replacing that code with a new 2007 San Francisco Electrical Code consisting of the 2007 California Electrical Code, which is based upon the 2005 National Electrical Code, together with the San Francisco amendments; adopting findings of local conditions pursuant to California Health and Safety Code Section 17958.7 and directing the Clerk of the Board to forward San Francisco's amendments and findings to the California Building Standards Commission; and making environmental findings. (Building Inspection Department)

**PASSED ON FIRST READING by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071276**    **[San Francisco Housing Code]**

Ordinance repealing the San Francisco Housing Code in its entirety and replacing that code with a new 2007 San Francisco Housing Code to conform to the new numbering system of the 2007 California Building Code and to re-enact San Francisco's local amendments to the State Housing Code with minor changes; adopting findings of local conditions pursuant to California Health and Safety Code Section 17958.7 and directing the Clerk of the Board to forward San Francisco's amendments to the California Building Standards Commission; and making environmental findings. (Building Inspection Department)

**PASSED ON FIRST READING by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071277**    **[San Francisco Mechanical Code]**

Ordinance repealing the San Francisco Mechanical Code in its entirety and replacing that code with a new 2007 San Francisco Mechanical Code consisting of the 2007 California Mechanical Code, which is based upon the 2006 Uniform Mechanical Code, together with the San Francisco amendments; adopting findings of local conditions pursuant to California Health and Safety Code Section 17958.7 and directing the Clerk of the Board to forward San Francisco's amendments and findings to the California Building Standards Commission;

and making environmental findings. (Building Inspection Department)

**PASSED ON FIRST READING by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071278**     **[San Francisco Plumbing Code]**

Ordinance repealing the San Francisco Plumbing Code in its entirety and replacing that code with a new 2007 San Francisco Plumbing Code consisting of the 2007 California Plumbing Code, which is based upon the 2006 Uniform Plumbing Code, together with the San Francisco amendments; adopting findings of local conditions pursuant to California Health and Safety Code Section 17958.7 and directing the Clerk of the Board to forward San Francisco's amendments and findings to the California Building Standards Commission; and making environmental findings. (Building Inspection Department)

**PASSED ON FIRST READING by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071015**     **[Rescind One Hour Meters and Establish Two Hour Meters on 1900**   **Supervisor Peskin**
                **Polk Street]**

Resolution rescinding one hour meters and establishing two hour meters on the 1900 Block of Polk Street. PARKING METER AREA 3, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY, 1-HOUR PARKING - RESCIND PARKING METER AREA 3, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY, 2-HOUR PARKING - ESTABLISH

1900 block of Polk Street, both sides, between Jackson and Pacific Streets.

(No Economic Impact)

**Enacted Number:**   593-07

**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071409**     **[Street Artist Winter Holiday Spaces]**            **Supervisor Dufty**

Resolution approving temporary selling spaces in the Downtown area and at Harvey Milk Plaza for street artists certified by the Arts Commission, City and County of San Francisco, for the winter holiday season, 2007, beginning on November 15, 2007 and ending on January 15, 2008. (Arts Commission)

**Enacted Number:**   608-07

**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

## Recommendation of the Rules Committee

**070410**     **[San Francisco Bonding Program]**           **Supervisor Mirkarimi**

Ordinance adding Article VIII to Article 20 of the San Francisco Administrative Code to create the San Francisco Bonding Program and to authorize the City to purchase bonds for employers who agree to hire hard-to-place employees.

**Supervisor Mirkarimi, seconded by Supervisor Elsbernd, moved that this Ordinance be AMENDED, AN AMENDMENT OF THE WHOLE BEARING NEW TITLE. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

Ordinance amending Chapter 30 of the San Francisco Administrative Code to add Article II thereto to create the San Francisco Bonding Program and to authorize the City to purchase bonds for employers who agree to hire hard-to-place employees.

*Continued as amended to November 13, 2007*

**Supervisor Mirkarimi, seconded by Supervisor Elsbernd, moved that this Ordinance be CONTINUED AS AMENDED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

## From the Rules Committee Without Recommendation

070946     **[Amending the Rules of Order Governing the Board of**    **Supervisors Alioto-Pier, Dufty Supervisors]**

Motion to amend the Rules of Order Governing the Board of Supervisors.

(No Economic Impact)

**NOT APPROVED by the following vote:**

Ayes: 5 - Alioto-Pier, Chu, Dufty, Elsbernd, Sandoval
Noes: 6 - Ammiano, Daly, Maxwell, McGoldrick, Mirkarimi, Peskin

# SPECIAL ORDER 3:30 P.M - Recognition of Commendations

# SPECIAL ORDER 3:30 P.M.

070967     **[Public Hearing - Appeal of Minor Sidewalk Encroachment for 1166 Haight Street]**

Hearing of persons interested in or objecting to the decision of the Department of Public Works, by its letter dated June 13, 2007, approving a request of Minor Sidewalk Encroachment Permit to construct a warped driveway ramp and two (2) planter boxes to encroach 3'-0" into the public sidewalk right-of-way (2S% of the sidewalk width as allowed by Article 15, Section 723.2 of the Public Works Code) fronting the property at 1166 Haight Street to provide access to a proposed garage below grade. (Appellant: Raquel Fox.)

(Filed June 28, 2007; companion measure to Files 070968, 070969; District 5.)

*The President inquired as to whether any member of the public wished to address the Board members.*

*Continued to January 15, 2008*

**Supervisor Mirkarimi, seconded by Supervisor McGoldrick, moved that this Hearing be CONTINUED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

*Pursuant to Government Code Section 65009, the following notice is hereby given: if you challenge, in court, the minor sidewalk encroachment permit appeal described above, you may be limited to raising only those issues you or someone else raised at the public hearing described in this notice, or in written correspondence delivered to the Board of Supervisors at, or prior to, the public hearing.*

# (Only one of the following two motions should be approved.)

**070968**    **[Minor Sidewalk Encroachment Permit Appeal]**
Motion disapproving the decision of the Director of Public Works' approval of a Minor Sidewalk Encroachment Permit at 1166 Haight Street and denying the Encroachment Permit.
*Continued to January 15, 2008*

**Supervisor Mirkarimi, seconded by Supervisor McGoldrick, moved that this Motion be CONTINUED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**070969**    **[Minor Sidewalk Encroachment Permit Appeal]**
Motion approving the decision of the Director of Public Works' approval of a Minor Sidewalk Encroachment Permit at 1166 Haight Street and denying the appeal.
*Continued to January 15, 2008*

**Supervisor Mirkarimi, seconded by Supervisor McGoldrick, moved that this Motion be CONTINUED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# SPECIAL ORDER 4:00 P.M.

**070910**    **[Public Hearing - Appeal of Determination of Exemption from Environmental Review for 3424 Jackson Street]**
Hearing of persons interested in or objecting to the decision of the Planning Department dated May 31, 2007 (Case No. 2005.1134E), exempting from environmental review under Categorical Exemption Class 1, [State Guidelines, Section 15301(e)(1)]. The proposal would construct an addition of approximately 780 square feet (sq ft) of new space, room repartitions, removal of a rear fire escape, and addition of a new rear egress staircase and three decks to a 6,510-sq ft, 35-foot-high, four-story, single-family dwelling constructed circa 1921. The proposed alterations would result in a building approximately 7,289 sq ft and 35 feet high with enlarged ground, first, second, and third floors to the rear (about 487 sq ft of additional space), and enlarged fourth floor toward the front of the building (an expansion of 292 sq ft). The site is a rectangular 4,469-sq ft parcel (Assessor's Block 0971; Lot 003B). The project site, located in the Presidio Heights neighborhood is zoned RH-1 (Residential, House - One Family) and is within a 40-X height and bulk district. (Appellant: Howard N. Ellman on behalf of Mr. and Mrs. Karkar.)

(Filed June 14, 2007; companion measure to 070911, 070912, 070913; District 2.)

*The President inquired as to whether any member of the public wished to address the Board members.*

*Continued to November 13, 2007*

**Supervisor Elsbernd, seconded by Supervisor Alioto-Pier, moved that this Hearing be CONTINUED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

*Pursuant to Government Code Section 65009, the following notice is hereby given: if you challenge, in court, the Categorical Exemption from Environmental Review described above, you may be limited to raising only those issues you or someone else raised at the public hearing described in this notice, or in written correspondence delivered to the Board of Supervisors at, or prior to, the public hearing.*

## (Only one of the following two motions should be approved.)

**070911**    **[Affirming the Categorical Exemption issued for the 3424 Jackson Street project]**

Motion affirming the determination by the Planning Department that the 3424 Jackson Street project is categorically exempt from environmental review under the California Environmental Quality Act. (Clerk of the Board)

*Continued to November 13, 2007*

**Supervisor Elsbernd, seconded by Supervisor Alioto-Pier, moved that this Motion be CONTINUED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**070912**    **[Disapproving the Categorical Exemption issued for the 3424 Jackson Street project]**

Motion disapproving the determination by the Planning Department that the 3424 Jackson Street project is categorically exempt from environmental review under the California Environmental Quality Act. (Clerk of the Board)

*Continued to November 13, 2007*

**Supervisor Elsbernd, seconded by Supervisor Alioto-Pier, moved that this Motion be CONTINUED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**070913**    **[Preparation of findings related to the 3424 Jackson Street project]**

Motion directing the Clerk of the Board to prepare findings related to the appeal of the determination by the Planning Department that the project at 3424 Jackson Street is exempt from environmental review under the California Environmental Quality Act. (Clerk of the Board)

*Continued to November 13, 2007*

**Supervisor Elsbernd, seconded by Supervisor Alioto-Pier, moved that this Motion be CONTINUED. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# COMMITTEE REPORTS

**071439**    **[Confirmation of Director of Office of Citizen Complaints]**    **Mayor**

Motion confirming appointment of Joyce Hicks as Director of the Office of Citizen Complaints.

**Enacted Number:**  M07-141

**APPROVED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**071424**    **[Accept-expend State Grant Funds available under the California Cultural and Historical Endowment to fund the Palace of Fine Arts Rotunda Restoration Project]**    **Supervisor Alioto-Pier**

Resolution authorizing the San Francisco Recreation and Park Department to accept and expend a grant in the amount of $1,451,250 for the restoration of the Palace of Fine Arts Rotunda , under Proposition 40 California

Clean Water, Clean Air, Safe Neighborhood Parks, and Coastal Protection Act of 2002 administered by the California State Library, California Cultural and Historical Endowment.

**Enacted Number:**  592-07

**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

070617      **[Zoning - modifying the definition of liquor store to remove prohibitions on grocery stores and similar uses]**                    **Supervisor Alioto-Pier**

Ordinance amending Planning Code Sections 790.55, 790.102, 249.5, 781.8, 781.9, 782, 783, and 784 to remove grocery stores and other similar uses from prohibitions placed on the establishment of liquor stores in certain districts; and making environmental findings and findings of consistency with the General Plan and priority policies of Planning Code Section 101.1.

**PASSED ON FIRST READING by the following vote:**

Ayes: 9 - Alioto-Pier, Ammiano, Chu, Dufty, Elsbernd, Maxwell, Mirkarimi, Peskin, Sandoval

Noes: 1 - Daly

Absent: 1 - McGoldrick

071058      **[Support for development of City-controlled electric generation project]**                    **Supervisors Maxwell, Dufty, Ammiano, Peskin**

Resolution supporting the Combustion Turbine projects proposed by the Public Utilities Commission for the development of a City-controlled combustion turbine project to promote the goals of the City's Electricity Resource Plan, and endorsing the description of the transaction for the projects.

*Supervisor McGoldrick was noted present at 2:31p.m.*

*Supervisor Alioto-Pier, seconded by Supervisor Sandoval, moved to continue this matter to November 6, 2007.*

*Motion to continue this matter failed by the following vote:*

*Ayes: 5 - Alioto-Pier, Ammiano, Daly, McGoldrick, Sandoval*

*Noes: 6- Chu, Dufty, Elsbernd, Maxwell, McGoldrick, Peskin*

**Supervisor Mirkarimi, seconded by Supervisor Ammiano, moved that this Resolution be AMENDED, AN AMENDMENT OF THE WHOLE BEARING SAME TITLE. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

**ADOPTED AS AMENDED by the following vote:**

Ayes: 8 - Ammiano, Chu, Dufty, Elsbernd, Maxwell, McGoldrick, Peskin, Sandoval

Noes: 3 - Alioto-Pier, Daly, Mirkarimi

# ROLL CALL FOR INTRODUCTIONS

# PUBLIC COMMENT

*An opportunity for members of the public to directly address the Board on items of interest to the public that are within the subject matter jurisdiction of the Board, including items being considered today which have not been considered by a Board committee and excluding items which have been considered by a Board committee. Members of the public may address the Board for up to three minutes. Each member of the public will be allotted*

the same number of minutes to speak, except that public speakers using translation assistance will be allowed to testify for twice the amount of the public testimony time limit. If simultaneous translation services are used, speakers will be governed by the public testimony time limit applied to speakers not requesting translation assistance. The President or the Board may limit the total testimony to 30 minutes. Members of the public who want a document placed on the overhead for display should clearly state such and subsequently remove the document when they want the screen to return to live coverage of the meeting.

Abdulah Megahed; expressed appreciation to the SF Fire Department and concern with issues relating to the homeless

James Chaffee; expressed concern with issues relating to the SF Public Library

Male speaker; expressed concern with issues relating topublic officials and with the management of the Recreation and Park Department

Silvia Johnson; expressed concern with general issues

Eugene Gordon Jr.; expressed concern with issues relating to the violation of human rights

H. Bagdarsarian; urged support of House Resolution 106 for the recognition of the Armenian Genocide

Richard Robinson; expressed concern with issues relating to housing

Male speaker; expressed concern with issues relating to the Ethics Commission

Richard Macrea; expressed concern with planning designs of buildings in San Francisco and embodied energy and growth in SF

Jose Morales; expressed concern with issues relating to the Ellis-Act and evictions and issues relating to children, seniors and low income individuals

Male speaker; expressed concern with issues relating a City Planning decision

Female speaker; expressed concern with issues relating a City Planning decision

# FOR ADOPTION WITHOUT COMMITTEE REFERENCE

This measure was introduced for adoption without committee reference. A unanimous vote is required for adoption of a resolution today. Any Supervisor may require any resolution to go to committee.

071450    **[Urging the Attorney General to clarify how Penal Code 3003 and**    **Supervisors McGoldrick, Alioto-**
**the transient provision in Penal Code Section 290 apply to Jessica's**    **Pier, Chu**
**Law (Proposition 83)]**
Resolution urging the Attorney General to clarify how Penal Code 3003 and the transient provision of Penal Code 290 apply to Jessica's Law (Proposition 83).
Supervisors Alioto-Pier and Chu requested to be added as co-sponsors.
**Enacted Number:**  596-07
**ADOPTED**


071472    **[Declaring November 14, 2007 as World Diabetes Day in the City**    **Supervisors Dufty, Peskin,**
**and County of San Francisco]**    **Elsbernd**
Resolution declaring November 14, 2007 as World Diabetes Day in the City and County of San Francisco.
Supervisor Elsbernd requested to be added as a co-sponsor.
**Enacted Number:**  609-07
**ADOPTED**

**071473**    **[Accept and expend gift in the amount of $50,000]**                    Supervisor Chu
Resolution retroactively accepting and expending a gift in the amount of $50,000 from the San Francisco Parks Trust.
**Enacted Number:**  610-07
**ADOPTED**

**071474**    **[Accept and expend gift in the amount of $25,000]**                    Supervisor Chu
Resolution accepting and expending an estate bequest gift of $25,000 from the estate of Dr. Dorothee Haken to the Recreation and Park Department for the San Francisco Botanical Garden.
**Enacted Number:**  597-07
**ADOPTED**

**071475**    **[Landmark designation nomination for tree located in Bernal**           Supervisor Ammiano
**Heights Natural Area]**
Resolution of intent initiating the nomination of the Blue Elderberry Tree (Sambucus mexicana) located at Folsom Street and Bernal Heights Boulevard in Bernal Heights Natural Area (Assessor's Block 5548, Lot 002) for landmark tree status pursuant to Public Works Code Section 810(b), acknowledging temporary designation pursuant to Public Works Section 810(d), and authorizing other official acts in furtherance of the Resolution.
**Enacted Number:**  611-07
**ADOPTED**

**071476**    **[Landmark designation nomination for tree located at 3555 Cesar**   Supervisor Ammiano
**Chavez Street]**
Resolution of intent initiating the nomination of the Moreton Bay Fig tree (Ficus macrophylla) located at 3555 Cesar Chavez Street (Assessor's Block 6575, Lot 002) for landmark tree status pursuant to Public Works Code Section 810(b), acknowledging temporary designation pursuant to Public Works Section 810(d), and authorizing other official acts in furtherance of the Resolution.
**Enacted Number:**  612-07
**ADOPTED**

**071477**    **[Landmark designation nomination for two trees located at 500**      Supervisor Ammiano
**Cortland Street in front of Bernal Heights Library]**
Resolution of intent initiating the nomination of two Flowering Ash trees (Fraxinus ornus) located at 500 Cortland Street, in front of Bernal Heights Library (Assessor's Bock 5707, Lot 027) for landmark tree status pursuant to Public Works Code Section 810(b), acknowledging temporary designation pursuant to Public Works Section 810(d), and authorizing other official acts in furtherance of the Resolution.
**Enacted Number:**  613-07
**ADOPTED**

**071478**    **[Catholic Charities CYO]**                                          Supervisors Peskin, Elsbernd
Resolution commending Catholic Charities CYO for 100 Years of Service.
*Supervisor Elsbernd requested to be added as a co-sponsor.*
**Enacted Number:**  614-07

**ADOPTED**

| | | |
|---|---|---|
| **071479** | **[Urging Speaker Nancy Pelosi to continue to support and immediately schedule a vote on HR 106, which reaffirms the proper recognition of the Armenian genocide]** | **Supervisors Peskin, Dufty, Daly, Maxwell, Elsbernd, Mirkarimi, Ammiano, Sandoval, McGoldrick, Chu** |

Resolution urging Speaker Nancy Pelosi to continue to support and immediately schedule a vote on House Resolution 106, which reaffirms the U.S. record of the Armenian Genocide.

**Enacted Number:**   594-07
**ADOPTED**

**071456    [Final Map - 4501 Irving Street]**
Motion approving Final Map 2532, a 9 Unit Mixed-Use Condominium Project, located at 4501 Irving Street being a subdivision of Lot 052 in Assessors Block No. 1801 and adopting findings pursuant to the General Plan and City Planning Code Section 101.1. (Public Works Department)

(DPW Order No. 177,196; District 4)

**Enacted Number:**   M07-139
**APPROVED**

**071457    [Final Map - 1521 Sutter Street]**
Motion approving Final Map 4083, a 28 Unit Residential Condominium Project, located at 1521 Sutter Street being a subdivision of Lot 020 in Assessors Block No. 0688 and adopting findings pursuant to the General Plan and City Planning Code Section 101.1. (Public Works Department)

(DPW Order 177,184; District 2)

**Enacted Number:**   M07-140
**APPROVED**

**The foregoing items were acted upon by the following vote:**
Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# IMPERATIVE AGENDA

*Resolution(s), if any, to be adopted within limits imposed by the Sunshine Ordinance and the Ralph M. Brown Act, introduced today, not on the printed agenda. For such resolutions to be considered, the Board must first adopt the Serious Injury Finding or the Purely Commendatory Finding and the Brown Act Finding.Each motion requires 8 votes or a unanimous 6 or 7. A unanimous vote is required for the resolution(s). For such resolutions to be considered, the Board must first adopt the following two motions.*

*[Purely Commendatory Finding] Motion that the Board find that the resolution(s) being considered at this time are purely commendatory.*

**Supervisor Elsbernd, seconded by Supervisor Dufty, moved ADOPTION of the Brown Act Finding. The motion carried by the following vote:**
Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

*[Brown Act Finding] Motion that the Board find by roll call vote that for the resolutions being considered at this time there is a need to take immediate action and the need to take action came to the attention of the City and County of San Francisco after the agenda was posted.*

**Supervisor Elsbernd, seconded by Supervisor Dufty, moved ADOPTION the Purely Commendatory Finding. The motion carried by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

071484    **[Honoring John Consiglieri for his exceptional Balboa High School**    Supervisor Sandoval
**football legacy and recognizing his lifetime dedication to**
**community service]**
Resolution honoring John Consiglieri for his exceptional Balboa High School football legacy and recognizing his lifetime dedication to community service.

**Enacted Number:**  615-07
**ADOPTED by the following vote:**

Ayes: 11 - Alioto-Pier, Ammiano, Chu, Daly, Dufty, Elsbernd, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

# OFF-AGENDA LEGISLATION

## Introduced by Supervisors or Mayor

## Ordinances

071490    **[Appropriating $525,000 of General Fund Reserve for partial year**    Supervisors Peskin, Dufty,
**funding of the SF Promise program to Children, Youth and Their**    Ammiano, Mirkarimi, Daly
**Families for Fiscal Year 2007-2008]**
Ordinance appropriating $525,000 of General Fund Reserve to the Department of Children, Youth and Their Families for Fiscal Year 2007-2008 for partial year funding of the SF Promise program, which would guarantee a spot at San Francisco State University and provide college readiness activities for all 6th grade public school students in San Francisco.

(Fiscal Impact.)

10/30/07, RECEIVED AND ASSIGNED to Budget and Finance Committee.

070134    **[Golden Gate Park-Authorization to Construct Skate Park]**    Supervisors Mirkarimi, Alioto-
Pier
Ordinance making environmental findings and authorizing the creation of a skate park in the area known as "the horseshoe pits" pursuant to Charter Section 4.113.

1/30/07, ASSIGNED UNDER 30 DAY RULE to City Operations and Neighborhood Services Committee.

2/5/07, REFERRED TO DEPARTMENT. Referred to Planning Department for environmental determination.

8/17/07, FILED PURSUANT TO RULE 5.37.

10/30/07, REACTIVATED PURSUANT TO RULE 5.23. Supervisor Mirkarimi requested this matter be reactivated.

10/30/07, ASSIGNED to City Operations and Neighborhood Services Committee.

071428    **[Appropriating $5,000,000 of General Fund Reserve for Supportive**    Supervisor Daly
**Housing Projects for people who are homeless or at risk or**
**homeless for Fiscal Year 2007-2008]**

Ordinance appropriating $5,000,000 of General Fund Reserve to the Mayor's Office of Housing for supportive housing for persons, including but not limited to 18-24 year old youths exiting systems of care, who are extremely low income, currently homeless or at risk of homelessness living in shelters, or in tenuous living situations, for Fiscal Year 2007-2008 and reserving the funds pending review of expenditure plans by the Budget and Finance Committee.

(Fiscal Impact.)

10/16/07, RECEIVED AND ASSIGNED to Budget and Finance Committee.

10/30/07, ASSIGNED to Budget and Finance Committee.

10/30/07, SUBSTITUTED. Supervisor Daly submitted a substitute ordinance bearing new title.

**070489    [Closing specified streets in Golden Gate Park on Saturdays]    Supervisor McGoldrick**

Ordinance amending Section 6.13 of the San Francisco Park Code to prohibit motor vehicle traffic on Saturdays in Golden Gate Park on John F. Kennedy Drive between Transverse Drive and the western side of Hagiwara Tea Garden Drive and Stow Lake Drive between Stow Lake Drive East and John F. Kennedy Drive from the first Saturday in April to the last Saturday in September; requesting development of an improvement plan for Middle Drive West between Transverse Drive and Metson Road; and making environmental findings.

4/16/07, RECEIVED AND ASSIGNED to Land Use and Economic Development Committee.

4/18/07, REFERRED TO DEPARTMENT. Referred to Planning Department for CEQA findings.

10/30/07, SUBSTITUTED. Supervisor McGoldrick submitted a substitute ordinance bearing the same title.

10/30/07, ASSIGNED to Land Use and Economic Development Committee.

**071464    [Zoning - Ordinance creating the Excelsior Alcohol Restricted Use    Supervisors Sandoval, Peskin District and the North Beach Alcohol Restricted Use District]**

Ordinance amending the San Francisco Planning Code by adding Section 785 to create an Excelsior Alcohol Restricted Use District prohibiting new off-sale liquor establishments and providing for a five-year sunset provision; adding Section 786 to create a North Beach Alcohol Restricted Use District prohibiting new off-sale liquor establishments and providing for a five-year sunset provision; amending Sectional Maps SU 11 and SU 12 of the Zoning Map of the City and County of San Francisco to establish the boundaries of the Excelsior Alcohol Restricted Use District, which generally consist of the blocks fronting both sides of Mission Street from Silver Avenue to the Daly City border; amending Section Map SU 01 to establish the boundaries of the North Beach Alcohol Restricted Use District, which consists of the properties within the North Beach Neighborhood Commercial District; adopting findings, including environmental findings and findings of consistency with the priority policies of Planning Code Section 101.1 and the General Plan.

10/23/07, RECEIVED AND ASSIGNED to Land Use and Economic Development Committee.

10/30/07, SUBSTITUTED. Supervisor Sandoval submitted a substitute ordinance bearing the same title.

10/30/07, ASSIGNED to Land Use and Economic Development Committee.

# Resolutions

**071484    [Honoring John Consiglieri for his exceptional Balboa High School    Supervisor Sandoval football legacy and recognizing his lifetime dedication to community service]**

Resolution honoring John Consiglieri for his exceptional Balboa High School football legacy and recognizing his lifetime dedication to community service.

10/30/07, ADOPTED.

**071489    [Opposing closure of St. Luke's Hospital]    Supervisors Mirkarimi, Ammiano, Maxwell**

Resolution opposing the plans of Sutter Health to cease operations at St. Luke's Hospital, requesting City Departments to identify pending applications sought in furtherance of such closure and report such applications;

and requesting the City Attorney to investigate the actions taken by Sutter Health and initiate proceedings, if warranted, under relevant statutes.

10/30/07, RECEIVED AND ASSIGNED to City Operations and Neighborhood Services Committee.

**071491**   **[To allow San Francisco Fire Department (SFFD) to accept and**          **Supervisor Chu**
**expend the California Volunteers - Office of the Governor's Grant**
**for Neighborhood Emergency Response Team (NERT) programs]**
Resolution retroactively authorizing the San Francisco Fire Department (SFFD) to accept and expend a new grant in the amount of $75,095 from the California Volunteers - Office of the Governor for the period of April 1, 2007 to January 31, 2008 to support the Neighborhood Emergency Response Team (NERT) in the development and sharing of innovative, promising, and best practices in Citizen Preparedness and Participation that address all volunteers in all phases in emergency management.

10/30/07, RECEIVED AND ASSIGNED to City Operations and Neighborhood Services Committee.

**071500**   **[Congratulating Rabbi Doug Kahn in honor of 25 years of service**          **Supervisors Dufty, Peskin, Chu**
**with the Jewish Community Relations Council]**
Resolution congratulating Rabbi Doug Kahn in honor of his 25 years of service with the Jewish Community Relations Council.

10/30/07, REFERRED FOR ADOPTION WITHOUT COMMITTEE REFERENCE AGENDA AT THE NEXT BOARD MEETING.

**071501**   **[Opposing the Social Security Administration's "No-Match"**          **Supervisors Ammiano, Mirkarimi,**
**Letters]**          **Chu**
Resolution opposing the Social Security Administration's "No Match" letters which compel employers to take corrective action against workers whose names do not match their proffered Social Security numbers.

10/30/07, REFERRED FOR ADOPTION WITHOUT COMMITTEE REFERENCE AGENDA AT THE NEXT BOARD MEETING.

**071502**   **[Opposing the Employment Non Discrimination Act (ENDA) if**          **Supervisors Ammiano, Dufty,**
**gender protection is not included]**          **Mirkarimi**
Resolution opposing the Employment Non Discrimination Act (ENDA) if it does not include protections for gender identity, calling on elected leaders to introduce ENDA legislation with gender identity protections and calling on elected leaders to protect the rights of the LGBT community.

10/30/07, REFERRED FOR ADOPTION WITHOUT COMMITTEE REFERENCE AGENDA AT THE NEXT BOARD MEETING.

**071503**   **[Aer Lingus]**          **Supervisors Elsbernd, Alioto-Pier,**
                                                                **Daly, Dufty, Mirkarimi, Chu**
Resolution commending the San Francisco - Cork City Sister City Committee for its work bringing Aer Lingus to SFO and commemorating October 28, 2007 as the inaugural date for direct service between San Francisco and Ireland.

10/30/07, REFERRED FOR ADOPTION WITHOUT COMMITTEE REFERENCE AGENDA AT THE NEXT BOARD MEETING.

**071504**   **[Accept-Expend Grant Funds - Recreation and Parks Department -**          **Supervisor Elsbernd**
**$75,000]**
Resolution authorizing the San Francisco Recreation and Parks Department to accept and expend a grant in the amount of $75,000 for the Golden Gate Park Spreckels Temple of Music Restoration awarded by the American Express Partners in Preservation Grant Program administered by the National Trust for Historical Preservation.

10/30/07, RECEIVED AND ASSIGNED to City Operations and Neighborhood Services Committee.

**071505**    **[Urging Medical Cannabis Dispensaries to implement**      **Supervisor Mirkarimi**
**compassionate care programs to serve low and no income**
**patients]**

Resolution urging Medical Cannabis Dispensaries to implement compassionate care programs to serve low and no income patients and provide receipts for medical services and consultation for patients to seek Medi-Cal reimbursement.

10/30/07, REFERRED FOR ADOPTION WITHOUT COMMITTEE REFERENCE AGENDA AT THE NEXT BOARD MEETING.

**071506**    **[Urging President George W. Bush to allow the United States to**      **Supervisor Alioto-Pier**
**join the group of nations that ratify and agree to be bound by the**
**United Nations Convention on the Rights of Person's with**

Resolution urging President George W. Bush to sign the United Nations Convention on the Rights of Persons with Disabilities and allow the United States to join the group of nations that have ratified and agreed to be bound by the Convention.

10/30/07, REFERRED FOR ADOPTION WITHOUT COMMITTEE REFERENCE AGENDA AT THE NEXT BOARD MEETING.

**070040**    **[Department of Elections contract for new voting system]**

Resolution approving the award and execution of a $12.6 million four-year contract by the City and County of San Francisco, through its Department of Elections, to Sequoia Voting Systems, Inc., for the purchase of a new voting system and provision of associated voting services. (Elections Department)

(Fiscal impact.)

1/16/07, RECEIVED AND ASSIGNED to Budget and Finance Committee.

9/11/07, FILED. Filed pursuant to Rule S.37

10/30/07, REACTIVATED PURSUANT TO RULE S.23. Supervisor Peskin requested this matter be reactivated.

10/30/07, ASSIGNED to Budget and Finance Committee.

# Requests for Hearing

**071485**    **[Alternatives to the Proposed Combustion Turbine Project]**      **Supervisor Alioto-Pier**

Hearing on Alternatives to the Proposed Combustion Turbine Project. How can energy efficiency, demand response, and renewable power be used to close the Potrero Power Plant?

10/29/07, RECEIVED AND ASSIGNED to Land Use and Economic Development Committee.

**071486**    **[Skilled Nursing Facility (SNF) waivers]**      **Supervisor Alioto-Pier**

Hearing on Skilled Nursing Facility (SNF) waivers. The hearing will investigate why and how to best utilize the waivers.

10/30/07, RECEIVED AND ASSIGNED to City Operations and Neighborhood Services Committee. 11/2/07 - Sent referral letter to the Small Business Commission.

**071487**    **[Tenderloin Housing Clinic's use of city funds for lobbying**      **Supervisor Alioto-Pier**
**purposes]**

Hearing to consider the Tenderloin Housing Clinic's use of city funds for lobbying purposes. The hearing will explore the propriety of the Tenderloin Housing Clinic's large lobbying budget and whether it is appropriate to spend government grant money and contract payments meant to serve the poor on lobbying expenses. Specifically the hearing will examine why, according to the most recent available IRS filings, the Tenderloin Housing Clinic spent $1.5 million out of their budget last year for lobbying purposes and $3.5 million on lobbying efforts during the last four years. Finally, the hearing will also examine THC's contracts with the Department of Human Services and other city departments to ascertain whether city funds are being improperly spent.

10/30/07, RECEIVED AND ASSIGNED to Rules Committee.

## Motion

**071499**    **[Authorizing preparation of Proponent/Opponent ballot argument
and rebuttal ballot argument for submittal to the voters at the
February 8, 2008 Election]**
Motion authorizing preparation of written Proponent and Opponent ballot argument and rebuttal ballot argument
for a bond measure approved by the Board of Supervisors for submittal to the voters at the February 8, 2008
Election. (Clerk of the Board)
10/30/07, REFERRED FOR ADOPTION WITHOUT COMMITTEE REFERENCE AGENDA AT THE NEXT BOARD
MEETING.

# PROPOSED ORDINANCES

**071458**    **[Amendment to Contract for Electric Services]**
Ordinance approving the amendment between the City and County of San Francisco and the United States,
through the Department of Energy Western Area Power Administration, for the performance of duties and
obligations of a Scheduling Coordinator pursuant to the California Independent System Operator Tariff and for
the delivery of low cost electric power to Treasure Island and Yerba Buena Island on file with the Clerk of the
Board of Supervisors in File No. 041351; and approving the City indemnifying and holding the United States
harmless against claims arising from the activities of the City under the contract, and waiving the requirement
of Section 21.19 of the San Francisco Administrative Code which requires that a City contract contain a
statement of guaranteed maximum costs, and waiving the requirement of Section 21.35 of the San Francisco
Administrative Code which requires that every contract contain a statement regarding liability of claimants for
submitting false claims. (Public Utilities Commission)

(Fiscal Impact.)

10/16/07, RECEIVED AND ASSIGNED to Budget and Finance Committee.

**071459**    **[Settlement of Lawsuit - Pacific Gas and Electric Company]**
Ordinance authorizing settlement of the lawsuit filed by Pacific Gas & Electric ("PG&E") against the City and
County of San Francisco for $10,000; the lawsuit entitled Pacific Gas and Electric Company v. City and County of
San Francisco, et al., Case No. RG-05-246128, was filed on December 9, 2005 in Alameda County Superior
Court; other material terms of said settlement are set forth in the Stipulated Judgment and Final Order of
Condemnation (and exhibits thereto), contained in Board of Supervisors File No. 071459. (City Attorney)
10/17/07, RECEIVED AND ASSIGNED to Rules Committee.

# PROPOSED RESOLUTIONS

**071460**    **[Easement Modification and Relocation Agreement - University of
California Parnassus Heights Campus]**
Resolution approving and authorizing the execution and delivery of an Easement Modification and Relocation
Agreement between The Regents of the University of California ("University") and the City and County of San
Francisco, acting by and through its Public Utilities Commission (collectively referred to hereafter as the "City"),
authorizing the City's acceptance of a Modified and Restated Grant of Easement and Agreement For Expanded
Storage Tank Easement, the City's quitclaim of the Existing Storage Tank Easement to the University, the City's
acceptance of a Grant of Easement and Agreement For New Pump Station Easement and the City's quitclaim of
the Existing Pump Station Easement to the University following completion of the Project; adopting findings of
consistency with the General Plan and Eight Priority Policies of Planning Code Section 101.1; and adopting

environmental findings. (Real Estate Department)
10/18/07, RECEIVED AND ASSIGNED to Budget and Finance Committee.

071461    **[Approval of Lease No. GS-09B-02006 with the United States of America at San Francisco International Airport]**
Resolution approving and authorizing the execution of Lease No. GS-09B-02006 with the United States of America for office space to be occupied by the Transportation Security Administration, a Federal agency, in the International Terminal of San Francisco International Airport. (Airport Commission)
10/19/07, RECEIVED AND ASSIGNED to Budget and Finance Committee.

071462    **[Request authorization by the Board to adopt the County Description of Proposed Expenditure of California Healthcare for Indigents Program (CHIP) funds for Fiscal Year 2007-08]**
Resolution authorizing adoption of the County Description of Proposed Expenditure of California Healthcare for Indigents (CHIP) funds for Fiscal Year 2007-08 and that the President or duly authorized representative of the Board of Supervisors of the City and County of San Francisco can certify the County Description of Proposed Expenditure of CHIP funds for Fiscal Year 2007-08. (Public Health Department)
10/19/07, RECEIVED AND ASSIGNED to City Operations and Neighborhood Services Committee.

# Requests Granted

From: Supervisor Daly

To: Mayor's Office

Requesting/Inquiring: Inquiring to the Mayor's Office regarding the decision to close the 16th Bart Station and Muni Metro Stations at Castro and Church on Halloween night: What was the deliberation to come up with this decision? Why was BART asked to close 16th/Mission (which is .9 miles from Market/Castro) when MUNI will keep open both the Duboce Park stop of the N-Judah (which is .5 miles from Market/Castro) and Market/Van Ness (1.2 miles from Market/Castro)? Who was consulted in the community and in government, including the MTA and BART Board commissions? What is the cost of this closure to the City and how is this being paid for? How was it that this closure was made without consulting the Supervisor who represents the district surrounding the stations? Why are we closing transit and not street to automobile traffic? From: Supervisor Elsbernd

To: City Attorney

Requesting/Inquiring: Requesting the City Attorney to draft a motion that the Clerk calendar a closed session for the Board's meeting of November 20, 2007, during which the Board will meet with the City's Human Resources Director or her designee pursuant to Government Code section 54957.6 and San Francisco Administrative Code section 67.10(e) regarding a potential charter amendment to address the cost and funding of retiree medical benefits. From: Supervisor Elsbernd

To: Director, Municipal Transportation Agency

Requesting/Inquiring: Inquiring into the possibility of installing vehicle speed reduction devices on Buckingham Way behind Stonestown mall. From: Supervisor Mirkarimi

To: Director, Recreation and Park Department

To: Director, Department of Public Works

Requesting/Inquiring: Requesting the Department of Public Works to report on the status of planting a tree in an empty basin at the

# In Memoriams

*Eugene Prince Coleman - Entire Board*

*Harry Ichiro Nakamura - Supervisors Elsbernd and Mirkarimi*

# ADJOURNMENT

*There being no further business the Board adjourned at the hour of 4:38 p.m.*

*Angela Calvillo, Clerk of the Board*

*N.B. The Minutes of this meeting set forth all actions taken by the Board of Supervisors on the matters stated, but not necessarily the chronological sequence in which the matters were taken up.*

*Approved by the Board of Supervisors on November 20, 2007.*

**Meeting Procedures**

The Board of Supervisors is the Legislative Body of the City and County of San Francisco. The Board considers ordinances and resolutions, most of which have been the subject of hearings before the standing committees of the board at which members of the public are urged to testify. The full Board does not hold a second public hearing on measures which have been heard in committee.

Board procedures do not permit: 1) persons in the audience to vocally express support or opposition to statements by Supervisors or by other persons testifying; 2) ringing and use of cell phones, pagers and similar sound-producing electronic devices, (Violators may be removed from the meeting room.) 3) signs to be brought into the meeting or displayed in the room; and 4)standing in the Legislative Chamber.

Citizens are encouraged to testify at Board hearings and to write letters to the Board and to its members, City Hall, 1 Dr. Carlton B. Goodlett Place, Room 244, San Francisco, CA 94102.

USING LAPTOP COMPUTERS FOR PRESENTATIONS: Please contact City Hall Media Services at (415) 554-4188 to coordinate the use of laptop computers for presentations at the meeting. Computers to be used are required to be tested in advance. The presenter should arrive 30 minutes prior to the meeting to connect and test their computer.

THE AGENDA PACKET IS AVAILABLE AT CITY HALL, ROOM 244, RECEPTION DESK. Agendas are available on the internet at www.sfgov.org/site/bdsupvrs_index.asp?id=4383

Board meetings are cablecast on SF Cable 26. For video tape copies and scheduling call (415) 557-4293.

Results of each Board meeting can be obtained about a half hour after the end of the meeting by telephoning (415) 554-5555.

Requests for language interpreters at a meeting must be received at least 48 hours in advance of the meeting to help ensure availability. Contact Madeleine Licavoli at (415) 554-7722.

AVISO EN ESPAÑOL: La solicitud para un traductor en una reunion debe recibirse antes de mediodia de el viernes anterior a la reunion. Llame a Erasmo Vazquez (415) 554-4909.

翻譯： 必須在會議前最少四十八小時提出要求
請電： (415) 554-7703

**Disability access**

The Legislative Chamber (Room 250) and the Committee Room (Room 263) in City Hall are wheelchair accessible.

Meetings are real-time captioned and are cablecast open-captioned on SF Cable 26. Assistive listening devices for the Legislative Chamber are available upon request at the Clerk of the Board's Office, Room 244. Assistive listening devices for the Committee Room are available upon request at the Clerk of the Board's Office, Room 244 or in the Committee Room. To request sign language interpreters, readers, large print agendas or other accommodations, please contact Madeleine Licavoli at (415) 554-7722 or (415) 554-5227 (TTY). Requests made at least 48 hours in advance of the meeting will help to ensure availability.

The nearest accessible BART station is Civic Center (Market/Grove/Hyde Streets). Accessible MUNI Metro lines are the J, K, L M, and N (Civic Center or Van Ness Stations). MUNI bus lines serving the area are the 47 Van Ness, 9 San Bruno, and the 6, 7, 71 Haight/Noriega. For more information about MUNI accessible services, call (415) 923-6142.

There is accessible parking in the vicinity of City Hall at Civic Center Plaza and adjacent to Davies Hall and the War Memorial

Complex. Accessible curbside parking is available on Dr. Carlton B. Goodlett Place and Grove Street.

In order to assist the City's efforts to accommodate persons with severe allergies, environmental illness, multiple chemical sensitivity or related disabilities, attendees at public meetings are reminded that other attendees may be sensitive to perfumes and various other chemical-based scented products. Please help the City to accommodate these individuals.

## Know Your Rights Under the Sunshine Ordinance

Government's duty is to serve the public, reaching its decision in full view of the public. Commissions, boards, councils and other agencies of the City and County exist to conduct the people's business. This ordinance assures that deliberations are conducted before the people and that City operations are open to the people's review.

For information on your rights under the Sunshine Ordinance (Chapter 67 of the San Francisco Administrative Code) or to report a violation of the ordinance, contact Frank Darby by mail to Sunshine Ordinance Task Force, 1 Dr. Carlton B. Goodlett Place, Room 244, San Francisco CA 94102, by phone at (415) 554-7724, by fax at (415) 554-7854 or by email at sotf@sfgov.org

Citizens may obtain a free copy of the Sunshine Ordinance by contacting Mr. Darby or by printing Chapter 67 of the San Francisco Administrative Code on the Internet, at http://www.sfgov.org/sunshine

## Lobbyist Registration and Reporting Requirements

Individuals and entities that influence or attempt to influence local legislative or administrative action may be required by the San Francisco Lobbyist Ordinance [SF Campaign & Governmental Conduct Code Sec. 2.100] to register and report lobbying activity. For more information about the Lobbyist Ordinance, please contact the San Francisco Ethics Commission at 30 Van Ness Avenue, Suite 3900, San Francisco, CA 94102; telephone (415) 581-2300; fax (415) 581-2317; web site www.sfgov.org/ethics