UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILLIP RANDOLPH INSTITUTE, CALIFORNIANS FOR RENEWABLE ENERGY, LYNNE BROWN, REGINA HOLLINS,<br><br>on behalf of themselves and others similarly situated and the general public<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN JOHNSON, BAY AREA AIR QUALITY MANAGEMENT DISTRICT, MARK ROSS, CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. C-07-4936-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT THE CITY AND COUNTY OF SAN FRANCISCO TO DISMISS THE COMPLAINT** |

The motion of defendant the City and County of San Francisco (the "City") for an order, pursuant to: (i) Federal Rule of Civil Procedure 12(b)(1), dismissing certain of plaintiffs' claims on the ground that the Court lacks subject matter jurisdiction over them; and/or (ii) Federal Rule of Civil Procedure 12(b)(6), dismissing all of plaintiffs' claims on the ground that plaintiffs have failed to state a claim therein; (iii) 28 U.S.C. § 1367(a), dismissing plaintiffs' state law claims because the Court does not have subject matter jurisdiction over plaintiffs' federal claims; and/or (iv) 28 U.S.C. § 1367(c), declining to exercise supplemental jurisdiction over plaintiffs' state law claims, having

come before the Court on April 11, 2008. The Court, having considered the papers submitted by the parties in support of and in opposition to the City's motion, and having heard the arguments of counsel, therefore,

IT IS HEREBY ORDERED that the City's motion to dismiss is granted, and the Court dismisses the complaint in its entirety.

Dated:

                                        Charles R. Breyer
                                        United States District Judge

[PROPOSED] ORDER GRANTING
CITY'S MOTION TO DISMISS
Case No. C-07-4936-CRB

2

n:\energy\as2007\0300565\00469611.doc