S149527/CEC No. 04-AFC-1

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

CALIFORNIA ENERGY COMMISSION, Respondent;
CALIFORNIANS FOR RENEWABLE ENERGY, Petitioner;
ROBERT SARVEY, Petitioner,

v.

BAY AREA AIR QUALITY MANAGEMENT DISTRICT, et al., Respondents;

CITY AND COUNTY OF SAN FRANCISCO, Real Party in Interest.

---

Petition for writ of mandate DENIED.

SUPREME COURT
FILED

FEB 28 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice