BRIAN C. BUNGER, ESQ. (SB#142001)
District Counsel
ALEXANDER G. CROCKETT, ESQ. (SB#193910)
Assistant Counsel
BAY AREA AIR QUALITY MANAGEMENT DISTRICT
939 Ellis Street
San Francisco, CA  94109
Telephone: (415) 749-4920
Facsimile:   (415) 749-5103
Email: acrockett@baaqmd.gov

Counsel for DEFENDANT
THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C-07-4936 CRB<br><br>**[PROPOSED] ORDER STRIKING AND DISMISSING FIRST AMENDED COMPLAINT AS TO DEFENDANT BAY AREA AIR QUALITY MANAGEMENT DISTRICT** |

　　　The motion of Defendant Bay Area Air Quality Management District ("Air District") to strike the First Amended Complaint as to it, and in addition or in the alternative to dismiss the First Amended Complaint as to it, of Defendant the Bay Area Air Quality Management District ("Air District") came on regularly for hearing on April 11, 2008, at 10:00 a.m. before this Court, the Honorable Charles R. Breyer presiding.

　　　After full consideration of the parties' papers and the arguments of counsel at the hearing, and good cause appearing therefore, the Court GRANTS the Air District's motion to strike the First Amended Complaint as to the Air District pursuant to Rule 12(f) of the Federal Rules of Civil Procedure; and further GRANTS the Air District's motion to dismiss the First Amended Complaint as to the Air District pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Accordingly,

1  IT IS HEREBY ORDERED that Paragraphs 3 and 6 of the Prayer for Relief in Plaintiffs First Amended Complaint (on pp. 24-25) shall be and hereby are stricken in their entirety, and that all other references to the Air District in the First Amended Complaint shall be and hereby are stricken to the extent that they can be read as asserting a cause of action or seeking relief of any kind against the Air District.

IT IS FURTHER ORDRED that the first three Claims For Relief in the First Amended Complaint shall be and hereby are dismissed with respect to the Air District, and the Air District is terminated as a defendant in this action.

IT IS SO ORDERED.

Dated: _____      _____
                                    Hon. Charles R. Breyer
                                    United States District Judge