**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SF CHAPTER OF A. PHILIP RANDOLPH INSTITUTE,<br><br>  Plaintiff,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>  Defendant._____/ | No. C 07-04936 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar for March 21, 2008 to Friday, April 11, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 4, 2008                                         FOR THE COURT,

                                                              Richard W. Wieking, Clerk

                                                              By: _____
                                                                  Barbara Espinoza
                                                                  Courtroom Deputy