# Alexander G. Crockett, Esq.

Assistant Counsel
Bay Area Air Quality Management District
939 Ellis Street
San Francisco, CA 94117

---

### PROFESSIONAL EXPERIENCE

**Bay Area Air Quality Management District**, San Francisco, CA     September 2003 – Present
**Assistant Counsel**
  All types of legal matters involving local air quality regulatory agency, including
  - Civil penalty enforcement litigation
  - Project permitting under state and federal air quality permitting programs, including litigation of permit appeals before state and federal courts and administrative tribunals
  - Air quality planning and administrative rulemaking matters
  - CEQA counseling and litigation involving agency regulatory actions

**Allen Matkins Leck Gamble & Mallory LLP**, San Francisco, CA     May 2000 – August 2003
**Associate**
  Wide range of litigation, project permitting and compliance counseling matters under numerous Federal and California environmental laws, including:
  - Clean Air Act citizen suits
  - CEQA project permitting and counseling
  - Superfund cost recovery and contribution litigation
  - California Proposition 65 litigation and counseling
  - Environmental compliance counseling

**Beveridge & Diamond LLP**, San Francisco, CA     September 1999 – May 2000
**Associate**
  Wide range of litigation, project permitting and compliance counseling matters under numerous Federal and California environmental laws, including:
  - Superfund cost recovery and contribution litigation
  - Project permitting and CEQA review
  - Defense of environmental enforcement cases
  - General environmental regulatory compliance counseling

**Crowell & Moring LLP**, Washington, DC     September 1997 – July 1999
**Associate**     Summer 1996
  Wide range of environmental and natural resources litigation, transaction, compliance and counseling work involving a variety of State and Federal laws, including:
  - Administrative rulemaking litigation
  - Environmental enforcement proceedings before courts and administrative agencies
  - Regulatory compliance counseling and permitting matters

*The Environmental Lawyer*, Washington, DC                                May 1996 – May 1997
**Editor-in-Chief**
  Edited and published law journal of the American Bar Association's Section on Environment, Energy & Resources Law

**EarthJustice Legal Defense Fund**, Washington, DC                January 1996-April 1996
Law Clerk
  Researched and drafted legal memoranda for grassroots federal environmental litigation

**U.S. Department of Justice**, Washington, DC                       August 1995 – December 1995
Law Clerk
  Conducted research and drafted memoranda, briefs and written discovery for cases under CERCLA, the Clean Air Act and the Clean Water Act

**U.S. Environmental Protection Agency**, Washington, D.C.                       Summer 1995
  Performed factual development and legal research for motor vehicle fuels regulation enforcement cases under the Clean Air Act

## EDUCATION

**The George Washington University Law School**, Washington DC
J.D. with High Honors, May 1997
    GPA 3.69; Order of the Coif; Class Rank 17 of 450
    Honors in Legal Research & Writing, Oral Advocacy, Trial Advocacy
    Editor-in-Chief, *The Environmental Lawyer*
    Dean's Fellow (student-teacher, legal research and writing)

**The London School of Economics**, London, England
M.A., International Relations, June 1995
    Dissertation: *Great Power Leadership in the Formation of International Environmental Agreements*

**Cambridge University**, Cambridge, England
B.A. with Honors, June 1992
M.A., December 1998

## BAR ADMISSIONS

- **California**

- **District of Columbia**