# EXHIBIT 2

Summary of Time Spent on *APRI v. EPA et. al*, No. 07-4936 (N.D. Cal.)
Since December 14, 2007

| Date | Time Spent | Task(s) |
|---|---|---|
| 12/14/2007 | 1.25 | Review first amended complaint; discuss same with B. Bunger; telephone call re same with W. Sanders. |
| 12/18/2007 | 0.75 | Revised stipulation extending time to respond to complaint to reflect filing of First Amended Complaint; email correspondence re same with counsel for other parties. |
| 12/19/2007 | 0.75 | Revised stipulation for continuance of initial CMC to reflect filing of First Amended Complaint; email correspondence re same with counsel for other parties; attend to filing of stipulation extending time to respond to complaint. |
| 12/20/2007 | 0.25 | Attend to filing of stipulation for continuance of initial CMC. |
| 12/26/2007 | 0.5 | Reviewed recording of SF Pub. Util. Comm. Hearing on SF Elec. Reliability Project, including testimony of District Engineer B. Young and plaintiffs' attorney J. Arce; reviewed notification of filing from District Court. |
| 12/28/2007 | 0.25 | Emailed and telephone call to P. Tonglao re status of service & time for response, and re strategy for filing motions to dismiss. |
| 1/2/2008 | 0.25 | Email correspondence with J. Arce re status of service of complaint; calendared dates for response per same. |
| 1/28/2008 | 5.25 | Meet with B. Lusher re District testimony at hearing on SF Elec. Reliability Project; attend hearing re same. |
| 1/30/2008 | 2 | Research re amount of attorney fees recoverable as sanctions, research re reasonable attorney billing rates for complex environmental cases in the San Francisco area. |
| 1/31/2008 | 3.5 | Outline First Amended Complaint and arguments therein; draft outline of motion to strike and motion to dismiss. |
| 2/4/2008 | 6 | Research California public nuisance case law as applicable to government permit agencies; email co-counsel re timing of filing and hearing motions to dismiss. |
| 2/5/2008 | 4.25 | Work on drafting motion to strike/dismiss First Amended Complaint; research caselaw on federal administrative mandamus. |
| 2/6/2008 | 5 | Further work on drafting motion to strike/dismiss First Amended Complaint; further research re mandamus. |
| 2/7/2008 | 6.5 | Research caselaw on APA relief against state agencies; research standards for injunction against agency under APA; further work on drafting motion to strike/dismiss; email correspondence with other defense counsel re useful authorities to cite in motions. |
| 2/8/2008 | 6.75 | Research caselaw on standards for Rule 11 sanctions; work on drafting sanctions motion; email and telephone conversations with other defense counsel re public nuisance claims. |
| 2/11/2008 | 5.75 | Research relief available under Rule 11; review procedural requirements for Rule 11 motions; further work on drafting Rule 11 motion for sanctions. |

| | | |
|---|---|---|
| 2/12/2008 | 6 | Further work on drafting motion for sanctions; review local rules and judge's standing order re filing requirements. |
| 2/13/2008 | 4.5 | Further work on drafting motion for sanctions; work with C. Forbush re assembling documents for request for judicial notice; draft request for judicial notice; draft Crockett declaration in support of motion for sanctions; email and telephone communications with other defense counsel re dates for filing and hearing motions. |
| 2/14/2008 | 7.25 | Edit and revise motion for sanctions and supporting documents; telephone call and email correspondence with W. Sanders re potential additional arguments for motions to dismiss; draft resume for exhibit for Crockett declaration. |
| 2/15/2008 | 5.25 | Final review and edits to motion for sanctions; proofread and citecheck same; proofread and finalize Request for Judicial Notice; proofread and finalize Declaration in support of sanctions motion; attend to filing of same. |
| **TOTAL:** | **72 hours** | |