BRIAN C. BUNGER, ESQ. (SB#142001)
District Counsel
ALEXANDER G. CROCKETT, ESQ. (SB#193910)
Assistant Counsel
BAY AREA AIR QUALITY MANAGEMENT DISTRICT
939 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-4920
Facsimile: (415) 749-5103
Email: acrockett@baaqmd.gov

Counsel for DEFENDANT
THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO CHAPTER OF THE A. PHILIP RANDOLPH INSTITUTE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | CASE NO. C-07-4936 CRB<br><br>**PROOF OF SERVICE – SANCTIONS MOTION**<br><br>Date: April 11, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

I, Alexander Crockett, declare as follows: I am over the age of 18, not a party to this action and am employed in the City and County of San Francisco at 939 Ellis Street, San Francisco, CA 94109. On February 15, 2008, at approximately 3:45 p.m. Pacific Time, I served the following documents:

(i) NOTICE OF MOTION AND MOTION FOR SANCTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT, filed in Docket Entry No. 50 in the above-captioned action;

(ii) DECLARATION OF ALEXANDER G. CROCKETT, ESQ., IN SUPPORT OF MOTION FOR SANCTIONS (with exhibits), filed in Docket Entry No. 51 in the above-captioned action; and

(iii) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS (with exhibits)**,** filed in Docket Entry No. 52 in the above-captioned action;

on Plaintiffs and their attorney Joshua Arce, Esq., at Mr. Arce's business address of record in this action,

1  240 Golden Gate Avenue, Suite 102, San Francisco, CA, 94102, which office was unoccupied at the
2  time and had no one in charge of it, by leaving the documents in an envelope conspicuously marked
3  with Mr. Arce's name and address on the floor immediately inside of the front door to Suite 102, having
4  dropped the envelope through the mail slot in the front door to Suite 102.

   I certify under penalty of perjury of the laws of California and of the United States of America
that the foregoing is true and correct.

   Executed at San Francisco, California, on March 7, 2008.


_____/s/_____
Alexander G. Crockett, Esq.