1   BRIAN C. BUNGER, ESQ. (SB#142001)
    District Counsel
2   ALEXANDER G. CROCKETT, ESQ. (SB#193910)
    Assistant Counsel
3   BAY AREA AIR QUALITY MANAGEMENT DISTRICT
    939 Ellis Street
4   San Francisco, CA  94109
    Telephone: (415) 749-4920
5   Facsimile:   (415) 749-5103
    Email: acrockett@baaqmd.gov
6

7   Counsel for DEFENDANT
    THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  SAN FRANCISCO CHAPTER OF THE A.          )
    PHILIP RANDOLPH INSTITUTE, *et al.*,     )   CASE NO. C-07-4936 CRB
13                                           )
                   Plaintiffs,               )   **SECOND DECLARATION OF ALEXANDER**
14                                           )   **G. CROCKETT, ESQ., IN SUPPORT OF**
       vs.                                   )   **MOTION FOR SANCTIONS**
15                                           )
    UNITED STATES ENVIRONMENTAL              )   Date:   April 11, 2008
16  PROTECTION AGENCY, *et al.*,             )   Time:   10:00 a.m.
                                             )   Place:  Courtroom 8, 19th Floor
17                 Defendants.               )   Judge:  Hon. Charles R. Breyer
                                             )
18  _____     )

19       I, Alexander G. Crockett, Esq., hereby submit this Second Declaration in support of the Motion

20  for Sanctions being submitted concurrently herewith in the above-captioned action.

21       1.      Since the execution of my first Declaration in support of the Motion for Sanctions on

22  February 15, 2008, I have spent an additional 26.5 hours working on the above-captioned matter.  I have

23  kept a record of the additional time I have spent working on this matter since execution of my first

24  Declaration, as set forth in the spreadsheet attached as Exhibit 1 hereto (which includes some time spent

25  on February 15, 2008, after execution of the first Declaration, which was not reflected in the first

26  Declaration).  I certify that the hours shown in Exhibit 1 were actually expended performing work on the

27  topics indicated.  I also certify that the hours I spent on the topics indicated were reasonable and

28  necessary to fulfill my professional, legal, and ethical duties to my client the Air District.

                                            1

2.      With the 72 hours I spent working on responding to the First Amended Complaint that I documented in my first Declaration, plus the 26.5 hours I have spent since that first Declaration documented in Exhibit 1 hereto, I have worked a total of 98.5 hours responding to the First Amended Complaint.

3.      I anticipate spending additional time working on the above-captioned matter after the execution of this Section Declaration.  I anticipate that I will spend time replying to Plaintiffs' oppositions to the Motion To Strike and Motion to Dismiss that I have filed in response to Plaintiffs' First Amended Complaint and the Rule 11 Motion for Sanctions I am filing concurrently herewith.  I also anticipate spending time preparing for and attending the hearing on these motions.  I intend to continue to document the time I spend working on this matter, and intend to supplement this Declaration at a later date to provide evidence of my further work on this matter.

I certify under penalty of perjury of the laws of California and of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, on March 7, 2008.


_____/s/_____
Alexander G. Crockett, Esq.

Case No. C-07-4936 CRB
SECOND CROCKETT DECL. IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS