# EXHIBIT 1

Summary of Additional Time Spent on *APRI v. EPA et. al*, No. 07-4936 (N.D. Cal.)
Since February 15, 2008

| Date | Time Spent | Task(s) |
|---|---|---|
| 2/15/2008 | 1.25 | Draft emails to opposing counsel and other defendants' counsel re service of Rule 11 motion; review EPA's motion to dismiss. |
| 2/27/2008 | 0.75 | telephone conversation with W. Sanders re potential arguments re public nuisance claim; research re preemptive effect of Cal. Pub. Res. Code § 25531 on nuisance claim under California law. |
| 2/28/2008 | 4.5 | further work on motion to strike/dismiss; draft proposed order re same; email communications with W. Sanders re supporting documentation. |
| 2/29/2008 | 7.5 | finish drafting motion to strike/motion to dismiss; further work on editing and revising same; review Plaintiffs' opposition to EPA's motion to dismiss. |
| 3/4/2008 | 8.5 | final editing and review of Motion to Strike/Motion to Dismiss; proofread and citecheck same; prepare request for judicial notice; work with C. Forbush re formatting documents for electronic filing; attend to electronic filing of Motion to Strike/Motion to Dismiss and supporting documents; review City of San Francisco motion to dismiss. |
| 3/7/2008 | 4 | review sanctions motion; prepare notice of errata re same; draft and edit Second Crockett Declaration; draft proposed order re sanctions motion; work with C. Forbush to prepare documents for electronic filing; attend to electronic filing. |
| **TOTAL:** | **26.5 hours** | |