## RESOLUTION 99-32

## Requesting the EPA Declare Pittsburg an Environmental Justice Community

The TRUSTEES of the PITTSBURG UNIFIED SCHOOL DISTRICT are concerned over the ever-increasing pollution levels to which our students and staff are exposed. Recent medical evidence indicates that pollution has a much higher negative effect on the health and welfare of the community than previously suspected. EPA studies confirm that minority and low-income populations carry an unjust burden of health risks from pollution. These health effects put additional strain on population groups already disenfranchised, resulting in a poor learning environment at home and reduced learning capacity at school due to chronic sickness and absence from school.

Hospitalization due to asthma attacks is alarmingly high in Contra Costa County. Between January and June, 1999, 71 children were hospitalized at the San Pablo Emergency Room and 68 at the Pinole Emergency Room. Rate for hospitalization due to asthma in the 94520 zip code area in Concord (north side) is 214 per 100,000. In 1996, 656 Californians died of asthma. Possibly due to socio-economic and environmental reasons, African-American children under age 15 are 4.5 times more likely to have an asthma attack than Caucasians (taken from Contra Costa Times article on Regional Asthma Management and Prevention Initiative Report). Since Pittsburg Unified School District is over 60% minority and 67% free or reduced lunch, this puts a tremendous burden on the school district.

Because of the ever-increasing relocation of smokestack industries to the Pittsburg area, and the already existing environmental health risks, the TRUSTEES of the PITTSBURG UNIFIED SCHOOL DISTRICT, acting as duly elected representatives of the people, ask the EPA to declare Pittsburg an Environmental Justice Community and begin appropriate studies of the environmental hazards our students face.

YES:
NOES:
ABSENT:

                                      Robert L. Superintendent
                                      Superintendent/Secretary to the
                                      PITTSBURG BOARD OF EDUCATION

Adopted: 4 - 0 - 1

**Figure 7 Resolution 99-32 of the Pittsburg Unified School District.**