| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 08R-07-R6 | Under Review | LA | Individual | City of Mossville, LA | None | Jul-07 | | Water | | Rec'd by DOJ 06/19/07 |
| 07R-07-R6 | Under Review | TX | Individuals | Veolia Envrionmental Services; U.S. Army | None | Jul-07 | | RCRA or Air, Toxic | Waste Transport & Inceneration | |
| 06R-07-R9 | Under Review | AZ | Don't Waste Arizona | AZ DEQ | None | Jul-07 | | Air, Toxic | Funds for Cleanup | |
| 05R-07-R6 | Under Review | TX | Individual | EPA Region 6 | Texas Instruments | Jun-07 | | Water, Toxic | | |
| 04R-07-R6 | Under Review | TX | Center for Race, Poverty, and the Environment (CRPE) | City of Corpus Christi, TX | Corpus Christi sewage treatment facilities | Apr-07 | | Air | Permit | |
| 03R-07-R9 | Under Review | AZ | Don't Waste Arizona, Inc. (DWA), Concerned Residents of South Phoenix | AZ DEQ, Maricopa County | None | Mar-07 | | Air | Permit | |
| 02R-07-R10 | Under Review | OR | Individual | OR Dept. of State Lands | None | Mar-07 | | Leave Bank | Retaliation | |
| 01R-07-R4 | Under Review | FL | Individual | City of Port St. Joe, FL; Port St. Joe Redev. Agency | None | Feb-06 | | | Lack of Development | |
| 15R-06-R3 | Under Review | VA | Individual | City of Danville, VA | None | Sep-06 | | | Funds for Renovation | |
| 14R-06-R6 | Under Review | TX | Individual | TCEQ, Galveston County Health District Air Poll. Div. | Sterling Chemicals Inc. | Sep-06 | | Air | Continuous emissions monitoring | |
| 13R-06-R4 | Under Review | AL | Friends of Five Mile Creek | AL Dept. of Envtl. Mgmt. | New Gerogria Landfill | Aug-06 | | Solid Waste | Permit | |
| 12R-06-R9 | Under Review | CA | Individual | Sempra Energy | Southern CA Gas Co. | Aug-06 | | Water | Dumping/Retaliation | |
| 11D-06-R5 | Under Review | MI | Individual | MI DEQ; Law Firm of Seacrest & Wardel; City of Farmington Hills | None | Jul-06 | | Water | | |
| 10D-06-R1 | Under Review | CT | Individual | | | Aug-06 | | | Reasonable accomodation | |
| 09R-06-R4 | Under Review: Clarification Requested | NC | Individual | Western Wake Partners | | Jul-06 | | | Sewage treatment plant | |
| 08R-06-R4 | Under Review | TN | Individual | City of Clarksville | None | Jun-06 | | | Compliance | |
| 07R-06-R4 | Under Review | TN | Individual | City of Clarksville | None | Jun-06 | | | Compliance | |
| 06R-06-R4 | Under Review | TN | Individual | City of Clarksville, TDEC | None | Jun-06 | | | Compliance | |
| 05R-06-R4 | Under Review | TN | Title VI Action Committee | City of Clarksville, TN Dept. of Environment and Conservation (TDEC) | None | May-06 | | | Compliance | |
| 04R-06-R4 | Under Review: Clarification Requested | NC | Individual | None | None | Mar-06 | Aug-07 | Air | | |
| 03R-06-R5 | Under Review | IL | SS-COPE | IL EPA | None | Apr-06 | | Air | Permit | |
| 02R-06-R5 | Under Review | OH | Communities United for Action | OH EPA, Cincinnati Board of Health | Waste Management of Ohio | Apr-06 | | Waste | License | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 01R-06-R4 | Rejected: No financial assistance | NC | West End Revitalization Assoc. (WERA) | NC DOT | None | Apr-06 | Sep-06 | | | |
| 19R-05-R4 | Accepted | TN | Concerned Citizens for Justice & Bus Riders Union | TN Dept. of Env. Cons. (TDEC), City of Chattanooga, Hamilton County, TN Dept. of Safety | None | Jan-06 | May-07 | Air | I/M Program | Rec'd by DOJ 09/26/05 |
| 18R-05-R6 | Rejected: Untimely | TX | Individual | TCEQ | | Dec-05 | Jul-06 | | | |
| 17D-05-R1 | Rejected: Moot, Insufficient allegations | MA | Individual | JFYNetworks | None | Jun-05 | Oct-06 | | | Rec'd by R1 EPA 06/2005 |
| 16R-05-R9 | Accepted | CA | Individual | Community First Coalition | None | Sep-05 | Jun-06 | | | |
| 15R-05-R9 | Under Review | AZ | Don't Waste Arizona, Inc. | Maricopa Air Dept. of Envtl. Quality | Phoenix Brick Yard | Jul-05 | | Air, Toxic | Permit | |
| 14R-05-R4 | Under Review: Classification requested | FL | Individual | University of Florida | None | Aug-05 | | Waste | Land Use/Permit | |
| 13R-05-R6 | Dismissal: Complaint w/drawn | TX | Individual | U.S. Envtl. Agy. R6, Texas Comm. for Envtl. Quality, El Paso City-Cty. Hlth. & Envtl. Dist. | El Paso and Dona Ana Cty. Metals Site, American Smelting and Refining Co. | Oct-05 | Aug-06 | SARA, EPCRA | Land Use/ Compliance | |
| 12R-05-R9 | Under Review | CA | Individual | Envtl. Prot. Agy. R9, Dept. of Hlth. Svcs., California Envtl. Prot. Agy., Contra Costa Hlth. Svcs. | None | Jul-05 | | | Public Participation | |
| 11R-05-R6 | Rejected: No recipient | TX | Unlimited Hauling & Demolition | Not Specified | W.L. Hailey & Co. Inc. | Jul-05 | Aug-06 | Water | Policy/ Enforcement | Rec'd by R6 EPA 06/30/06 |
| 10R-05-R6 | Rejected: Insufficient allegations | TX | Individual | City of Elgin | Elgin Water Works | Jun-05 | Jun-06 | Water, Waste | Enforcement | Rec'd by R6 EPA 06/2005 |
| 09R-05-R4 | Rejected: Untimely, No finan. assistance | GA | P.A.L.E. and community members | State of GA, GA Dept. of Corr., Fulton Cty., U.S. Army Corps of Eng. | Larmore Detention Facility | Mar-05 | Feb-06 | Water, Land | Permit/ Compliance | Rec'd by DOJ 01/2005 |
| 08R-05-R4 | Rejected: Insufficient allegations | TN | Title VI Action Committee | City of Clarksville, Dept. of Environment and Conservation | None | May-05 | Nov-05 | | | |
| 07R-05-R9 | Under Review | CA | Ujima Security Council, Youth United for Community Action | California Environmental Protection Agency | Romic Environmental Technologies | Jun-05 | | Toxic | Permit/ Enforcement | |
| 06R-05-R6 | Rejected: Untimely | TX | Individual | Railroad Commission of Texas | Basic Energy Service, abandoned gas and oil wells | May-05 | Dec-05 | Water, Waste, Land, Toxic | Enforcement | |
| 05R-05-R10 | Rejected: Untimely | OR | Confederated Tribes of the Umatilla Indian Reservation | Oregon Dept. of Envtl. Quality | None | Apr-06 | Jul-06 | Water, Toxic | Policy Compliance | Rec'd by OW EPA 02/11/05 |
| 04R-05-R4 | Rejected: No financial assistance | SC | Involved Citizens of Helena Community, Inc. | Newberry County Council, Dept. of Health and Envtl. Ctrl | Southeast Resource Recovery, Inc. | Mar-05 | Nov-05 | Waste | Permit | Rec'd by R4 EPA 02/2005 |
| 03R-05-R9 | Under Review | AZ | Don't Waste Arizona, Inc. | Arizona Dept. of Envtl. Quality | TRW Vehicle Safety Systems | Mar-05 | | Waste | Enforcement | |
| 02R-05-R6 | Rejected: No financial assistance | AR | Individual | Hughes Wtr and Sewer | None | Feb-05 | Nov-05 | Water, Waste | Policy | Rec'd by DOJ 09/15/04 |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 01R-05-R4 | Rejected: Withdrew complaint | AL | Individual | U.S. Army Corps of Eng., ADEM | Tallassee Waste Disposal Ctr Landfill | Feb-05 | Dec-06 | RCRA-D | Permit | |
| 14R-04-R9 | Rejected: No finan. assist. | CA | Californians for Renewable Energy, Inc. | Fort Ord Reuse Authority (FORA) | Fort Ord, California | Mar-04 | Oct-05 | N/A | Land Use | |
| 13R-04-R9 | Accepted | CA | Californians for Renewable Energy, Inc. | Bay Area Air Quality District | Los Medanos Energy Center | Dec-04 | Jul-07 | Air | Public Invovlement | |
| 12R-04-R9 | Under Review | CA | Individual, Californians for Renewable Energy, Inc. | City and Cty of San Fran., San Fran. Redevelopment Agy | Hunters Point Naval Shipyard | Nov-04 | Jul-07 | Toxic, Land, Air, Water | Policy Compliance | |
| 11R-04-R5 | Rejected w/o Prejudice: In Litigation | WI | Clean Air Madison | Wisconsin Dept. of National Resources | Madison-Kipp Corp. | Oct-04 | Nov-05 | Air | Permit | |
| 10R-04-R3 | Rejected: Untimely; No finan. assist. | PA | Individual | Commonwealth of Pennsylvania | None | Oct-04 | Oct-05 | | | |
| 09R-04-R7 | Rejected: Untimely | IA | Individual | Linn County | None | Sep-04 | Dec-06 | Air | Permit | Rec'd by DOJ 10/03/03 |
| 08R-04-R5 | Rejected: No finan. assist., Insufficient allegations | MI | Individual | U.S. EPA R5, Michigan Dept. of Envtl. Quality | High Press. Injection Toxic Waste Well | Jun-04 | Nov-05 | Toxic Waste | Public Participation | |
| 07R-04-R6 | Rejected: No Factual Basis | TX | Freedmen's Town Association, Inc. | City of Houston | None | Sep-04 | Apr-05 | Land | Permit Enforcement/Public Participation | |
| 06R-04-R4 | Rejected: Untimely, Non-recipient | GA | Black Creek Muscogee Nations | Atlanta Housing Authority | Gilbert Gardens | Jun-04 | May-06 | Toxic, Water, Air | Site Relocation | |
| 05R-04-R5 | Accepted | IN | Individual | Indiana Dept. of Envtl. Mgmt. | Midwest Medical Solutions | Jun-04 | May-07 | Waste | Permit | |
| 04R-04-R6 | Rejected w/o Prejudice: In Litigation | NM | South Valley Coalition of Neighborhood Assocs.; Isleta Pueblo; Southwest Organizing Project | New Mexico Environment Dept. | Southwest Landfill | Jan-04 | Jun-05 | RCRA | Permit | |
| 03R-04-R2 | Dismissed: No Adverse Impact | NY | Partnership of Onondaga Creek | Onondaga Cty; NYS Dept of Envtl. Consv. | Regional Treatment Facility on Syracuse's Southside | Apr-04 | Mar-05 | Water | Permit | |
| 02R-04-R4 | Dismissed: Complaint withdrawn by complainant | AL | NAACP branches: Phenix City/Russell Cty; Columbus | State of Alabama; Alabama Dept. of Envtl. Mgmt. | Continental Carbon | Feb-04 | Jun-05 | Air | Permit | |
| 01R-04-R10 | Rejected: Untimely | OR | Columbia Deepening Opposition Group; Salmon for All, on behalf of "low-income, minority and Native American populations adversely effected" | Oregon Dept. of Envtl. Quality; Oregon Dept. of Land Consv and Dev; Washington Dept. of Ecology. | Columbia and Lower Willamette River Federal Navigation Channel | Jan-04 | Jan-07 | Water | Permit | |
| 10R-03-R5 | Rejected: Untimely; No financial assist. | OH | Communities United for Action | Ohio Envtl. Prot. Agy; Ohio Envtl. Review Appeals Comm. | Waste Mgmt. of Ohio | Sep-03 | Aug-05 | Waste | Permit | |
| 09R-03-R6 | Referred | NM | La Cienega Valley Citizens for Envtl. Safeguards | U.S. Dept. of Energy; Nuclear Security Admin. | Los Alamos Natl. Lab. | Nov-03 | Feb-04 | Education | | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 08R-03-R9 | Under Review | CA | Native Coalition for Medicine Lake Highlands Defense | Siskiyou Co. Air Pollution Control Dist. | Calpine Corp. Telephone Flat Geothermal Dev. Proj. | Oct-03 | | Air | Permit | |
| 07R-03-R6 | Rejected: Untimely | TX | Community In-Power Dev. Assoc., on behalf of "residents of the Westside of Port Arthur, Texas" | TX Comm'n for Envtl. Quality | Premcor Oil, Jefferson Co. | Sep-03 | Jun-04 | Air | Enforcement | |
| 06R-03-R4 | Accepted | AL | Individual | AL Dept. of Envtl.. Management | Tallassee Waste Disposal Center Landfill | Sep-03, Dec-03 | Sep-05 | Waste | Public hearing, Permit | Rec'd by DOJ 09/2003 |
| 05R-03-R6 | Accepted | OK | Ponca Tribe | ODEQ | Continental Carbon, Ponca City | Aug-03 | Dec-04 | Air, Water | Permit | |
| 04R-03-R2 | Rejected: No finan. assist. | NJ | Individual | NJ Dept. of Transp.; Neptune Twnshp. | Carliess Ave. | Mar-03 | Oct-03 | | Construction | |
| 03R-03-R9 | Accepted | AZ | Don't Waste Arizona | AZ DEQ | ASARCO, Hayden | Jul-03 | Oct-05 | Air | Enforcement | |
| 02R-03-R4 | Rejected: No finan. assist. | TN | Individuals | Metro Nashville Bd. of Zoning Appeals | None | Feb-03 | Apr-03 | | Proposed Comm. - Mixed Use Dev. | |
| 01R-03-R10r | Dismissed: No retaliation | WA | Rosemere Neighborhood Assoc. | City of Vancouver | None | Dec-03 | Apr-07 | | Retaliation | |
| 01R-03-R10 | Rejected: No finan. assist. | WA | Rosemere Neighborhood Assoc. | City of Vancouver | None | Feb-03 | May-03 | | Zoning | |
| 10R-02-R4 | Rejected: No finan. assist. | NC | Individual | US Filter Kruger Products | None | Oct-02 | Jan-03 | | | |
| 09R-02-R6 | Accepted | NM | Citizens for Alternatives to Radioactive Dumping; Conservative Use of Resources and the Envt.; Water Information Network; Individuals | NM Envt. Dept. | Gandy-Marley, Triassic Park | Sep-02 | Jun-05 | RCRA | Permit | |
| 08R-02-R5 | Rejected: No finan. assist., Insufficient allegations | OH | Individual | Not specified | Not specified | Jul-02 | Aug-04 | | | |
| 07H-02-R4 | Rejected: No finan. assist. | MS | Individuals | Lowndes Co. | None | Jul-02 | Aug-04 | Pesticides | Distribution of pesticides | |
| 06R-02-R6 | Dismissed: Permit that prompted case voided by court decision. | NM | Chaparral Community Health Council | NM Envt. Dept. | Rhino Envtl. Servs. | Jul-02 | Jul-06 | RCRA | Permit | |
| 05R-02-R9 | Dismissed: Complaint w/drawn | AZ | Concerned Residents of South Phoenix | AZ Emergency Response Comm'n, Maricopa Co. Local Emergency Planning Comm'e | | Apr-02 | Oct-05 | EPCRA | Program Compliance | |
| 04R-02-R9 | Rejected: No finan. assist. | HI | Individual | U.S. Air Force; U.S. Marine Corps | Bellows Air Force Base | Mar-02 | Apr-02 | RCRA | Public Hearing | |
| 03S-02-R10 | Rejected: Untimely | OR | Individual | City of Portland | Public works | Mar-02 | Apr-02 | | | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 02R-02-R9 | Accepted | AZ | Don't Waste Arizona | AZ DEQ | ASARCO copper smelter | Feb-02 | Aug-02 | | Public Complaint Process | |
| 01R-02-R6 | Rejected: No finan. assist., untimely, insufficient allegations | NM | La Cienega Valley, Citizens for Envtl. Safeguards | City of Santa Fe, NM Envtl. Dept. | Sante Fe Downs; Santa Fe Municipal Airport; Los Alamos National Laboratory | Feb-02 | Jan-03 | | Permit Enforcement | |
| 11R-01-R9 | Dismissed: No adverse impact | AZ | Citizens' Envtl. Awareness League | Maricopa Co. Envtl. Servs. Dept. | Sumitomo Sitix of Phoenix | Sep-01 | Sep-02 | CAA | Public Hearing | |
| 10R-01-R9 | Rejected: Moot | CA | Transportation Solutions Defense and Education Fund | Bay Area Air Quality Management Dist.; Metro. Transp. Comm'n; Assoc. of Bay Area Govts.; CA Air Resources Bd. | 2001 Bay Area Ozone Plan | Sep-01 | Nov-01 | CAA | Plan Approval | |
| 09R-01-R4 | Rejected: Untimely | AL | Individual | City admin. of Dothan, AL Dept. of Envtl. Management | Tri State Plant Food Co., Dothan | Sep-01 | Oct-01 | CAA | Enforcement | |
| 08R-01-R5 | Closed: Informally Resolved | MI | Sugar Law Ctr. for Social and Economic Justice | MI DEQ | S&S Metal | Jun-01 | Jun-06 | | Permit | |
| 07R-01-R6 | Rejected: Insufficient allegations | OK | Individual | Mayor of Tulsa; City of Tulsa | | Jun-01 | Mar-02 | | | |
| 06R-01-R9 | Rejected: Insufficient allegations | HI | Envirowatch | HI Dept. of Health | | Apr-01 | Oct-01 | | Enforcement | |
| 05R-01-R6 | Rejected: Untimely, No finan. assist. | OK | Individual | OK DEQ; City of Henrietta | | Apr-01 | Feb-02 | RCRA | Clean-up Enforcement | |
| 04R-01-R10 | Rejected: No finan. assist., Insufficient allegations, Untimely | WA | Individual | Not specified | None | Feb-01 | Aug-01 | | | |
| 03R-01-R4 | Rejected: Untimely | GA | Individual | GA Envtl. Protection Div. | Scruggs Company Asphalt Plant | Nov-00 | Dec-01 | CAA | Permit | |
| 02R-01-R9 | Rejected w/o Prejudice: In litigation | CA | Pit River Tribe; Native Coalition for Medicine Lake Highlands Defense | Siskiyou Co. Air Pollution Control Dist. | Calpine Corp./Fourmile Hill | Feb-01 | Nov-03 | | Permit | |
| 01R-01-R2 | Rejected: Untimely | NY | Individual | City of Syracuse; Co. of Onondaga | | Feb-01 | Aug-01 | | Sewage Treatment Plant | |
| 19R-00-R4 | Rejected: Insufficient allegations | KY | LBCC | Louisville/Jefferson Co. Air Pollution Control Bd | | Dec-00 | Jul-01 | | Meeting Request | |
| 18R-00-R9 | Closed: Informally Resolved | AZ | The Phoenix Building Trades; Don't Waste Arizona | Maricopa Co. Envtl. Servs. Dept. | Arizona Public Servs./Pinnacle W. | Dec-00 | Apr-02 | | Permit | |
| 17R-00-R9 | Dismissed: Complaint w/drawn | HI | Planning for Sustainability | HI; HI Co. | | Aug-00 | Sep-01 | | Denial of services | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 16R-00-R4 | Rejected: Untimely | NC | Residents of Polkton, NC, Counsel: Envtl. Poverty Law Program; Anson Co. Citizens Against Chem. Toxins in Underground Storage Counsel: J. Runkle | NC Dept. of the Envt. and Natural Resources | Chambers Development of NC | Dec-00 | Sep-01 | RCRA-D | Permit | |
| 15R-00-R4 | Rejected: Untimely, No finan. assist. | NC | Individual | | | Dec-00 | Oct-01 | | Removal from property | |
| 14R-00-R2 | Rejected w/o Prejudice | NJ | Public Interest Law Ctr. of Philadelphia | NJ Dept. of Envtl. Protection | St. Lawrence Cement Co. | Oct-00 | Sep-05 | CAA | Plant constr. w/o permit | |
| 13R-00-R6 | Rejected: No finan. assist. | TX | Texas State Conf. of NAACP Branches | Several comm. energy-related companies | Longhorn Pipeline | Sep-00 | Jul-01 | RCRA | Pipeline expansion/ replacement | |
| 12R-00-R1 | Rejected: No finan. assist. | NH | Individual | HADCO Corp. | HADCO Corp. | Oct-00 | Dec-00 | | Work place injury | |
| 11R-00-R5 | Rejected: No finan. assist., Insufficient allegations | OH | Individuals | Summit Co. Dept. of Envtl. Servs. | Water and Sewage Treatment Plant | Oct-00 | Feb-02 | CWA | Services unavailable | |
| 10R-00-R5 | Referred to DOJ | OH | Citizens for Envtl. Justice | City of Cleveland, Cuyahoga Co. Commissioners | Cuyahoga Juvenile Detention Ctr. | Oct-00 | Mar-01 | RCRA/ CERCLA | Juvenile Detention Ctr. Construction | |
| 09R-00-R9 | Dismissed: No intentional discrimination | AZ | IWU Negotiating Team, Counsel: CA Rural Legal Assist. Found. Ctr. on Race, Poverty & the Envt. | AZ DEQ | Innovation Waste Utilization | Aug-00 | Apr-03 | RCRA | Permit | |
| 08R-00-R4 | Rejected: No finan. assist. | FL | Equal Justice Coalition | Federal agencies, Envtl. groups, Private organizations | Homestead Air Force Base | Mar-00 | Oct-00 | | Permit for a new airport | |
| 07R-00-R2 | Rejected: Untimely | NY | Congresswoman Velazguez | NY City Dept. of San. | Waste Transfer Stations in the Red Hook area of Bklyn | Jul-00 | Sep-01 | RCRA-D | Waste Transfer Stations | |
| 06R-00-R2 | Rejected: Untimely | NY | Congresswoman Velazguez | NY City Dept. of San. | Waste Transfer Stations in the Greenpoint area of Brooklyn | Jul-00 | Sep-01 | RCRA-D | Waste Transfer Stations | |
| 05R-00-R6 | Rejected w/o Prejudice: In Litigation | LA | LEAN, et. al. | LA DEQ, Shell Chem. Co., Geismar | Shell Chem. Co., Geismar | Jul-00 | Nov-03 | CAA | Permit | |
| 04R-00-R8 | Rejected: Untimely | CO | Individual; Reisbeck Subdiv. | CO; CO Dept. of Public Health and Envt. | Rocky Mountain Arsenal | Jul-00 | Sep-01 | RCRA- CERCLA | Compliance | |
| 03R-00-R4 | Rejected: Insufficient allegations | KY | Justice Resource Ctr. | Metro. Sewer Dist.; W. Louisville; KY Natural Resources Cabinet | Sewage treatment plant | Jun-00 | Sep-01 | CWA | Compliance | |
| 02R-00-R9 | Accepted | CA | Californians for Renewable Energy | CA Energy Comm'n; Bay Area Air Quality Management Dist.; CA Air Resources Bd. | Delta Energy, Pittsburg Energy, Contra Costa Co. | Apr-00 | Dec-01 | CAA | Permits | |
| 01R-00-R6 | Accepted: Partial dismissal | TX | People Against Contaminated Envt.; Lone Star Chapter, Sierra Club | TX Natural Resources Conservation Comm'n | Mobil Oil, Beaumont | Apr-00 | Jun-03 | CAA | Permit Enforcement | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 28R-99-R4 | Dismissed | AL | African-American Envtl. Justice Action Network; Yerkwood Citizens Against Envtl. Racism; Ashurst Bar/Smith Community Landfill Opposition; Lowndes Co. Friends of the Selma-to-Montgomery Natl. Hist. Trail; Acmar/Moody Envtl. Justice Soc. Ram Br. Org.; A. Head; L. Stallworth Counsel: CA Rural Legal Assist. Found. Ctr. on Race, Poverty & the Envt. | AL Dept. of Envtl. Management | Municipal solid waste landfills in Lauderdale, Jefferson, St. Clair and Walker Counties | Dec-99 | Jun-03 | RCRA-D | Permits | |
| 27R-99-R6 | Rejected: Insufficient allegations | OK | "Certain concerned citizens of McCurtain Co." Counsel: Hall, Estill, Hardwick, Gable, Golden & Nelson, PC | OK DEQ | McCurtain Co. landfill | Dec-99 | Dec-01 | RCRA-D | Permit | |
| 26R-99-R10 | Dismissed: Complaint w/drawn | OR | Individual; Columbia Deepening Opposition Grp., Astoria, OR, on behalf of "members of low-income and minority populations within CDOG and who reside in the areas adversely affected by this project." | | Columbia and lower Willamette River Federal Navigation Channel | Dec-99 | Jan-02 | CWA | Permits | |
| 25R-99-R1 | Dismissed: Complaint w/drawn | MA | Alternatives for Community & Envt., Roxbury, MA, on behalf of "ten persons of color." | MA Dept. of Envtl. Protection | MassREFUSETECH, incin. in N. Andover | Dec-99 | Mar-02 | CAA | Final approval of permit | |
| 24R-99-R2 | Rejected: Untimely | NJ | Individual | Glen Ridge Bd. of Education; NJ Dept. of Health | Glen Ridge Middle School | Aug-99 | Jul-00 | Asbestos removal | Asbestos removal | |
| 23R-99-R5 | Closed: Informally Resolved | IN | Improving Kids' Envt. | City of Indianapolis | Combined sewer overflows | Oct-99 | Nov-06 | CWA | | |
| 22R-99-R10 | Rejected: Insufficient allegations | OR | Individual; Columbia Deepening Opposition Grp. | U.S. EPA; U.S. Army Corps of Engineers; OR; WA | Columbia River channelization | Sep-99 | Sep-99 | CWA | Permits | |
| 21R-99-R5 | Rejected: Unauthorized representative | MI | Individual | MI DEQ | Haz. waste injection wells, Romulus - Envtl. Disposal Systs. | Sep-99 | Dec-01 | SDWA | Permit | |
| 20R-99-R6 | Rejected w/o Prejudice: In Litigation | LA | Louisiana Envtl. Action Network | LA DEQ | New formaldehyde plant, Geismer - Borden Chemicals | Aug-99 | Nov-03 | CAA | Permit | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 19R-99-R9 | Dismissed | AZ | Community United for Political and Individual Dev.; Counsel: CA Rural Legal Assis. Found. Ctr. on Race, Poverty & the Envt. | AZ DEQ | Haz. waste facility - Heritage Envtl. Servs. | Aug-99 | Jun-03 | RCRA-C | Permit | |
| 18R-99-R5 | Rejected: Untimely | MI | Individual | MI DEQ | Haz. waste injection wells, Romulus-Envtl. Disposal Systems | Jul-99 | Dec-01 | SDWA | Permit | |
| 17R-99-R5 | Dismissed: No adversity or disparity | MI | Individual | MI DEQ | Haz. waste injection wells, Romulus- Envtl. Disposal Systs. | Jul-99 | Nov-02 | SDWA | Permit | |
| 16R-99-R9 | Accepted | CA | Individuals Counsel: CA Rural Legal Assist. Found. Ctr. for Poverty, Race & the Envt. | CA Dept. of Pesticide Regulation; CA EPA | Agricultural pesticide use methyl bromide | Jun-99 | Dec-01 | FIFRA Pesticide | Re-registration | |
| 15R-99-R6 | Rejected w/o Prejudice: In Litigation | AR | Pine Bluff for Safe Disposal; Chem. Weapons Working Grp.; Individuals; Counsel: R.Guild, Columbia, SC | AR DEQ | Pine Bluff Chem. Weapons Demilitarization Facility - U.S. Army | Jun-99 | Nov-03 | RCRA-C | Permit | |
| 14R-99-R4 | Dismissed: Moot | MS | Congressman B. Thompson | MS Dept. of Envtl. Quality; City of Greenville | Sewell Products | Apr-99 | Jul-02 | CWA CAA | Permit | |
| 13R-99-R6 | Rejected: Permit revoked | NM | S. Valley Coalition of Neighborhood Assoc.; SW Organizing Project; Counsel: NM Envtl. Law Ctr. | NM Envtl. Dept. | SW Landfill, Bernalillo Co.. | May-99 | Dec-01 | RCRA-D | Permit | |
| 12R-99-R4 | Rejected w/o Prejudice: In Litigation | NC | "Residents of the Easton Acres and Feltonsville communities, Holly Springs" Counsel: Land Loss Prevention Project | Wake Co.; NC Dept. of Envt. and Natural Resources | S. Wake Municipal Solid Waste Landfill expansion | May-99 | Nov-03 | RCRA-D | Permit | |
| 11R-99-R6 | Dismissed: No adversity | TX | SW Public Workers Union; Comm'e for Envtl. Action (community local of SPWU) | TX Natural Resources Conserv. Comm'n; City of San Antonio; Greater Kelly Redev. Auth. | Kelly Air Force Base | May-99 | Nov-02 | RCRA CAA | Clean-up Enforcement | |
| 10R-99-R4 | Rejected: No finan. assist., untimely | NC | Individual | City of Rocky Mount Water and Sewer Dept. | City Sewage Dept. | Feb-99 | Jul-99 | CWA | Repair/ Maintenance | |
| 09R-99-R4 | Rejected: No finan. assist. | NC | W. End Revitalization Assoc. | NC Dept. of Transp.; Alamance Co. Urban Area Transp. Improv. Prog.; Alamance Co. Urban Area Transp. Adv. Comm'e; City of Mebane | Highway construction - Mebane Bypass | Apr-99 | Aug-99 | | Location/ Route | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 08R-99-R2 | Referred to HHS | NY | Individual | NY City Dept. of Health; NY Dept. of Health | Illegal retail sale and use of unlabeled mercury | Mar-99 | Nov-01 | Toxic Sub-stances | Enforcement | |
| 07R-99-R7 | Rejected: No finan. assist. | KS | Individual | U.S. EPA | EPA Region 7 Test Lab | Mar-99 | Aug-99 | | Site Relocation | |
| 06R-99-R4 | Rejected: No finan. assist. | NC | Individual; Junaluska Community | Appalachian Dist. Health Dept.; NC Dept. of Health, Envt. and Natural Resources | Residential dev., septic fields - Three Guys Property | Mar-99 | Jul-99 | CWA-NPDES | Permit | |
| 05R-99-R6 | Rejected: No finan. assist. | TX | People Organized in Defense of Earth and Her Resources; El Concilio | City Council, City of Austin | Holly Municipal Power Plant | Mar-99 | Dec-99 | CAA | Maintenance contract | |
| 04R-99-R2 | Rejected: Insufficient allegations | NY | Congressman V. Fossella | NY Dept. of Sanitation | Fresh Kills municipal landfill, Staten Island | Mar-99 | Mar-01 | RCRA-D | Permit | |
| 03R-99-R2 | Rejected: Insufficient allegations | NY | Onondaga Nation of the Haudenosaunee Confederacy; Counsel: Ward, Sommer & Moore; J. Heath | NY Dept. of Envtl. Conservation | Mining - Valley Realty Dev. | Jan-99 | Sep-01 | CWA | Permit | |
| 02R-99-R9 | Dismissed: No factual support, moot | HI | Waimanalo Citizens for a Healthy Future | HI Dept. of Health | Unisyn Biowaste Technology facility, Waimanalo | Jan-99 | Jun-03 | CWA-NPDES CAA | Failure to Enforce | |
| 01R-99-R9 | Rejected: Untimely | CA | Midway Village Adv. Comm'e; Individual; Counsel: Golden Gate Univ. Sch. of Law Envtl. Law and Justice Clinic | CA EPA Dept. of Toxic Substances Control | Bayshore Recreational Park, Daly City; Bayshore Storm Drain Improv. Proj.; Midway Village pub. housing (San Mateo Co. Housing Auth.), Daly City | Jan-99 | Jul-99 | RCRA-C | Cleanup | |
| 18R-98-R4 | Dismissed: No intentional discrimination | MS | Individual; Congressman B. Thompson | MS DEQ | Permit for constituent's pig farm | Dec-98 | Jul-02 | CWA | Permit delay | |
| 17R-98-R6 | Rejected w/o Prejudice: In Litigation | LA | Louisiana Envtl. Action Network; N. Baton Rouge Envtl. Assoc. | LA DEQ | Existing plastics facility, Alsen - Exxon Chem. Am. | Dec-98 | | CAA | Permit | |
| 16R-98-R6 | Rejected: Untimely | TX | Texans United Education Fund; Lone Star Chapter, Sierra Club | TX Natural Resources Conservation Comm'n | Petroleum refinery, Pasadena - Crown Central Petrol. Corp. | Dec-98 | Jan-02 | CAA | Permit Enforcement | |
| 15R-98-R3 | Rejected: Permit application w/drawn | PA | Citizens Helping Our Community | PA Dept. of Envtl. Protection | New coke plant replacing old facility in Hazelwood section of Pittsburgh - LTV Steel Co., Sun Coal and Coke Co. | Dec-98 | Jul-99 | CAA | Permit | |
| 14R-98-R4 | Rejected: No finan. assist. | SC | SC Conf. of Branches of the NAACP | SC State Ports Auth. | "expansion of port operations" | Nov-98 | Jan-99 | CWA | Permit | |
| 13R-98-R6 | Dismissed: Complaint w/drawn | LA | Coalition for a Good Envt. | LA DEQ | GTX haz. waste incin., Amelia | Nov-98 | Nov-01 | RCRA-C CAA | Permit | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 12R-98-R5 | Rejected: Federal permits, No finan. assist. | MI | Individual | Envtl. Disposal Systs. | Haz. waste injection wells, Romulus - Envtl. Disposal Systs. | Oct-98 | Feb-99 | SDWA | Permit | |
| 11R-98-R9 | Accepted | AZ | United Paperworkers Intl. Union; Individual | AZ DEQ | Arizona Portland Cement, Rillito | Oct-98 | Dec-01 | CAA | Permit | |
| 10R-98-R2 | Accepted | NY | Congressman J. Serrano; The Point Community Dev. Corp.; Individual; Faile St. Neighborhood Assoc.; Seneca Ctr.; S. Bronx Concerned Citizens; Unitas Therapeutic Counseling; We Stay/Nos Quedamos; S. Bronx Clean Air Coalition; Hunts Pt. Awareness Comm'e; Rice-Gonzales Pub. Relations; Mothers on the Move; CineBronx Productions, 600's Manida St. Block Assoc., A=I, PS 48 | NY Dept. of Envtl. Conservation; NY City Dept. of San. | Waste transfer stations | May-98 | Mar-99 | RCRA-D | Permit | |
| 09R-98-R5 | Rejected: Untimely | MI | Individual | MI DEQ | Waste-to-energy incin., Dearborn Heights - Central Wayne Energy Recovery Ltd. | Jun-98 | Apr-99 | RCRA-C | Permit | |
| 08R-98-R3 | Rejected: In litigation | VA | Mattaponi Indian Tribe Counsel: Georgetown Univ. Law Ctr. Inst. for Pub. Rep. | VA DEQ; VA Water Control Bd. | King William Reservoir, King William Co. | Jun-98 | Jul-99 | CWA | Permit | |
| 07R-98-R6 | Informally Resolved: Supported by voluntary agreement | LA | N. Baton Rouge Envtl. Assoc.; Steering Comm'e to Stop Natural Resources Recovery; LA Envtl. Action Network; Counsel: Tulane Envtl. Law Clinic | LA DEQ | Private construction debris landfill, Alsen, E. Baton Rouge Parish - Natural Resources | Jun-98 | Apr-05 | RCRA-D | Permit | |
| 06R-98-R3 | Rejected: Untimely, No finan. assist. | VA | Residents Involved in Saving the Envt.; Counsel: Lawyer's Comm'e for Civil Rights Under Law | VA DEQ | Municipal landfill, King & Queen Co. | Jun-98 | Apr-05 | RCRA-D | Permit | |
| 05R-98-R5 | Dismissed: No adverse impact | MI | St. Francis Prayer Ctr. | MI DEQ | Steel recycling plant, Flint/Genessee - Select Steel Corp. | May-98 | Oct-98 | CAA-PSD | Permit | |
| 04R-98-R5 | Dismissed: No adverse impact | OH | Alum Crest Acres Assoc.; S. Side Community Action Assoc. | OH EPA; City of Columbus; Columbus Dept. of Trade "and their counterparts at the State level" | Georgia Pacific | May-98 | Mar-03 | CAA | Permit | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 03R-98-R6 | Rejected: Insufficient allegations | AR | Individuals | AR Dept. of Pollution Control and Ecology; City of Warren | | Mar-98 | Apr-98 | CWA | | |
| 02R-98-R4 | Rejected: Insufficient allegations | AL | Jefferson Co. Black Chamber/Individual | | | Apr-98 | Apr-98 | | | |
| 01R-98-R3 | Rejected: Permit application w/drawn | PA | Greater Harrisburg Area Branch of the NAACP; Counsel: Public Interest Law Ctr. of Philadelphia | PA Dept. of Envtl. Protection | "Bio-oxidation infectious waste facility," Harrisburg - Bio-ox.; Harsco Corp. | Mar-98 | Jul-99 | RCRA-C CAA | Permit | |
| 15R-97-R4 | Rejected: Untimely | AL | Individuals; Serving Alabama's Future Envt.; AL Sierra Club; Chem. Weapons Working Grp. | AL Dept. of Envtl. Management | U.S. Army's Anniston Chem. weapons incin. | Dec-97 | Jan-98 | RCRA-C | Permit | |
| 14R-97-R5 | Informal Resolution - Supported by Voluntary Agreement | IL | S. Cook Co. Envtl. Action Coalition | Illinois Envtl. Protection Agency | Municipal Waste Incin. - Robbins Resource Recov. Co. | Dec-97 | Jan-05 | RCRA CAA PSD | Permit | |
| 13R-97-R9 | Rejected: No finan. assist. | CA | Lucha Ambiental de la Comunidad Hispania Counsel: CA Rural Legal Assist. Found. Ctr. on Race, Poverty & the Envt. | LA Co.; LA Co. Dept. of Regional Planning; LA City Dept. of Health Servs. | Chiquita Canyon Municipal Landfill | Nov-97 | Aug-99 | RCRA-D | Permit | |
| 12R-97-R3 | Rejected: No finan. assist., No factual basis, Insufficient allegations | VA | N. Back River Rd. Assoc. | City of Hampton; VA DEQ | Existing and future industrial and comm. development | Nov-97 | Dec-97 | CAA CWA | Permit Enforcement | |
| 11R-97-R9 | Rejected: Untimely | CA | Manzanar Action Comm'e; Counsel: CA Rural Legal Assist. Found. Ctr. on Race, Poverty, & the Envt. | CA EPA Dept. of Toxic Substances Control | Pico Rivera Haz. waste storage facility; Southern CA Gas | Aug-97 | Oct-97 | RCRA-C | Permit | |
| 10R-97-R9 | Dismissed: Complaint w/drawn | CA | LA Comunidades Asambladas Unidas Para un Sostenible Ambiente; Communities for a Better Envt.; Counsel: NAACP Legal Defense and Education Fund; CA Rural Legal Assist. Found. Ctr. on Race, Poverty & the Envt. | S. Coast Air Quality Management Dist.; CA Air Resources Bd. | Marine oil unloading facilities: Chevron; GATX; Unocal/Tosco; Western Fuel; Ultramar | Jul-97 | Nov-01 | CAA | Air Trading | |
| 09R-97-R4 | Rejected: No finan. assist., No factual basis | SC | Involved Citizens of Helena Community | Newberry Co. | New demolition debris landfill - SE Resource & Recovery; D.H. Griffin Co. | Mar-97 | Oct-97 | RCRA-D | Permit | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 08R-97-R9 | Accepted | CA | Chester St. Block Club Assoc. Counsel: Golden Gate Univ. Sch. of Law Envtl. Law and Justice Clinic | CA EPA Dept. of Toxic Substances Control | Highway reconstruction | Jun-97 | Sep-97 | RCRA-C CERCLA | Cleanup | |
| 07R-97-R6 | Rejected: Untimely | TX | Save Sierra Blanca; Save Sierra Blanca Legal Defense Fund; El Paso Regional Grp., Rio Grande Chapter, Sierra Club;  Counsel: Thurgood Marshall Sch. of Law Envtl. Justice Clinic | TX Low-Level Radioactive Waste Disposal Auth.; TX Natural Resource Conservation Comm'n; Maine Adv. Comm'n on Radioactive Waste; Vermont Low-Level Radioactive Waste Auth. | Low-level radioactive waste dump, Hudspeth Co. | May-97 | Jul-97 | | Permit | |
| 06R-97-R6 | Rejected: No finan. assist. | OK | W. Whitehead, Whitehead Dairy, Lindsey | Hardage Site Remedy Corp.; Hardage Steering Comm'e; Advance Chem.; A.H. Belo Corp.; ABCO; A.C. Powell d/b/a/ Powell San. | Hardage Criner Landfill - industrial waste disposal | May-97 | Jul-97 | RCRA-C CERCLA | Cleanup | |
| 05R-97-R1 | Dismissed: Complaint w/drawn | ME | Penobscot Indian Nation; Sierra Club Legal Defense Fund | ME Dept. of Envtl. Protection | Pulp/Paper plant - Lincoln Pulp & Paper | May-97 | Oct-97 | CWA | Permit | |
| 04R-97-R6 | Informally Resolved: Supported by voluntary agreement | LA | | LA DEQ | New polyvinyl chloride (PVC - plastics) plant - Shintech, Shin-Etsu Chem. | May-97 | Apr-05 | CAA | Permit | |
| 03R-97-R9 | Rejected: Untimely | CA | Mothers of E. LA - Santa Isabel; Concerned Citizens of S. Central LA; Communities for a Better Envt. - La Causa;  Counsel: CA Rural Legal Assist. Found. Ctr. on Race, Poverty & the Envt. | CA EPA Dept. of Toxic Substances Control | Haz. waste treatment and storage facility - Norris Envtl. Servs. | Mar-97 | Apr-97 | RCRA-C | Permit | |
| 02R-97-R6 | Rejected: Untimely, In litigation | TX | Residents Opposed to Pigs and Livestock | TX A&M Univ. | Construction of large-animal complex | Feb-97 | May-97 | CWA CAA | Siting | |
| 01R-97-R9 | Rejected: No finan. assist. | CA | Alviso Community in Action; Counsel: Golden Gate Sch. of Law Envtl. Justice Clinic | City of San Jose; San Jose City Council; San Jose Neighborhood Servs. Dept. | Comm. constr. waste recycling facility - Zanker Rd. Material Processing Facility Proj.; Owens Corning Corp.; Zanker Rd. Resource Management; Zanker Rd. Resource Recovery; H.L. Sweatt | Feb-97 | May-97 | CAA | Permit | |
| 03R-96-R6 | Informally Resolved: Supported by voluntary agreement | LA | Oakville Community Action Grp.; Counsel: Tulane Envtl. Law Clinic | LA DEQ | Private constr. debris landfill and incin. | May-96 | Apr-05 | RCRA-D | Permit | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 02R-96-R6 | Dismissed: Complaint w/drawn | TX | Jackson/Mahon Neighborhood Assoc. | TX Natural Resources Conservation Comm'n; City of Lubbock | Concrete burial vault plant, Lubbock - W. TX/Wilburt Vault Co. | Apr-96 | Jun-01 | CAA | Permit | |
| 01R-96-R1 | Informally resolved | CT | Organized Northeasterners and Clay Hill and N. End | CT Dept. of Envtl. Protection | Hartford Municipal Landfill | Apr-96 | Feb-02 | RCRA-D | Permit | |
| 01R-96-R6 | Informally Resolved: Supported by voluntary agreement | TX | People Organized in Defense of Earth and Her Resources; Montopolis Area Neighborhood Improvement Council | TX Natural Resources Conservation Comm'n | New manufacturing facility - Tokyo Electron America | Oct-95 | Jun-03 | CAA | Permit | |
| 02R-96-R9 | Rejected: In litigation | CA | Envtl. Health Coalition; Mercado Apts. Tenants Assoc. | San Diego Co. Air Pollution Control Dist.; San Diego Co. Bd. of Supervisors acting as San Diego Air Pollution Control Bd. | Industrial facilities | Sep-96 | Sep-96 | CAA | Dist. Industrial Emissions Reporting Rule 1210 | |
| 03R-95-R4 | Rejected: Insufficient allegations | AL | Individual | AL Dept. of Envtl. Management | New Haz. waste treatment facility - Terra First | Aug-95 | May-97 | RCRA-C CWA | Permit | |
| 02R-95-R9 | Accepted: Partial Dismissal | CA | Residents of Sanborn Court; Counsel: CA Rural Legal Assist. Found. Ctr. on Race, Poverty & the Envt. | CA EPA Dept. of Toxic Substances Control | Toxic waste treatment facility - Pure-Etch Co. | Aug-95 | Apr-03 | RCRA | Permit | |
| 02R-95-R6 | Accepted: Partial Informal Resolution - Supported by voluntary agreement | TX | People Against Contaminated Envt.; Am. GI Forum of TX, Dr. Hector P. Garcia Chapter | TX Natural Resources Conservation Comm'n; City of Corpus Christi | Multiple industrial facilities | Nov-94 | Jun-03 | CAA CWA RCRA | Permits Enforcement Rulemaking | |
| 02R-95-R4 | Rejected: No factual basis | AL | Individual | AL Dept. of Envtl. Management | New regional municipal landfill, Lawrence Co.; Browning-Ferris Indus. | Aug-95 | Feb-96 | RCRA-C | Permit | |
| 01R-95-R9 | Accepted | CA | Parents for Better Living of Buttonwillow; People for Clean Air and Water of Kettleman City; Concerned Citizens of Westmorland; Counsel: CA Rural Legal Assist. Found. Ctr. on Race, Poverty & the Envt. | CA Dept. of Toxic Substances Control; Imperial Co. Air Pollution Control Dist. | Existing comm. Haz. waste landfills | Dec-94 | Jul-95 | RCRA-C | Permit | |
| 01R-95-R3 | Rejected: Insufficient allegations | VA | N. Back River Rd. Assoc. | City of Hampton; VA DEQ | Multiple comm. and industrial facilities | Oct-95 | Jan-96 | CAA CWA | Permit Enforcement | |
| 01R-95-R6 | Rejected: No finan. assist. | TX | Individual | SW Bell Phone Co. | Manholes | Nov-94 | Nov-94 | CWA-NPDES | Permit Enforcement | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 09R-94-R4 | Dismissed | FL | NW C/A | FL Dept. of Envtl. Protection; St. Johns R. Water Management Dist.; City of Jacksonville; U.S. Army Corps. of Engineers | New and existing comm. landfills - Mulliniks; Kings Rd. | Aug-94 | Jun-99 | RCRA-D | Permit | |
| 08R-94-R4 | Dismissed: No disparity | GA | Hyde Park/Aragon Park Improvement Comm'e | GA Dept. of Natural Resources; GA Dept. of Trans.; City of Richmond | Southern Wood Piedmont Co.; Thermal Ceramics; Boral Brick Co.; Goldberg Bros.; Norfolk&Southerner | May-94 | Jul-02 | RCRA-C CWA-NPDES EPCRA | Cleanup | |
| 07R-94-R4 | Rejected: Insufficient allegations | GA | Newtown Florist Club | GA Dept. of Natural Resources, Envtl. Protection Div. | Unnamed indus. & comm. facilities in & near Gainesville City; Gainesville municipal landfill | Feb-94 | Apr-94 | RCRA-C & D CERCLA CAA CWA | Permit Enforcement | |
| 06R-94-R4 | Rejected: Insufficient allegations | AL | Individual | | | Mar-94 | Jul-94 | | | |
| 05R-94-R6 | Informally Resolved: Supported by letter of concern and voluntary agreement | TX | Mothers Organized to Stop Envtl. Sins | Texas Natural Resources Conservation Comm'n | Existing comm. Haz. waste injection well - Gibraltar Chem. Resources | Jun-94 | Jun-03 | SDWA | Permit | |
| 05R-94-R4 | Rejected: No finan. assist. | AL | Individual | | | Mar-94 | Apr-94 | | | |
| 04R-94-R6 | Rejected: Insufficient allegations | LA | Gulf Coast Tenants Org. | LA DEQ; Governor of LA | Indus. facility, Borden Chemicals, Geismer | Feb-94 | Apr-94 | RCRA-C | Permit | |
| 04R-94-R4 | Rejected: No finan. assist. | AL | Individual | | | Jan-94 | Apr-94 | | | |
| 03R-94-R4 | Rejected: No finan. assist. | AL | Individual | | | Dec-93 | Jan-94 | | | |
| 03R-94-R6 | Informally Resolved: Supported by voluntary agreement | TX | Garden Valley Neighborhood Assoc. | TX Natural Resources Conservation Comm'n | Sakrete plant (new rotary aggregate dryer) - Texas Indus. | Mar-94 | Jun-03 | CAA | Permit | |
| 02R-94-R3 | Dismissed: Permit application w/drawn | PA | Lewisburg Prison Project; Gregg Twnshp.; Organizations United for the Envt. | PA Dept. of Envtl. Resources | New comm. haz. waste incin., Allenwood - USPCI of PA; Union Pacific Corp. | Mar-94 | Dec-94 | RCRA-C | Permit | |
| 02R-94-R6 | Informally Resolved: Supported by voluntary agreement | TX | Individual | TX Natural Resources Conservation Comm'n | New comm. haz. solid waste incin. - Am. Envirotech | Jan-94 | Jun-04 | RCRA-C CAA | Permit | |
| 02R-94-R4 | Rejected: No finan. assist. | AL | Coalition for Envtl. Consciousness | Etowah Co. Solid Waste Bd; EtowahCo. Comm'n | Existing municipal landfill, Etowah Co. | Nov-93 | Dec-93 | RCRA-D | Permit | |
| 01R-94-R5 | Accepted | MI | St. Francis Prayer Ctr.; Counsel: Sugar Law Ctr. for Social and Econ. Justice, Detroit | MI DEQ | New wood waste energy facility, Flint/Genessee-Genesee Pwr. Station | Jul-94 | Jan-95 | CAA | Permit | |

| Complaint ID | Status (see explanation on last pg) | ST | Complainant | Alleged Recipient(s) | Facility | Filed/ Received (mo/yr) | Accept/ Close (mo/yr) | Program | Activity | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 01R-94-R2 | Dismissed: No adverse impact | NY | NY Assemblyman W. Bianchi | NY Dept. of Envtl. Conservation | Brookhaven Municipal Landfill expansion | Jun-94 | Sep-02 | RCRA-D/Permit | Permit | |
| 01R-93-R6 | Dismissed: Moot | LA | Iberville Police Juror Jackson; E. Iberville AWARE; Neighbors Assisting Neighbors; LA Coalition for Tax Justice; Ascension Parish Residents Against Toxic Pollution; Gulf Coast Tenants' Org.; LA Envtl. Action Network; Counsel: Sierra Club Legal Defense Fund, Tulane Envtl. Law Clinic | LA DEQ | New comm. Haz. waste facility - Supplemental Fuels | Sep-93 | Nov-02 | RCRA-C | Permit | |
| 01R-93-R4 | Dismissed: Permit application inactive | MS | African Americans for Envtl. Justice; Counsel: Sierra Club Legal Defense Fund | MS DEQ | New comm. haz. waste incin./landfill, Noxubee Co. - Hughes Envtl. Systs../Federated Technologies of MS, USPCI of MS | Sep-93 | Mar-97 | RCRA-C | Permit | |