**BOARD of SUPERVISORS**



City Hall
1 Dr. Carlton B. Goodlett Place, Room 244
San Francisco, CA 94102-4689
Tel. No. (415) 554-5184
Fax No. (415) 554-5163
TDD/TTY No. (415) 554-5227

November 30, 2007

Michael E. Boyd, President
Californians for Renewable Energy, Inc.
439 Soquel Drive
Soquel, CA. 95073

Lynne Brown, Vice President
Californians for Renewable Energy, Inc.
24 Harbor Road
San Francisco, CA 94124

Subject: October 29, 2007 Land Use & Economic Development Meeting
File 071058   Combustion Turbine Legislation

Dear Mr. Boyd and Ms. Brown:

This is in response to your letter dated October 30, 2007, concerning whether the October 29, 2007 Land Use & Economic Development Committee meeting became a quorum of the Board of Supervisors and that it was not properly noticed as a Board of Supervisors meeting.

The Land Use and Economic Development Committee consists of Supervisors Maxwell, Sandoval and McGoldrick. These are the members who voted on this matter. The argument that you have presented is, that since Supervisors Maxwell, Dufty, Ammiano and Peskin were cosponsors of this legislation and that Supervisors Sandoval and McGoldrick voted on this matter, that there was a quorum of the Board of Supervisors.

A quorum of the Board of Supervisors is reached when at any given time six Board members are present in Committee. When this occurs, the Committee Clerk notifies the Chair and an announcement is made that there is a quorum of the Board of Supervisors in the room. At this point the Committee Clerk is required to take minutes which then must be approved by the full Board of Supervisors.

The Committee Clerk has informed me that there were never six members present at the same time during the Committee hearing. Therefore, the Land Use & Economic Development Committee's action did not constitute an action taken by the entire Board of Supervisors.

Very truly yours,

Kay Gulbengay
Kay Gulbengay
Deputy Director II Legislative Division

c: Angela Calvillo, Clerk of the Board