UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, Augusto Chavez, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_____ (Signature),  112 Dolphin Gov.t #45 (Address)

Date: _____ at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, __LARRY LATTIMORE__, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_____ , 205 13TH ST SF 94103
(Signature)                (Address)

Date: __15 MARCH 2008__ at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _Esselene Stancil_, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_Esselene Stancil_     2067 Palou St #9
(Signature)              (Address)

Date: _March 15, 2008_ at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
  Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
  Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _Emma Harris_, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_Emma Harris_                    350 Ellis #10F SF CA 94102
(Signature)                       (Address)

Date: 3-15-08            at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, RENE NARCISSE, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_Rene Narcisse_ , _635 Willow St_
(Signature)     (Address)

Date: 3-15-08    at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
   Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
   Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _Pamela C. Clark_, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_Pamela C. Clark_   _1715 Newcomb st Apt A San Fran_
(Signature)         (Address) _California 9_

Date: _3/15/08_  at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _____, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_____   _____
     (Signature)                (Address)

Date: 3-15-08    at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _JESSE E. TELLO_, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_Jesse E. Tello_      _1778 Newcomb AV._
(Signature)                            (Address)

Date: _3/13/08_ at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, FARAJI KAMAU, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_FARAJI KAMAU_ , _2700 Folsom_
(Signature)      (Address)

Date: 3/13/08  at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
  Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
  Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, __ENYESE JOSHUA__, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_eNyese Joshua_ (Signature)    1411 SHAFTER AVE SF 94124 (Address)

Date: __05.15.08__ at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _Lynne Brown_, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_Lynne Brown_ (Signature)     _24 Harbor Rd._ (Address)

Date: 3-13-08     at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _Joanne Abernathy_, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_____ , _1122 Palou Street_____
(Signature)                                (Address)

Date: _2/13/08_____ at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, JAMES P. QUANN, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_____  1111 WISCONSIN ST S.F. CA 9
    (Signature)                                (Address)

Date: 3/13/08 at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
      Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
      Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, __JARON BROWNE__, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_____   __32 - 9th STREET, SF CA 94103__
   (Signature)                         (Address)

Date: __3/16/2008__   at San Francisco, California.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CHAPTER OF THE
A. PHILIP RANDOLPH INSTITUTE,
CALIFORNIANS FOR RENEWABLE
ENERGY, LYNNE BROWN, REGINA
HOLLINS, on behalf of themselves, all others similarly situated, and the general public,
    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, STEPHEN
JOHNSON, BAY AREA AIR QUALITY
MANAGEMENT DISTRICT, CITY AND
COUNTY OF SAN FRANCISCO,
    Defendants.

Case No.: C-07-4936-CRB
FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This case challenges two proposed fossil fuel-burning power plants to be built in and around San Francisco in the neighborhood where I live or work. I am concerned and oppose the projects because of the air emissions from the power plants and because it will disturb toxic substances buried at the Pier 80 project site. I believe this energy project will create an eminent threat to my health and welfare due to exposure to hazardous emissions of Green House Gas (GHG) and other toxic pollutants associated with the projects. Now that the power plant permit process is in the final approval stages I have asked Joshua Arce and Martin Homec the attorney for CAlifornians for Renewable Energy, Inc. ("CARE") to represent me in a lawsuit asking a federal judge to help us.

I have reason to believe I have been denied my rights to due process under the state and federal constitutions by Defendants in the issuance of permits for the two proposed fossil fuel-burning power plants. I also have been denied my due process rights by Defendants in the development and approval of the Naturally-Occurring Asbestos Dust Mitigation Plan for Parcel A, Phase I Development of Hunters Point Shipyard by Lennar Corp. I have reason to believe I have been exposed to asbestos dust which also is an eminent threat to my health and welfare due to Defendants violation of these rights.

This complaint pursuant to 42 U.S.C. § 1983 for injunctive relief is being filed because residents of Bayview Hunters Point in San Francisco California are being exposed to asbestos and other airborne pollutants in their homes and their everyday lives through no fault of their own by Defendants. The pollutants are becoming airborne because of construction work conducted and permitted by Defendants. The Defendants are conducting their operations pursuant to governmental permits issued by the Bay Area Air Quality Management District ("BAAQMD"), the City and County of San Francisco ("CCSF"), and the US Environmental Protection Agency, all named as Defendants. Please allow our representatives to present our concerns.

I, _Venette Brown_, declare under penalty of perjury pursuant to the laws of the State of California, that the above statement is true and that I have personal knowledge of the facts that I have stated.

_Venttt Brown_ , _24, Harbor Road_
  (Signature)                               (Address)

Date: _March 15, 08_ at San Francisco, California.