IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SF CHAPTER OF A. PHILIP RANDOLPH INSTITUTE, et al.,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendants.

No. CV 07-04936 CRB,

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendants.

Dated: May 6, 2008

Richard W. Wieking, Clerk

By: _____
Deputy Clerk